| | |
|---|---|
| 1 | BUCHALTER NEMER |
| | A Professional Corporation |
| 2 | JAMES B. WRIGHT (#63241) |
| | MIA S. BLACKLER (#188112) |
| 3 | 333 Market Street, 25th Floor |
| | San Francisco, CA 94105-2126 |
| 4 | Telephone: (415) 227-0900 |
| | Facsimile: (415) 227-0770 |
| 5 | |
| 6 | Attorneys for Defendant |
| | BANK OF HAWAII |



FILED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEGUMI HISAMATSU, | ) | CASE NO. _____ EDL |
| Plaintiff, | ) | **DEFENDANT BANK OF HAWAII'S** |
| | ) | **NOTICE OF REMOVAL OF CIVIL** |
| vs. | ) | **ACTION TO UNITED STATES** |
| | ) | **DISTRICT COURT PURSUANT TO** |
| KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive, | ) | **28 U.S.C. §1441(b) (DIVERSITY)** |
| Defendants. | ) | |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION:**

Defendant Bank of Hawaii ("BofH"), through its attorneys, Buchalter Nemer PC, hereby removes this pending action from the Superior Court of the State of California for the County of San Francisco to the United States District Court for the Northern District of California – San Francisco division, on the following

grounds:

1. On August 13, 2007, the Complaint was filed in the Superior Court of the State of California for the County of San Francisco as Case No. CGC-07-466120. A true and correct copy of the Complaint is attached hereto as **Exhibit "A."**

2. On August 20, 2007, the Summons issued and the First Amended Complaint ("FAC") was filed in the action. True and correct copies of the Summons and FAC are attached hereto as collective **Exhibit "B."**

3. BofH was served with the Summons and Complaint on or about August 23, 2007. According to the state court docket available online, Plaintiff has not yet filed a proof of service as to BofH.

4. The FAC alleges that on or about July 27, 2006, Plaintiff was befriended by Defendant Kaushal Niroula, who subsequently defrauded her through numerous criminal hoaxes. As part of the hoaxes, Niroula convinced Plaintiff to open a bank account with BofH. The FAC further alleges that Niroula obtained Plaintiff's personal information and stole blank checks on the BoH account, and was able to abscond with over $500,000 of Plaintiff's funds.

5. Through the FAC, Plaintiff is attempting to recoup from both Niroula and BofH the funds that Niroula purportedly stole from Plaintiff. She bases her FAC on theories of negligence, fraud, rescission, breach of duty, conversion, trespass, constructive trust, equitable lien, conspiracy, unfair business practices and declaratory relief. Plaintiff is also seeking to recover an additional $2,500,000 in general damages, emotional distress damages and punitive damages. Therefore, the jurisdictional amount of $75,000 is satisfied.

6. This lawsuit is a civil action of which this Court has original jurisdiction under 18 U.S.C. §1332 (diversity of citizenship), and is one which may be removed to this Court by BofH pursuant to the provisions of 28 U.S.C. §1441(b). According to the FAC at Paragraph 1, Plaintiff is a foreign national.

1  Bank of Hawaii is a resident of Hawaii and its principal place of business is in
2  Hawaii. According to the FAC at Paragraph 2, Niroula is a resident of California.
3  Therefore, the diversity requirements are satisfied.

4    7.    No other defendant has filed a responsive pleading in this litigation.
As of today's date, there is no record on the state court's online docket that any other defendant has been served. The defendants identified as "Does 1 to 60" in Plaintiff's complaint are merely fictitious parties against whom no cause of action can be validly alleged. BofH is informed and believes that no fictitiously designated defendant has been served with process. Moreover, for purposes of removal, "the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. §1441(a).

WHEREFORE, BofH prays that the above-entitled action now pending in the Superior Court of the State of California for the County of San Francisco be removed to this Court pursuant to 28 U.S.C. §1441(b).

DATED: August 23, 2007              BUCHALTER NEMER
                                            A Professional Corporation

                                            By _____
                                                 Mia S. Blackler
                                                 Attorneys for Defendant
                                                 BANK OF HAWAII