1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BUCHALTER NEMER
A Professional Corporation
     JAMES B. WRIGHT (#63241)
     MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA  94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for Defendant
BANK OF HAWAII

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>            Plaintiff,<br><br>      vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,<br><br>            Defendants. | CASE NO. 3:07-cv-04371-EDL<br><br>**DEFENDANT BANK OF HAWAII'S NOTICE OF INTERESTED PARTIES**<br><br>**(FRCP 7.1)** |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION:**

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Bank of Hawaii certifies that the following listed parties have a direct pecuniary interest in the outcome of this case.  These representations are

1    made to enable the Court to evaluate possible disqualification or recusal.

2         1.     Bank of Hawaii Corporation (parent company of Bank of Hawaii).

3

4

5    DATED:  August 29, 2007                    BUCHALTER NEMER
                                                A Professional Corporation
6

7

8    By _____

9         Mia S. Blackler
          Attorneys for Defendant
10        BANK OF HAWAII

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28