1 | BUCHALTER NEMER
A Professional Corporation
2 |     JAMES B. WRIGHT (#63241)
3 |     MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
4 | San Francisco, CA  94105-2126
Telephone: (415) 227-0900
5 | Facsimile: (415) 227-0770
6 |
Attorneys for Defendant
7 | BANK OF HAWAII

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

10 |

11 | MEGUMI HISAMATSU,                      )      CASE NO.  C07-4371 EDL
12 |                                        )
           Plaintiff,                       )      **CERTIFICATE OF SERVICE**
13 |                                        )      **VIA U. S. MAIL**
       vs.                                  )
14 |                                        )
KAUSHAL NIROULA; BANK OF               )
15 | HAWAII, A Corporation; DOES 1-60,      )
inclusive,                             )
16 |                                        )
17 |           Defendants.                  )
                                       )
18 | _____

19 |     I am employed in the County of San Francisco, State of California.  I am over the

20 | age of 18 and not a party to the within action.  My business address is at BUCHALTER

21 | NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco,

22 | California  94105-2126.

23 |     On the date set forth below, I served the foregoing document described as:

24 | **Defendant Bank of Hawaii's Notice of Interested Parties**

25 | **Certificate of Service Via U. S. Mail**

26 | on all other parties and/or their attorney(s) of record to this action by placing a true copy

27 | thereof in a sealed envelope as follows:

28 |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1351999v1                          1

**CERTIFICATE OF SERVICE – CASE NO. C 07-4371 EDL**

Stephen M. Shaw
Attorney at Law
P.O. Box 2353
Honolulu, HI 96804
Phone: (808) 521-0800
Fax:     (808) 531-2129
shawy001@gmail.com

☒     **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope.  The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on August 29, 2007.  The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on August 29, 2007, at San Francisco, California.

Dodie Fontano _____          _____
                                                                                         (Signature)

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

CERTIFICATE OF SERVICE – CASE NO. C 07-4371 EDL