## UNITED STATES DISTRICT COURT
### Northern District of California
### 450 Golden Gate Avenue
### San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

### September 11, 2007

**CASE NUMBER: CV 07-04371 EDL**  
**CASE TITLE: MEGUMI HISAMATSU-v-KAUSHAL NIROULA**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable JEFFREY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/111/07

FOR THE EXECUTIVE COMMITTEE:

_____  
Richard W. Wieking  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects  
Log Book Noted                          Entered in Computer 09/11/07 MAB

CASE SYSTEMS ADMINISTRATOR:  
Copies to: All Counsel                  Transferor CSA