BUCHALTER NEMER
A Professional Corporation
     JAMES B. WRIGHT (#63241)
     MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA  94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com
mblackler@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>             Plaintiff,<br><br>    vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,<br><br>             Defendants.<br>_____ | CASE NO. 3:07-cv-04371-JSW<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANT BANK OF HAWAII'S RESPONSE DATE TO COMPLAINT**<br><br>**(L. R. 6.1)** |

     IT IS HEREBY STIPULATED by and between Plaintiff Megumi Hisamatsu and Defendant Bank of Hawaii ("BofH"), through their respective counsel, that  BofH may have up to and through **September 19, 2007,** to file a responsive pleading to the First Amended Complaint. The purpose of this extension is to enable the parties to coordinate motion practice with the status conference.

1    Facsimile signatures on this stipulation may be considered as originals, and this

2  stipulation may be signed in counterpart.

3

4

5

6    DATED:  September 12, 2007                BUCHALTER NEMER
                                              A Professional Corporation
7

8                                             By _____
                                                 Mia S. Blackler
9                                                Attorneys for Defendant
                                                 BANK OF HAWAII
10

11    DATED:  September 12, 2007               LAW OFFICES

12

13                                            By _____
                                                 Stephen Shaw
14                                               Attorneys for Plaintiff
                                                 MEGUMI HISAMATSU
15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO