BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (#63241)
    MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA  94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for Defendant
BANK OF HAWAII

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,<br><br>    Defendants. | CASE NO.  C07-4371 EDL<br><br>**CERTIFICATE OF SERVICE VIA U. S. MAIL** |

    I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California  94105-2126.

    On the date set forth below, I served the foregoing document described as:

    **JOINT STIPULATION TO CONTINUE DEFENDANT BANK OF HAWAII'S RESPONSE DATE TO COMPLAINT**

    **CERTIFICATE OF SERVICE VIA U. S. MAIL**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Stephen M. Shaw
Attorney at Law
P.O. Box 2353
Honolulu, HI 96804
Phone: (808) 521-0800
Fax: (808) 531-2129
shawy001@gmail.com

☒ **BY MAIL** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on September 12, 2007. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on September 12, 2007, at San Francisco, California.

Dodie Fontano  _____
                        (Signature)

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1351999v1                2

CERTIFICATE OF SERVICE – CASE NO. C 07-4371 EDL