BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (#63241)
    MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for Defendant
BANK OF HAWAII

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,<br><br>    Defendants. | CASE NO. 3:07-cv-04371-JSW<br><br>DECLARATION OF SCOTT I. TAKAHASHI IN SUPPORT OF DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS, OR ALTERNATIVELY FOR A MORE DEFINITE STATEMENT |

    I, SCOTT I, TAKAHASHI, declare as follows:

    1.    I am a Manager of Legal & Custody with Bank of Hawaii ("BofH") and am a duly authorized custodian of the records and files pertaining to Plaintiff Megumi Hisamatsu ("Plaintiff"), and I have the authority to certify the business records of BofH. The documents attached hereto were made at or near the time of such act, condition or event reflected thereon, and they are maintained in the ordinary course of BofH's business.

09/11/07  13:28 FAX 808 538 4346        BANK OF HAWAII                           ☑003/003

2.    In my capacity as a Manager of Legal & Custody, I became familiar with the records and files pertaining to Plaintiff's deposit account with BofH. Except where otherwise stated, the following facts are true of my own personal knowledge.

3.    Attached hereto as **Exhibit "1,"** and incorporated herein by this reference as though set forth in full, is a true and correct copy of the February 2005, Consumer Deposit Account Agreement and Disclosure Statement and Bankoh Consumer Electronic Financial Services Agreement and Disclosure Statement that was in effect when Plaintiff opened her deposit account with BofH in 2006.

4.    Attached hereto as **Exhibit "2,"** and incorporated herein by this reference as though set forth in full, is a true and correct copy of the Customer Signature Card that Plaintiff signed on August 16, 2006, when she opened her account with BofH.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Honolulu, Hawaii, on September ___, 2007.

_____
SCOTT I. TAKAHASHI