# Exhibit "1"

# Consumer Deposit Account Agreement and Disclosure Statement

and

# Bankoh Consumer Electronic Financial Services Agreement and Disclosure Statement

## WIRE AND OTHER FUND TRANSFERS

The following terms apply to funds transfers ("payment orders") that are governed by Article 4A of the Uniform Commercial Code of Hawaii. Generally speaking, this includes transfers to or from you or your accounts through Fedwire or other fund transfer systems. These provisions do not apply to ACH transactions or to transfers by check, draft or similar instrument or any electronic fund transfer subject to the Electronic Fund Transfer Act or Regulation E. If you have a separate agreement with us with respect to payment orders, such as wire transfers, the terms of that agreement will supersede any conflicting terms in this section.

**Processing Orders.** At our discretion, we will transfer funds at your direction to another account with us or to an account maintained at another financial institution. We reserve the right to reject any payment order without cause or prior notice, and may notify you of the rejection orally, electronically or in writing. We generally send a rejection notice by the end of the business day following the business day on which the order would have been processed.

**Payment Order Accuracy.** You must accurately describe the beneficiary of your payment order and the beneficiary's financial institution. If you describe any beneficiary or institution inconsistently by name and account number, we and other institutions may process the order solely on the basis of the account number, event if the order identifies a person or entity different from the named beneficiary or institution. We may also process incoming fund transfers based on the account number, rather than on any inconsistent name reflected in the payment order. If you give us a payment order that is erroneous in any way, you agree to pay the amount of the order whether or not the error could have been detected by any security procedure we employ.

**Cutoff Hours.** Our processing hours for payment orders vary based on location, transaction type and other factors. Information about our processing hours is available upon request. We may process any payment order we receive on a non-business day or after our processing cutoff hour on our next funds transfer business day. Our business days are Monday through Friday, excluding holidays.

**Cancellation and Amendment of Payment Orders.** You do not have a right to cancel or amend any payment order after we receive it. Although we may attempt to act on any amendment or cancellation request you make (e.g., if it is received in a time and manner which permits us to do so), we assume no responsibility for failing or refusing to do so, even if we could have effected the change or cancellation. You agree to indemnify, defend and hold us harmless from any loss, damage, claim, action and liability that results, and any charges and costs we incur, in connection with any request by you to amend or cancel a payment order.

**Unauthorized Payment Orders.** We may process any payment order we believe is transmitted or authorized by you if we act in compliance with a security procedure agreed upon by you and us. Such payment orders will be deemed effective as if made by you, and you will be obligated to pay us in the amount of such orders, even though they are not transmitted or authorized by you. Unless we agree on another security procedure, you agree that we may confirm the authenticity and content of payment orders (among other ways) by placing a call to any of you. If we cannot reach you or if the payment order is not confirmed or approved in the manner we require, we may refuse to execute the payment order.

**Notice of Errors.** You agree to review all statements and notices promptly to confirm the accuracy and authorization of each payment order. You will notify us immediately if there is any discrepancy between your payment order and any confirmation or statement of account, or if you discover any other problem with respect to a transfer. You must send a written notice to us of the discrepancy or other problem, including a statement of the relevant facts, within a reasonable time (not to exceed 14 days from the date you first discover the problem or receive a statement or notice reflecting the problem, whichever occurs first).

**Limitation of Liability.** Our liability for any act or failure to act shall not exceed any direct resulting loss, if any, which you incur and payment of interest. Unless otherwise required by law, we will not be liable for any consequential, indirect or special damage that you incur in connection with payment orders, even if we are aware of the possibility for such damages. We will not be liable for any failure or delay in processing a payment order which occurs, directly or indirectly, as a result of any strike or labor dispute, riot, emergency condition, the actions or omissions of third parties, or any cause which is beyond our reasonable control. You agree that we may refuse to process or delay processing any payment order if the order would violate our guideline, rule, policy, law or regulation of any government authority or funds transfer system.

**Funds Transfer System Rules/Laws.** Except as otherwise set forth in this agreement, you agree to be bound by all Federal Reserve and fund transfer system rules and regulations that apply to a payment order. You agree not to violate the laws of the United States, including without limitation, the economic sanctions administered by the U.S. Treasury's Office of Foreign Asset Control.

28



MEMBER FDIC     Bank of Hawaii     DDA-721 (Rev 2-2005)

# Table of Contents

**Section I: Consumer Deposit Account Agreement and Disclosure Statement**

DEPOSIT AGREEMENT ........................................................................................................ 4
ACCOUNTS ............................................................................................................................... 4
DEPOSITS .................................................................................................................................. 6
FUNDS AVAILABILITY ........................................................................................................... 7
SUBSTITUTE CHECK POLICY DISCLOSURE FOR CONSUMER CHECKING ACCOUNT CUSTOMERS (CHECK 21 NOTICE) ........................................................................................ 8
INTEREST ON DEPOSITS ........................................................................................................ 8
WITHDRAWALS ...................................................................................................................... 10
ACCOUNT LIMITATIONS ...................................................................................................... 10
FEES ........................................................................................................................................... 11
ADDITIONAL TERMS AND CONDITIONS .......................................................................... 11
   Account Number ...................................................................................................................... 11
   Adjustments .............................................................................................................................. 12
   Amendments/Changes In Account Terms .............................................................................. 12
   Attorneys' Fees ......................................................................................................................... 12
   Changes In Account Ownership, Address or Authorized Signers ......................................... 12
   Checks and Deposit Tickets .................................................................................................... 12
   Checks Bearing Notations ....................................................................................................... 12
   Check Endorsement ................................................................................................................ 12
   Check Images and Check SafeKeeping .................................................................................. 12
   Check Processing Cutoff Hour ................................................................................................ 12
   Check Signature Verification .................................................................................................. 13
   Checks Lost or Stolen ............................................................................................................. 13
   Compliance .............................................................................................................................. 13
   Conflicting Demands/Disputes ............................................................................................... 13
   Consent to Gather Information ............................................................................................... 13
   Death or Adjudication of Incompetence ................................................................................ 13
   Deposit Insurance .................................................................................................................... 13
   Disclosure of Account Information ........................................................................................ 13
   Electronic Fund Transfer Services ......................................................................................... 13
   Facsimile Signatures ............................................................................................................... 14
   Fax Instructions/Voice Mail/E-Mail ...................................................................................... 14
   Foreign Checks ........................................................................................................................ 14
   Governing Law ........................................................................................................................ 14
   Inactive, Dormant and Abandoned Accounts ....................................................................... 14
   Internal Policies and Procedures ............................................................................................ 14
   Jury Trial Waiver .................................................................................................................... 14
   Legal Process ........................................................................................................................... 14
   Limitation on Time to Sue ..................................................................................................... 15
   New Account Verification ...................................................................................................... 15
   Other Agreements ................................................................................................................... 15
   Overdrafts ................................................................................................................................ 15
   Photocopies .............................................................................................................................. 15
   Plan Documents ...................................................................................................................... 15
   Plan Termination ..................................................................................................................... 15
   Postdated or Undated Checks ................................................................................................. 15
   Power of Attorney ................................................................................................................... 15
   Preauthorized Drafts ............................................................................................................... 16
   Records .................................................................................................................................... 16
   Returned Items/Transactions .................................................................................................. 16
   Setoff and Security Interest .................................................................................................... 16
   Severability .............................................................................................................................. 16
   Stale-Dated Checks ................................................................................................................. 16
   Statements, Notices and Checks ............................................................................................ 16
   Stop Payment Orders .............................................................................................................. 17
   Subaccounts ............................................................................................................................. 17
   Telephone and Electronic Communication Monitoring/Recording ...................................... 17
   Telephone Instructions ............................................................................................................ 17
   Termination/Closing Your Account ....................................................................................... 17
   Transfers/Assignments ........................................................................................................... 17
   Unauthorized Transactions ..................................................................................................... 18
   Waivers .................................................................................................................................... 18
WITHHOLDING OF INCOME TAX ....................................................................................... 18
QUESTIONS OR COMMENTS ................................................................................................ 19

**Section II: Bankoh Consumer Electronic Financial Services Agreement and Disclosure Statement** ................................................................................................................ 19

**Section III: Wire and Other Fund Transfers** ..................................................................... 28

## DEPOSIT AGREEMENT

This booklet, our Privacy Statement for consumers, your signature card, account interest rate and fee schedules, the Individual Retirement Account Application and Custodial Agreement (if applicable), agreements for additional services (if applicable), and (if applicable) the time deposit receipt that you receive when you open your account, represent our agreement with you and contain important information about your account. Please read them carefully. By signing our signature card, requesting an account or maintaining an account, you acknowledge that you have reviewed, understand and agree to be governed by this agreement. YOUR ATTENTION IS DRAWN TO THE AUTHORIZED SIGNERS PROVISION ON PAGE 10 and the JURY TRIAL WAIVER ON PAGE 14.

**Terms.** In this booklet, the words "you" and "your" refer to the owners and authorized signers of an account, "we", "us" and "Bank" refer to Bank of Hawaii.

**Our Relationship.** Unless otherwise expressly agreed in writing, our relationship with you will be that of debtor and creditor. No fiduciary, quasi-fiduciary or other special relationship exists between you and us. We owe you a duty of ordinary care.

## ACCOUNTS

We offer a variety of accounts to suit your needs. In addition to our traditional checking, savings and time deposit accounts, we offer the following products:

**Bankoh Account.** This is a tiered-rate, interest-bearing checking account that provides you with multiple benefits for having multiple account relationships with us. The monthly service fee is waived if you maintain the account's designated combined balance requirement. Depending on the account balance you agree to maintain, you will receive various products and services free or at a reduced cost. Although your related account balances are combined with your Bankohana account for qualification and statement purposes, each related account continues to be a separate account.

Combined Balance Requirement. There are three types of Bankohana accounts. Each provides its own set of services and benefits. The first account is for customers who agree to maintain a combined average daily balance of $6,000 in Bankohana deposit accounts, or $10,000 in all related accounts (Bankohana deposits and loans) during the month (the "$10,000 Account"). The second account is for customers who agree to maintain a combined average daily balance of $20,000 in all related accounts during the month (the "$20,000 Account"). The third account is for customers who agree to maintain a combined average daily balance of $30,000 in all related accounts during the month (the "$30,000 Account"). [Existing customers only; no new accounts are being opened at this time.] If you maintain a $10,000 Account, you will receive the services and benefits applicable to that account, even if you maintain a combined balance of $20,000 or more from time to time. Likewise, if you maintain a $20,000 Account, you will receive the services and benefits applicable to that account, even if you maintain a combined balance of $30,000 or more from time to time.

Related Accounts. Funds in the following "related accounts" may be used to meet the balance requirements, provided the first person named in the title (the "primary owner") of your $10,000, $20,000 or $30,000 Account is also the primary owner of the related account and his/her taxpayer identification number is used for the related account:

- *Bank deposits* – Bankohana Savings, Bankohana Time Deposit, Bankohana IRA Plan, Bankohana Bonus Rate Savings or Bankohana Money Market Savings Accounts.

- *Bank loans* – Outstanding principal balance in your Bankoh Equity FlexLine, Bankoh Personal FlexLine, Bankoh Home Equity CreditLine, Bankoh Home EquityLine, Private BankLine Accounts and/or any Bankoh Personal Installment Loans. We also count the outstanding balance of one Bank of Hawaii Credit Card from American Express. Although you may open a Bankoh CoverCheck Account to be used in conjunction with your Bankohana Account, the CoverCheck account will not be counted toward the balance requirement.

- *Mortgage and Investment accounts* – If you have a $20,000 Account or a $30,000 Account, you also may include a Bank residential mortgage loan (up to $10,000) and/or qualifying Bankoh Investment Services, Inc. ("BISI") Brokerage accounts. Qualifying BISI Brokerage accounts are determined from time to time by BISI. Please contact BISI at (808) 537-8500 for a description of current qualifying BISI Brokerage accounts. If you have more than one residential mortgage loan, only one will count toward the balance requirement. We will count the mortgage with the highest outstanding balance. Note: AMOUNTS IN A BISI BROKERAGE ACCOUNT ARE NOT DEPOSITS OR OBLIGATIONS OF THE BANK, ARE NOT GUARANTEED BY THE BANK, ARE NOT FDIC INSURED AND MAY LOSE VALUE.

Balance Calculation. We determine the combined average daily balance in your related Bankohana accounts on the second-to-the-last business day before month-end by adding together the following amounts:

(1) The average daily balance of your Bankohana account.

(2) The average daily balance of your related deposit accounts and

(3) The outstanding principal balance of all related loan accounts.

If you have a $20,000 Account or a $30,000 Account, the following additional balances (on the second-to-the-last business day before month-end) will be included in the combined balance requirement:

4

(4) The outstanding principal balance of one related mortgage account (up to a maximum of $10,000) and

(5) The balance of all of your qualifying accounts at BISI.

Account Benefits. Account benefits may change from time to time and may be subject to prior credit qualification. Here is a summary of some of the benefits that existed at the time this disclosure was printed.

- *Bank of Hawaii Credit Card from American Express.* If you open a new or designate an existing Bank of Hawaii Credit Card from American Express as a related account (excluding the Continental OnePass Credit Card), American Express Centurion Bank will waive the requirement that you pay the annual fee for one account. American Express reserves the right to modify or eliminate this fee waiver. Consult the applicable Cardmember Agreement for details.

- *Bank of Hawaii CoverCheck Account.* If you open a new or designate an existing Bank of Hawaii CoverCheck Account as a related account, we will waive the annual fee.

- *Account Checks.* We will waive the fee for the Bankohana checks that we issue to you.

- *Safe Deposit Box Rental.* You will receive a $30 credit against safe deposit box rental fees at the time your rental payment is due if you have a $20,000 Account or a $30,000 Account, and a $15.00 credit if you have a $10,000 Account. Rental is subject to availability.

- *Bill Pay Service.* We will waive the monthly fee for e-Bankoh Bill Pay services. (Other fees may apply.)

- *Check/EFT Stop Payment Orders.* We will waive the fee for Check/EFT stop payment orders you make in connection with your Bankohana Account or related accounts.

- *Interest Bonus.* If you maintain a $20,000 Account or a $30,000 Account, you may receive an increased rate of interest on a related Bankohana Time Deposit, Savings Account and/or Money Market Savings Account. The amount of the increase is subject to change without notice at our discretion. You can obtain information on the current rate increase for any related account by contacting your branch of account. Any increase on an existing Bankohana Time Deposit Account is subject to change at renewal. Unless we specifically state otherwise, any interest bonus or special interest promotion that we offer to the public will not apply to these accounts.

- *Other Services.* If you maintain a $20,000 Account or a $30,000 Account, we will waive our service fees for travelers cheques, Bank cashier's checks, notary services and incoming wire transfers.

These benefits will end if your Bankohana Account is closed for any reason. Any bonus interest that you receive on a Bankohana Savings or Money Market Savings Account will end when your Bankohana Checking Account is closed, and on a Bankohana Time Deposit Account at the next renewal of the account.

Monthly Statements. We will send you a consolidated monthly statement that itemizes the activity for your Bankohana Account and any related deposit accounts you designate, provided you are listed as the primary owner on the accounts. Bankohana combined statements display the names of the Bankohana checking account owners only. Owners of any related Bankohana accounts are not displayed on the statement but are listed on the signature card or the account's governing documents you signed when you opened your account and are reflected on our customer information system. You will continue to receive your statements for your related loan, mortgage and qualifying BISI Brokerage account(s).

**Bonus Rate Savings and Bankohana Bonus Rate Savings Accounts.** These accounts offer an increased rate of interest if you meet certain requirements.

Requirements: In order for your account to be paid the Bonus Rate (described below), you must (a) make the minimum deposit described below each month, and (b) not withdraw any funds from your account during the month (the "Bonus Rate Requirements"). Note: Unless we specifically state otherwise, any interest bonus or special interest promotion that we offer separately to the public will not apply to these accounts.

Interest. You will be paid a tiered interest rate (the "Regular Rate") on your entire account balance each month. This means that, for each range of account balances indicated on the interest rate schedule we gave you when you opened your account, we will pay the corresponding interest rate and annual percentage yield on the entire balance in your account. You will also be paid a bonus interest rate (the "Bonus Rate") each month if you satisfy the Bonus Rate Requirements. If you do not satisfy the Bonus Rate Requirements during a month, your account for that month will only be paid interest at the Regular Rate. The Regular Rate, Bonus Rate and their corresponding annual percentage yields may change at any time at our discretion.

Deposits. A minimum qualifying monthly deposit, totaling the amount set forth in the Fee Schedule, must be made to your account each month in order to qualify for the Bonus Rate that month. If you withdraw any funds from your account during the month, your account will not satisfy the Bonus Rate Requirements, and your account will only be paid interest at the Regular Rate.

**Kids Only Savings Accounts.** You must be under 17 years of age to open a Kids Only Savings Account. All the terms and conditions of the Regular Savings Account apply to this account, except that the minimum daily balance requirement and the monthly service fee will be waived. Upon your 17th birthday (or during the January following your 16th birthday if your account was opened prior to July 4, 2003), your Kids Only Savings Account will automatically convert to a Regular Savings Account, and will then be subject to all of the terms and conditions governing Regular Savings Accounts, including but not limited to the balance requirements and all fees that are in effect at that time.

5

**College Express Checking Accounts.** You must be a full-time undergraduate or graduate college or university student to open a College Express Checking Account. You must provide us with acceptable proof of enrollment when you open your account. You must also provide us with an anticipated college graduation date ("Graduation Date"), which may not exceed four (4) years from the date you opened your account. Upon your Graduation Date (or during the January following your Graduation Date if your account was opened prior to July 4, 2003), your account will be automatically converted to a Smart Checking Account, and will be subject to all of the terms and conditions governing Smart Checking Accounts that are in effect at that time, including all applicable fees and charges.

**55+ Checking Accounts.** This is an interest bearing checking account. You must be 55 years of age or older to open a 55+ Checking Account, and you are required to have a direct deposit of payroll, pension or social security ("direct deposit") made during the statement cycle in order to receive a monthly service fee waiver. If you do not have a direct deposit during a statement cycle, you will be charged the monthly service fee listed on our Fee Schedule. Trusts are not eligible for 55+ Checking Accounts.

**Retirement Savings and Time Deposit Accounts.** To open these accounts, you must have signed and submitted an Individual Retirement Account Application to us asking us to establish a Bankoh Retirement Plan in your name or you must be a participant in a Bankoh Business Retirement Plan (the "Plan"). Under the Plan, you may open one or more retirement savings and/or time deposit account as your investment options under the Plan. You must deposit the amount specified in our Interest Rate Schedule to open your account, and your account is also subject to the applicable balance requirements and service fees listed in our Fee Schedule and the Plan Documents.

## DEPOSITS

**Source.** We may accept items payable to any of you for deposit to your account from any source without questioning the authority of the person making the deposit, and give cash back to any authorized signer(s) or designated agent on any check payable to any one or more of you, whether or not it is endorsed by you. If you make a deposit or payment that is not accompanied by instructions indicating how or where it is to be credited, we may apply it at our discretion to any loan or deposit account any of you maintains with us.

**Endorsements.** We may endorse and/or collect items deposited to your account without your endorsement, but may require your personal endorsement prior to accepting an item for deposit. If you deposit an item that bears the endorsements of more than one person or persons who are not known to us, we may refuse the item, require all endorsers to be present, or require that the endorsements be guaranteed by another financial institution acceptable to us before we accept the item.

You agree that we are not responsible for failing to complete a deposit to your account if the information you gave us with respect to the deposit is not correct or if you fail to provide us with any additional information we reasonably request. You further agree to reimburse us for any loss we incur because you fail to endorse a check or item exactly as drawn.

**Manner of Deposit.** You may deposit funds to your account in person at any of our branches. If you have a properly encoded Bank of Hawaii Visa® Check Card, Bankoh HawaiianMiles® Visa Check Card or Bankoh BankCard, you may make deposits to your account at any designated Bankoh BankMachine. You may also deposit funds to your account by mail. However, currency should not be sent by mail. We are not responsible for deposits made by mail until we actually receive the deposits. If you deposit a check or other item at a Bankoh BankMachine or by mail, you should endorse it "For Deposit Only" followed by the endorsement of all payees and your account number. Deposits made at a Bank of Hawaii branch located outside the jurisdiction where your account is domiciled will be credited to your account when they are received at your branch's processing center.

**Cutoff Hour.** If we receive an item for deposit or payment on a Saturday, Sunday or a U.S. federal holiday or after 2:00 p.m. on a business day, we may treat it as if we had received it on the next business day for processing purposes (see page 7 for a description of the funds availability cutoff hour).

**Accepting Items For Collection.** We may refuse to accept an item for deposit, limit the amount of the deposit, or accept it on a collection basis only. We generally take foreign or damaged items on a collection basis. If an item is accepted on a collection basis, we will charge a fee for the collection whether or not the item is paid and will not credit your account with the funds until we receive them from the payor financial institution. If we elect to credit your account before then, we may charge your account for the amount if we do not receive payment for any reason. The institution upon which the item is drawn may also charge you a fee in connection with the collection.

**Verification and Collection.** Any item that we accept for deposit or encashment is subject to later verification and final payment. We may deduct funds from your account if an item is lost, stolen or destroyed in the collection process, or if it is returned to us unpaid, or if it was improperly paid, even if you have already used the funds. Cash deposits are also subject to later verification. You waive any right to notice of nonpayment, dishonor or protest regarding any items credited to your account.

**Electronic Deposits.** Credit for an automated clearinghouse ("ACH") transfer is provisional until the receiving financial institution obtains final settlement. If final settlement doesn't occur, the originator of the transfer is not deemed to have made payment to the beneficiary, and the beneficiary's bank is entitled to a refund of the provisional credit. If we give you provisional credit for an ACH transfer, but do not receive final payment, you become obligated to us for the full amount without prior notice or demand.

6

We are not required to give you a separate notice of our receipt of an ACH transfer. If we accept ACH credits to your account, you will receive notice of the credit on your next regular periodic statement. Although we may send notice of a non-ACH incoming funds transfer (e.g., a wire), we assume no obligation to do so. Transfers to your account will be reflected on your regular periodic statement. You also can contact your branch of account during normal business hours to determine if a transfer has been credited to your account.

## FUNDS AVAILABILITY

In some circumstances, we may either wait to credit your account, or credit your account but place a "hold" on the amount of a deposited check or item until final disposition is made with respect to the check or item. If your account is a State of Hawaii branch account and we do this, we will do so in accordance with the "Additional Rules for Accounts in the State of Hawaii" provisions in the following section, and we will provide you with an estimate of the number of days we will maintain the "hold" on the amount of the check or item, or when your account will be credited. If your account is a non-State of Hawaii branch account, we may place a hold on the amount of a deposited check or item, for example, if a deposited check is for a large amount or is drawn on a foreign or remote bank. If we do this, we will give you an estimate of the number of business days we will maintain the "hold" on the amount of the check or item. Please understand, however, that these estimates will not always be accurate because of uncertainties in the check collection process which we cannot predict or control. Please ask if you need to be sure when funds from a deposit will be available.

### Additional Rules for Accounts in the State of Hawaii

**Your Ability To Withdraw Funds.** Our general policy is to make funds from your cash and check deposits available to you for withdrawal immediately (on the day of your deposit). Electronic direct deposits also will be available on the day we receive the deposit. Once they are available, you can withdraw the funds in cash, and we will use the funds to pay checks that you have written.

For determining the availability of your deposits, every day is a business day except Saturdays, Sundays and U.S. federal holidays. If you make a deposit at a Bank of Hawaii branch other than our Hana Branch or at a Bankoh BankMachine on a business day that we are open before the cutoff hour we establish for that location (Note: Some offices have a cutoff hour as early as 3:00 p.m.; Bankoh BankMachines have a cutoff hour as early as 12:00 noon), we will consider that day to be the day of your deposit. Cutoff hours are posted on Bankoh BankMachines and vary by location. Information on the cutoff hour is available from each branch.

**Longer Delays May Apply.** In some cases, we will not make all of the funds that you deposit by check available to you immediately. For example, if you make your deposit by mail, at an Instant Teller, at our Hana branch, or after the cutoff hour, your funds will be available on the first business day after the day of your deposit. Also, depending on the type of check you deposit, funds may not be available for cash withdrawal until the sixth business day after the day of your deposit. However, if you make a deposit to your checking account, the first $100 of your deposits will be available immediately.

If we are not going to make all of the funds from your deposit available immediately or by the first business day after the day of your deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit. If you will need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,000 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your account repeatedly in the last six months.
- There is an emergency, such as failure of computer or communications equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the twelfth business day after the day of your deposit.

**Deposits Made at a non-State of Hawaii branch.** If you make a deposit to your State of Hawaii account at a Pacific Island branch, we may delay your ability to withdraw funds. Your funds will generally be available no later than the twentieth business day after the day of deposit.

**Special Rules For New Accounts.** If you are a new customer, the following special rules may apply during the first 30 days your account is open.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers and the first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's and federal, state and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you. The excess over $5,000 will be available on the ninth business day after the day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,000 will not be available until the second business day after the day of your deposit.

7

Funds from all other check deposits will be available on the twelfth business day after the day of your deposit.

## SUBSTITUTE CHECK POLICY DISCLOSURE FOR CONSUMER CHECKING ACCOUNT CUSTOMERS (CHECK 21 NOTICE)
### Substitute Checks and Your Rights

The Check Clearing for the 21st century Act, also known as the "Check 21 Act," affects all U.S. banks and is designed to improve the overall efficiency of our nation's payment system. Beginning October 28, 2004, customers who receive canceled checks with their monthly checking account statements may notice that some of the checks look different. This is because some of them may be images of an original check, called "substitute checks."

**Substitute Check.** To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check. If you receive canceled checks with your account statement, some or all of the checks that you receive back from us may be substitute checks.

**This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account, or if you receive multiple check images with your account statement. However, you have rights under other laws with respect to those transactions.**

**Rights regarding substitute checks.** In certain cases, federal law provides a procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, overdraft and/or returned item fees). The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law. If you use this procedure, you may receive up to $2500 of your refund (plus interest if your account earns interest) within 10 business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim. In accordance with applicable law, we may delay the availability of amounts recredited (refund) if your account has been opened less than 30 days, your account has been repeatedly overdrawn during the last six months, or we have reasonable cause to believe that the claim is fraudulent. The Notice of Recredit that we will send to you will indicate the date your recredited funds will be available. We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account. These rights do not apply because an item has been charged back for "payment stopped," "not sufficient funds," "return to maker" or other unpaid return reason.

**Making a claim for a refund.** If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at 1-888-643-3888 or write to us at P.O. Box 2900, Honolulu, Hawaii 96846, as soon as you can. You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include—
- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
- A copy of the substitute check [and/or] the following information to help us identify the substitute check: (identifying information, for example the check number, the name of the person to whom you wrote the check, the amount of the check).

If you tell us orally, we will require that you send us your claim in writing to P.O. Box 2900, Honolulu, Hawaii 96846, within 10 business days. If we ask you to put your claim in writing and we do not receive it within 10 business days, we may not provisionally credit your Designated account.

We will notify you of the results of our investigation and of any recredit (refund) or reversal of recredit as required by law.

We are not required to accept substitute checks from non-bank entities, such as individuals, companies, governmental units, trusts or other organizations.

8

## INTEREST ON DEPOSITS

**Interest Rates.** Interest rates paid on our accounts are based on market conditions and other business factors. Except for time deposit accounts (which earn the same interest rate through maturity), the interest rate and Annual Percentage Yield on deposits can change as often as daily, at our discretion, without prior notice to you. For current rates, please go to www.boh.com, or call or visit one of our branches, or call us at:

- In Hawaii, U.S. Mainland and Canada, call our 24-hour Bankoh by Phone at 1-888-643-3888
- On Guam and Saipan, call our 24-hour Bankoh by Phone at 1-877-553-2424
- On Palau, call (680) 488-2602
- On American Samoa, call (684) 633-4226

Interest on tiered-rate accounts is determined by the interest tier into which the end-of-day balance falls. Different rates may apply to different tiers. This means that, for each range of account balances indicated on the interest rate schedule, we will pay the corresponding interest rate and annual percentage yield on the entire balance in your account.

The Annual Percentage Yield stated for time deposit accounts with terms greater than one year and which earn compounded interest assumes that interest remains on deposit until maturity. A withdrawal of interest will reduce earnings.

**Interest Calculations.** Interest is calculated on a 365-day basis (366-day basis for the Bonus Interest on a Bonus Rate Savings and Bankohana Bonus Rate Savings account in a leap year) and begins to accrue no later than the business day we receive credit for the deposit of noncash items (for example, checks). For regular and retirement time deposit accounts, interest begins to accrue on the business day you deposit the funds. However, if your deposit is made at a Bank of Hawaii branch located outside the jurisdiction in which your account is located, interest will begin to accrue on the deposit when it is received at your branch's processing center or on the business day we receive credit for the deposit, whichever is earlier.

We use the daily-balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account each day.

However, for Bonus Rate Savings and Bankohana Bonus Rate Savings accounts, interest paid to your Account at the Bonus Rate will be calculated using the average-daily-balance method. This method applies a periodic rate to the average daily balance in your Account for the month. The average daily balance is calculated by adding the principal in your Account for each day of the month and dividing that figure by the number of days in the month.

**Payment of Interest.** Depending on the account, interest may be credited to your account at the end of your monthly or quarterly cycle, at maturity or when your account is closed. See our interest rate schedule and/or your time deposit receipt for interest rates. For time deposit accounts, interest is paid up to, but not including, the maturity date. Interest may be lost on some accounts if the account is closed prior to the end of the statement period or the regular interest payment date.

If your account is a Regular Savings Account, Bankohana Savings Account, Kids Only Savings Account, Personal Money Market Savings Account, Bankohana Money Market Savings Account, Personal Money Management Checking Account, Bankohana Checking Account, or 55+ Checking Account, interest is compounded daily and credited monthly. If you maintain a Bonus Rate Savings Account or Bankohana Bonus Rate Savings Account, the Regular Rate is compounded daily and credited monthly, and the Bonus Rate (if applicable) is compounded and credited to your account monthly. In all cases, if you close your account or transfer your account to Pending Close Status (see page 17 of the Deposit Agreement) before interest is credited to your account, you will not receive the accrued interest. If your account has a zero balance after accrued interest is paid and any applicable service charges are assessed, your account may automatically close.

If your account is a regular time deposit account with a term of one year or less, interest is not compounded and will be credited and paid in accordance with the payment instructions you made on your Receipt. If your time deposit account has a term greater than one year and you have instructed us to pay interest to your time deposit account, interest is credited to your account annually and compounded at maturity.

If your account is a retirement time deposit account and has a term of six (6) months, interest for your account is not compounded. If your retirement time deposit account has any other term, except for an 18 month term, interest for your account will be compounded daily. For all retirement time deposit accounts other than an 18 month retirement time deposit account, interest will be credited to your account (i) on June 30 and December 31, (ii) when your account is closed; and (iii) at maturity. If your retirement time deposit account has a term of 18 calendar quarter. If your have a Retirement Savings account, interest is compounded daily and credited monthly.

**Matured Time Deposit Accounts.** Time deposit accounts stop earning interest at maturity, unless our agreement with you provides otherwise. We reserve the right to change the rate of interest for automatically renewable accounts at each renewal period. If we elect not to permit the renewal of an automatically renewable time deposit account, we will notify you in advance. Unless specifically stated otherwise, any bonus or special promotion we are offering will not apply to automatically renewing time deposit accounts. For example, if your account is a Bankoh "Rate Special" Time Deposit Account, it will renew as a Bankoh Regular Time Deposit Account.

At maturity, certain time deposit accounts will automatically renew for a new term at the rate then in effect for accounts of the same type, amount and duration. Except for time deposit accounts with a term of 31 days or less, you have a 10-calendar-day grace period after maturity during which a full withdrawal can be made without penalty on such accounts. Time deposit accounts with a term of 31 days or less have

9

a 1-business day grace period after maturity during which a full withdrawal can be made without penalty. Time deposit accounts which do not automatically renew stop earning interest at maturity.

**Additional Deposits to and Early Withdrawals from Time Deposit Accounts.** Time deposit account customers agree to keep funds on deposit for a fixed period of time. Unless otherwise provided, partial withdrawals and additional deposits are not permitted. However, if your account is a retirement time deposit account and has a term of 18 months, you may make additional deposits of $25 or more into your account. If we permit an early withdrawal of principal from a time deposit, we may impose an early withdrawal penalty (see page 11). Tax penalties also may apply to premature distributions from IRAs and similar tax deferred accounts.

## WITHDRAWALS

**Manner.** If your account is a checking account, you may withdraw funds from your account by writing checks on your account. There is no limit on the number of checks you can write. If the person cashing a check does not have a Bank of Hawaii account, we may charge that person the check-cashing service fee listed in our current Fee Schedule for cashing the check at a Bank of Hawaii branch. You agree that we do not have to cash the check if the person cashing the check refuses to pay the fee.

**Authorized Signers.** Your signature card identifies who is authorized to make withdrawals, write checks, transfer funds, stop payments, obtain ancillary services and otherwise give us instructions regarding your account. Although your card may indicate that more than one signature is required on checks and for the withdrawal or transfer of funds, that notation is principally for your own purposes. We do not assume a duty to support multiple signature requirements. As such, we assume no duty to confirm that two or more (or any combination) of authorized signers have approved any transaction. Unless we enter into a separate written agreement to the contrary, we may act upon the instructions of any one authorized signer. Although we may attempt on occasion to enforce the multiple signature requirement shown on your card (e.g., by refusing to permit a transaction by less than the stated number of authorized signers), we may cease doing so at any time and without prior notice to you.

If we agree in writing to enforce a multiple signature requirement for check withdrawals, you agree to order checks that bear a legend above the signature lines that two signatures (or more, if applicable) are required.

We may pay any check that bears a signature or endorsement (including a facsimile signature) resembling an authorized signature on file with us. You agree that signatures by your authorized agents (e.g., persons acting under a power of attorney) are valid, even if the principal-agent relationship is not indicated on the check or instruction.

We may honor checks drawn against your account by authorized signers, even if the checks are made payable to them, to cash or for deposit to their personal accounts. We have no duty to investigate or question withdrawals or the application of funds.

**Requirements.** We may refuse to pay any check that does not have the required number of signatures or that bears a signature that (in our opinion) does not satisfactorily compare with the specimen signature on file with us. All checks written on your account must be drawn in U.S. Dollars. If your checks are presented for payment or acceptance on a weekend, a holiday or after our processing cutoff hour, we may treat them as if we had received them on the next business day. We may process your checks and other transactions in any order we choose. We may refuse any check or other item drawn on your account or used to withdraw funds from your account if it is not on a form approved by us.

**Limitations.** All deposits you make to your account are payable only at the Bank of Hawaii branch where your account is maintained. We may refuse or limit withdrawals from any branch that is not your branch of account. We may (but are not obligated to) require suitable identification for any withdrawal or account closure. At our discretion, we may require all of your signatures for the withdrawal of funds and/or the closing of an account. We also may require non-customers to present suitable identification, including a fingerprint, in connection with any transaction.

Certain accounts are subject to transaction limitations (see below) and penalties for early withdrawal (see page 11). We may refuse to honor any withdrawal or order if funds on deposit are insufficient or unavailable to cover the request or order (see page 15) or there is a dispute or question as to the ownership of account funds (see page 13).

**Advance Notice.** We reserve the right to require 7 days advance notice to withdraw or transfer funds from any account. We currently do not exercise this right and have not exercised it in the past.

**Electronic Presentment/Posting.** We may charge your account on the day that a check or other transaction is presented (or returned) to us directly or electronically for payment. We also may charge your account or place a hold on funds at an earlier time if we receive notice that an item or transaction has been deposited for collection in another institution, or is being processed against your account by a merchant (e.g., at a point-of-sale terminal). Please note: Some merchants may obtain authorizations in advance for point-of-sale transactions in an amount greater than the final transaction amount. This could affect the balance available to cover other transactions.

## ACCOUNT LIMITATIONS

**Deposits.** We may refuse to accept a deposit or an addition to an account, limit its size or return all or part of it to you. We reserve the right to limit the amount of funds that may be maintained in an account.

**Cash Withdrawals.** In addition to the limitations set forth below and in the "Withdrawal" and "Electronic

10

---

Fund Transfers" sections, cash withdrawals may be limited due to the limited amount of currency available at a particular office.

**All Savings Accounts.** Transactions involving these accounts are limited by law. You may only make up to six withdrawals and/or transfers out of the account each monthly statement cycle by preauthorized or automatic transfer (e.g., automatic payments to an insurance company), draft, point-of-sale debit card, telephone and/or electronic banking. Only three of these six transactions may be made by draft, point-of-sale debit card, or similar order payable to third parties. If you exceed these limitations, we may refuse to honor the excessive transactions, remove your transfer privileges, close the account without prior notice, convert it to another type of account, and/or impose a fee for exceeding the limits (see the Fee Schedule).

We may refuse or limit telephone and mail withdrawals at our discretion. The law does not limit the number of withdrawals you can make in person at your branch of account, at any of our Bankoh BankMachines, at other automated teller machines, or transfers made for the purpose of repaying loans at Bank of Hawaii. Nor is there any limit on the number of deposits that can be made to your account each month (e.g., in person or by preauthorized or automatic transfer).

**Kids Only Savings Accounts.** Withdrawals from these accounts may only be made in person at our branches.

**Early Withdrawals from Time Deposit Accounts.** Unless our written agreement with you says otherwise, you are making an additional contribution to the Plan, or your account is an investment option under the Plan with a term of 18 months, you do not have a right to make early or partial withdrawals from, or additional deposits to your account during the term of your account. If you make an early withdrawal from your account, we will close your account and may impose the following penalty.

For Regular Time Deposit Accounts:

- For deposits with a term of 7 to 31 days, an amount equal to the greatest of: (i) the interest accrued on the amount withdrawn from the date of deposit or most recent withdrawal; (ii) the interest that would have accrued on the amount withdrawn for one-half of the term of your account; or (iii) 7 days interest on the amount withdrawn.
- For deposits with a term of 32 days up to and including 1 year, an amount equal to 2 months of interest on the amount withdrawn.
- For deposits with a term of more than 1 year, but less than 4 years, an amount equal to 8 months of interest on the amount withdrawn.
- For deposits with a term of 4 years or more, an amount equal to 11 months of interest on the amount withdrawn.

For Retirement Time Deposit Accounts:

- For deposits with a term of 6 months, an amount equal to 3 months of interest will be imposed
- For deposits with a term of more than 1 year, an amount equal to 8 months of interest will be imposed

We will add to the penalty any cash bonus that is paid to you upon the opening (or latest renewal) of your account. If the penalty exceeds the amount of accrued interest at the time of withdrawal, we may deduct the difference from the principal. We will not impose a penalty if a withdrawal is made following the death or court-declared incompetence of any owner.

**Early Withdrawals from Retirement Savings and Time Deposit Accounts.** If your account is a retirement savings and/or time deposit account under the Plan, any early withdrawal you make from your account may also be subject to the Federal tax penalties described in the Plan Documents. The tax penalty generally does not apply if a withdrawal is made: (a) after you are age 59-1/2; (b) because of your death or disability; (c) as a return of nondeductible contributions; (d) as part of a series of substantially equal payments over your life expectancy; (e) in an amount not greater than medical expenses which exceed 7-1/2% of your adjusted gross income; or (f) in the case of an IRA Account, to you after you terminate employment and receive unemployment compensation for at least twelve (12) consecutive weeks and the amount withdrawn is not greater than the premiums paid for medical insurance premiums for you and your dependents.

## FEES

Our Fee Schedule describes the most frequently encountered fees associated with our accounts and services. Some services are negotiated separately and may be subject to other written agreements with us. Information on fees for services not covered by the Fee Schedule is available upon request. Certain fees may change without specific notice to you. Account owners must promptly pay the fees and charges associated with their accounts and services, and are jointly and severally liable for such fees. We may deduct account fees automatically from your accounts.

## ADDITIONAL TERMS AND CONDITIONS

**Account Number.** We will assign an account number to you for your account. Your account number must be encoded on checks and deposit tickets in magnetic ink to facilitate processing by electronic equipment. All notices, correspondence or inquiries about your account must include that number. If your account is a retirement time deposit account, all of your accounts under the Plan, which have the same term, will have the same account number and a unique deposit identification number. For example, if you have three (3) retirement time deposit accounts, each with a term of six (6) months, they will all have the same account numbers;

11

however the maturity and renewal dates will be determined based on the date each account was opened.

**Adjustments.** We may make adjustments to your account whenever a correction or change is required. Adjustments might occur, for example, if deposits are recorded in the wrong amount or items you deposit are returned unpaid. We may elect, at our discretion, not to make an adjustment to your account to correct an error which you or a third party (e.g., another financial institution) cause if the adjustment is less than $10 or our cost to make the adjustment is greater than the amount in question.

**Amendments/Changes In Account Terms.** We may change (add to, delete or alter) the terms of our agreement with you at any time. We may notify you of a change by mailing or delivering a notice, a statement message or an amended agreement to any of you at the last address on file for you, your account or the service in question. Unless otherwise required by law, we may amend the agreement without prior notice (e.g., by posting the information in our offices or otherwise making it available to you).

We may substitute similar services or discontinue currently offered services for certain accounts by giving you prior notice. We do not have to notify you, however, of any changes that are beneficial to you (e.g., a reduction or waiver of any fees or the addition of services) or if the change is necessary for security reasons.

**Attorneys' Fees.** If you break any promise under this agreement and we institute a lawsuit against you to collect any amount that you owe us, or if we become involved in any other litigation or proceeding initiated by a third party related to your account, you agree to reimburse us for any costs and expenses we incur, including our reasonable attorneys' fees, together with interest at the maximum rate allowed by law, and you further agree that we may charge those amounts against your account without prior notice to you.

**Changes In Account Ownership, Address and Authorized Signers.** You agree to notify us immediately in writing of any change in your name, address or the authorized signers on your account. We may require a new signature card before any change in ownership or authorized signers becomes effective.

If the authorized persons on your account change, we may continue to honor items and instructions given earlier by any previously authorized person(s) until we receive specific notice from you in writing not to do so. (Note: A new or updated signature card, by itself, does not constitute notice to terminate any previous with stop payment orders in order to prevent transactions from occurring. There may be a delay in implementing a change in the authorized persons on our records, and you agree that we will be given a reasonable opportunity to make the changes necessary.

**Checks and Deposit Tickets.** Check prices vary according to the types of checks you select. You can obtain information on the current price of checks by contacting your branch of account. Check charges may vary from time to time without specific notice to you. You are responsible for checking the accuracy of all information shown on your checks and deposit tickets. If you find an error, please notify us immediately. We are not liable for losses resulting from incorrectly printed checks and/or deposit tickets.

If you arrange for the printing of your own checks, the form, encoding and format of the checks must follow our check specification requirements and be approved by us in advance. We make checks available that include fraud prevention features. If you choose not to use them or other checks that include fraud prevention features, you agree to assume a heightened degree of responsibility for safeguarding your checks, and for reviewing all returned checks and statements as soon as you receive them.

**Checks Bearing Notations.** Although we are not obligated to, we may pay or accept checks and other items bearing restrictions or notations (e.g., "Void after 6 months," "Void over $50," "Payment in Full" and the like), whether on the front or back, in any form or format. If you cash or deposit an item or write a check with such a notation, you agree that it applies only between you and the payee or maker. The notation will have no effect on us, and you agree to accept responsibility for payment of the item. You agree to indemnify and hold us harmless from any claim or alleged loss of any maker or payee involving such notations, whether you are the maker or payee or the funds are otherwise deposited into an account in which you have an interest.

**Check Endorsement.** U.S. federal regulations require that the top 1½ inches on the back (when read vertically from the trailing edge) of the check is designated for your endorsement as payee. If you or a prior endorser endorse a check in the area outside of the endorsement area, mark or otherwise obscure the other side, or make an endorsement which is illegible or incomplete, you agree to hold us harmless from any loss, delay, liability, claim or damage which occurs as a result.

**Check Images and Check SafeKeeping.** If you receive our Check Images service, we will send images of your canceled checks to you with your monthly statements. If you elect Check SafeKeeping, we will provide information regarding your checks with your statement. Your canceled checks will not be returned to you, but will be destroyed shortly after we process your statement. We will maintain an image of each check for seven years. You can obtain copies of your checks by sending us a written request with the following information: your name, account number, check number, the amount of the check and (if known) the date the check was paid. We will not be responsible for any special or consequential damages you may incur under any circumstances if we are unable to provide copies of checks. Our liability, if any, will not exceed the face amount of the check in question. You agree to provide us with reasonable proof of any loss. You agree that by following this procedure, we have made your statements and canceled checks available to you for purposes of examination to discover unauthorized signatures, alterations or other irregularities.

**Check Processing Cutoff Hour.** Our processing cutoff hour with respect to any knowledge, notice, stop payment order or legal process received by us involving a check is one hour after the opening of the business day following the business day on which we receive the check. The cutoff hour with respect to setoffs exercised by us is the close of the business day following the business day we receive a check. The cutoff hour determines our obligation under state law to pay or return certain checks that have been received (but not finally paid) by us on the previous business day.

**Check Signature Verification.** We may process certain checks mechanically, based on the information encoded on the items. This means that we may not visually examine each of your checks to determine if they are properly completed and endorsed. Although we may review checks from time to time, you understand that reasonable commercial standards do not require us to do so.

**Checks Lost or Stolen.** You agree to safeguard your blank and canceled checks, and to take reasonable steps to prevent their unauthorized use. If your checks are lost or stolen, you agree to notify us immediately. For security reasons, we reserve the right to close your account and transfer the balance to a new account. If we do, all checks written but not yet paid may be returned to payees as "Account Closed" or "Refer to Maker." You will be responsible for issuing any replacement checks.

When you cash or deposit a check or other item with us, we act as your agent to collect the item. The risk of loss of an item in the process of collection is on you. We may reverse any credit given and any interest earned or accrued for a deposited item that is lost in transit and we may recover from any account you maintain with us the funds given to you for a cashed item which is lost in transit. You will do everything reasonably within your ability to promptly assist us to find, identify or replace a lost item, including but not limited to maintaining a record of the maker of items delivered to us for deposit and collection. We shall not be liable to you if an item is lost in the process of collection provided we exercised ordinary care in handling the item. In no event shall we be liable to you if you cannot identify the maker of the lost item.

**Compliance.** You agree to comply with applicable law. You may not use your account or services for an illegal activity.

**Conflicting Demands/Disputes.** If conflicting demands over the ownership or control of an account arise or we are unable to determine any person's continuing authority to give instructions, we may, at our sole discretion: (1) freeze the account (less amounts due us) and withhold payment from all of you until we receive written proof (in form and substance satisfactory to us) of your right and authority over the account and its funds; (2) require the signatures of all of you for the withdrawal of funds, the closing of an account, or any change in the account regardless of the number of authorized signers on the account; (3) request instructions from a court of competent jurisdiction at your expense regarding the ownership or control of the account; and/or (4) continue to honor checks and other instructions given to us by the individuals who appear as authorized signers according to our records. In no event will we be liable for ownership or control of your account. We may return checks and other items, marked "Refer to Maker" (or similar language), in the event there is a dispute or uncertainty over an account's ownership or control.

**Consent to Gather Information.** Each of you authorizes us to obtain information from time to time regarding your credit history from credit reporting agencies and other third parties.

**Death or Adjudication of Incompetence.** You agree to notify us immediately of the death or court-declared incompetence of any owner, authorized signer or designated beneficiary on your account. You agree that we may disregard any notice of incompetence unless the person in question has been declared incompetent by a court of appropriate jurisdiction and we receive written notice and instructions from the court regarding the account. We also may freeze, offset, refuse and/or reverse deposits and transactions (e.g., governmental or retirement benefit payments payable to the deceased) if an owner dies or is adjudicated incompetent.

If your account is held in two or more names, your account and all funds, checks and other items belong to you as joint tenants, and upon the death of any owner, the deceased owner's share passes automatically to the surviving owner(s). Accounts that are held in an informal trust for the benefit of others ("In trust for" beneficiaries) pass automatically (and in equal shares unless otherwise indicated in our records) to the named beneficiaries who survive the last surviving owner.

If we have any question as to the ownership of funds or the amount of funds pending receipt of proof (satisfactory to us) of each person's right to the funds.

**Deposit Insurance.** Your accounts with us are insured to the regulatory limits by the Federal Deposit Insurance Corporation (FDIC). For further information regarding insurance of accounts, you may write to the FDIC at 550 17th Street, N.W., Washington, D.C. 20429, telephone the FDIC's toll-free consumer hotline at (800) 934-3342 or visit its website at www.fdic.gov.

**Disclosure of Account Information.** We may release information about your deposit, investment and loan accounts and the transactions you perform to third parties: where it is necessary or helpful in verifying or completing a transaction; to disclose the existence, history and condition of your account to consumer reporting agencies; when you give us your consent; to comply with the law or a court or governmental order; to our affiliated companies; to local, state and federal authorities if we believe a crime may have been committed involving your account; and as permitted by law. Please see our Privacy Statement for additional details.

**Electronic Fund Transfer Services.** Any authorized signer on an account may apply for any electronic

12    13

fund transfer services we offer from time to time on behalf of all of you. Once an electronic fund transfer service is established, any authorized signer on your account may act alone in conducting electronic fund transfers, regardless of the number of required signers indicated on the signature card.

**Facsimile Signatures.** We may refuse to accept or may pay items bearing facsimile signatures. You agree to assume full responsibility for any and all payments made by us in reliance upon signatures that resemble the actual or facsimile signature(s) that any of you provide to us in connection with your accounts or services. You agree to indemnify, defend and hold us harmless from any and all actions, claims, losses, damages, liabilities and expenses (including attorneys' fees) arising directly or indirectly from the misuse or the unlawful or unauthorized use or copying of facsimile signatures (whether affixed manually, by stamp, mechanically, electronically or otherwise).

**Fax Instructions/Voice Mail/E-Mail.** We may, but are not required to, act upon instructions received by fax transmission, voice mail or e-mail. We may not review your message until the business day after its receipt. As such, it may not be appropriate to use these methods of communication if you need to reach us with time-sensitive information.

**Foreign Checks.** We may refuse to accept checks for deposit or collection if they are payable in a foreign currency. If we accept a foreign check, you assume all the risk of loss associated with currency value fluctuations and late returns. We may use our current buying or selling rate, as applicable, when processing foreign currency items and may recover from your account any loss incurred in connection with our processing of such items.

**Governing Law.** Your account will be governed by this agreement and the laws of the jurisdiction in which your account is located. We may comply with applicable clearinghouse, Federal Reserve Bank and correspondent bank rules in processing certain transactions. You agree that we may act in accordance with those rules and that we do not have to notify you of a change in such rules, except to the extent required by law.

**Inactive, Dormant and Abandoned Accounts.** Please see our Fee Schedule for service fees associated with "inactive," "dormant," and "abandoned" accounts. Unless we provide otherwise in our Fee Schedule, inactive, dormant, or abandoned accounts will be subject to the same fees as active accounts. If you have not made or do not make any transactions to or from your checking account for 12 consecutive months, or to or from your savings account for 24 consecutive months, we will classify your account as inactive. For accounts in State of Hawaii, beginning one month following the date your account became inactive, and while your account remains inactive, we will charge your account the monthly Inactive Fee contained in the Fee Schedule.

For accounts in Guam, Saipan, Palau and American Samoa, we will charge your account the monthly Inactive Fee contained in your Fee Schedule, on your next service charge date after your account becomes inactive. In addition, if you have not made any transactions to or from your checking account for 24 consecutive months or to or from your savings account for 36 consecutive months, we will reclassify your account as dormant; and when your account is dormant, we will charge your account the monthly Dormant Fee contained in the Fee Schedule and no longer charge the Inactive Fee, if any. Please note that Inactive Fees and Dormant Fees are not charged for savings accounts in American Samoa.

For accounts in the State of Hawaii, Guam, Saipan, Palau, and American Samoa, if you make a transaction to or from your account, or contact us to request a change to active status, we will reclassify your account as active. However, all Inactive Fees and Dormant Fees are non-refundable even if your account is subsequently reclassified as active. In addition, if you have not made any transactions to or from your account for the time period prescribed by applicable law, we will charge your account the special handling fee for abandoned accounts listed in the Fee Schedule and we will turn over the funds to governmental authorities as required by law. For security reasons, we may refuse a withdrawal or transfer from accounts we internally classify as inactive and abandoned if we cannot reach you in a timely fashion to confirm the transaction's authorization. If you have a Bankohana account, each of your related accounts will remain a separate account for determination of "inactive", "dormant" and "abandoned" status.

**Internal Policies and Procedures.** Any internal policies or procedures that we maintain in excess of commercial standards and general banking usage are solely for our own benefit and shall not impose a higher standard of care than otherwise would apply in their absence.

**Jury Trial Waiver.** You and we each waive our respective rights to a trial before a jury in connection with any disputes related to your account or account services. This includes any claim by us or by you, claims brought by you as a class representative on behalf of others, and claims by a class representative on your behalf as a class member (so-called "class action" suits).

**Legal Process.** We may comply with any writ of attachment, execution, garnishment, tax levy, restraining order, subpoena, warrant or other legal process which we believe (correctly or otherwise) to be valid. We may notify you of such process by telephone, electronically or in writing. If we are not fully reimbursed for our record research, photocopying and handling costs by the party that served the process, we may charge such costs to your account, in addition to fee listed in our Fee Schedule.

You agree to indemnify, defend and hold us harmless from all actions, claims, liabilities, losses, costs, attorneys' fees and damages associated with our compliance with any process that we believe to be valid. Accounts opened with trust or fiduciary designations (e.g., "XYZ, Inc. — Client Trust Account") may be

14

subject to levies and other legal process against your property unless our records clearly reflect the existence of an express written trust or court order.

We will not pay interest on any funds we hold or set aside in response to legal process.

**Limitation on Time to Sue.** An action or proceeding by you to enforce an obligation, duty or right arising under this agreement or by law with respect to your account or any account service must be commenced within one year after the cause of action accrues.

**New Account Verification.** Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. Therefore, when you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. In addition, we may use a third party service to verify and obtain information regarding your previous banking relationships. We also may report the status, history and/or closure of your account to such third party services.

**Other Agreements.** You may have another agreement with us which, by its terms, supersedes this agreement in whole or in part.

**Overdrafts.** If you do not have sufficient available funds on deposit to cover the amount of a check or transaction (e.g., an automatic payment, ATM withdrawal, BankCard or Check Card purchase, or other electronic transfer), we may return the check or reject the transaction without payment. We may elect, however, in our sole discretion to create an overdraft by paying the check or permitting the transaction. Either way, there will be a service fee for each item or transaction as stated in our Fee Schedule. [Note: If you make a deposit on the same day that an item, service charge or transaction creates an overdraft (a "temporary" or "intra-day overdraft"), we may charge the fee for the overdraft since the covering deposit may not be posted until the end of the business day. In some cases (e.g., deposits received after our processing cutoff hour), the deposit may not be deemed received until the next business day.]

If we permit an overdraft or otherwise allow your account balance to drop below zero, you agree to pay the amount of the overdraft promptly, without notice or demand from us. In addition to the overdraft fee described above, we will impose a Continuing Negative Balance fee for each seven-day period that your account remains in a negative balance condition at the end of each day (See your Fee Schedule).

Each account owner is jointly and severally responsible for paying any overdrafts created by any authorized signer(s) or party to the account, whether or not the owner participates in the transaction or benefits from its proceeds. You agree that subsequent deposits and other credits to the account may be used to satisfy an overdraft, regardless of the source of such deposit including, without limitation, deposits of government, welfare, retirement or social security benefits.

Our payment of any checks or allowance of transactions that create overdrafts in no way obligates us to continue that practice at a later time. We may discontinue permitting overdrafts without cause or notice to you. We discourage the practice of overdrawing accounts. If you anticipate the possibility of repeated overdrafts, please consider applying for our CoverCheck service, which is more dependable and may be less-expensive.

**Photocopies.** Checks and other items are sometimes lost during processing or while in transit. If a photocopy of a check or other item that appears to be drawn on your account is presented to us for payment in place of the original, we may pay the photocopy if it is accompanied by a representation from another financial institution that the original item has been lost or destroyed. We will not incur any liability in the event the original item is later presented to and paid by us, unless a stop payment order is in effect for the check.

**Plan Documents.** If your account is a retirement savings and/or time deposit account, your account is also subject to all of the terms and conditions contained in the documents governing the Plan (the "Plan Documents") which were given to you or the Plan sponsor when the Plan was established.

**Plan Termination.** Subject to the terms of this Agreement and the Plan Documents, you may terminate the Plan and withdraw the funds from your account at any time by notifying us. However, if you terminate the Plan within 180 days after the Plan is opened, your account will be subject to the early closing fee listed in the Fee Schedule.

**Postdated or Undated Checks.** We may pay or return any properly payable postdated or undated check upon presentation to us. You agree that we will not be liable to you for charging your account before the indicated date on a properly payable but postdated check, unless your account is a State of Hawaii branch account and you provide your branch of account with a written postdated check notification that describes a postdated check with reasonable certainty. Your notification must include the exact amount (dollars and cents), account number, check number, date of check and the name of payee. If you provide us with a postdated check notification in a time and in a manner which affords us a reasonable opportunity to act on it, we will not pay the item and may return it (marked "payment stopped," "postdated" or otherwise) if it is presented to us prior to the date indicated in the notification (up to six months from the date of the notification). After six months, an order is no longer effective and must be renewed. We may impose a fee for each order. If we re-credit your account after paying a postdated check over a valid and timely postdated check notification, you agree to transfer to us all of your rights against the payee or other holder of the check, and to assist us in legal action taken against that person.

**Power of Attorney.** Any owner may provide us with a power of attorney. You should notify us in advance if you plan to create a power of attorney involving your account. Upon request, we may provide you with

15

an appointment of agent form for that purpose. You can revoke your appointment of agent by sending a written notice to us at your branch of account. We will not be liable to you for following or refusing to follow the instructions of an attorney-in-fact or agent, whether or not the attorney-in-fact relationship is noted in the instruction (e.g., on any check signed by the attorney-in-fact).

**Preauthorized Drafts.** If you provide your account number to a third party in order to charge your account by means of one or more demand drafts (i.e., items which do not bear your actual signature, but purport to be drawn with your authorization), you authorize us to pay such drafts, even though they do not contain your signature and may exceed the amounts you authorized to be charged. This provision shall not obligate us to honor demand drafts. We may refuse to honor demand drafts without cause or prior notice, even if we have honored similar items previously. We are not under any obligation to verify whether the name and account number shown on a demand draft are consistent. You may not deposit demand drafts to an account with us without our prior, express written consent. We may discontinue accepting demand drafts at any time without cause or prior notice.

**Records.** We will keep records of your account to the extent and for the time required by law. We may convert paper records to images (e.g. microfilm and electronic files) or store records outside of the geographic area where your branch is located.

**Returned Items/Transactions.** If we are notified that an item you cashed or deposited is being returned unpaid, we may attempt to reclear the item, place a hold on the funds in question (see "Funds Availability") or charge your account for the amount (and any interest earned on it), whether or not the return is proper or timely. This also applies to checks drawn on us which are not paid for any reason. We may assess a fee for each returned item and notify you of the return orally, electronically, or in writing. We are authorized to pursue collection of previously dishonored items, and in so doing we may permit the payor bank to hold an item beyond our deadline.

If we receive an affidavit or a declaration under penalty of perjury stating that an endorsement on an item deposited to your account is forged (or that the item contains an alteration), we may charge the item back against your account or place a hold on the funds pending an investigation, without prior notice to you.

Any credit we give you with respect to an automated clearinghouse entry is provisional until we receive final settlement for the entry. If we do not receive final settlement, you understand and agree that we may charge your account for the amount, and that the party making payment to you (i.e., the originator of the transfer) shall not be deemed to have paid you the amount of the transfer.

**Setoff and Security Interest.** We may set off funds in your account for any direct, indirect and/or acquired obligations that any owner owes us, to the fullest extent permitted by law and regardless of the source of the funds in the account. You grant us a security interest in your account for amounts owing to us by any owner. This provision does not apply to IRA or tax-deferred Keogh retirement accounts or to consumer credit card obligations.

**Severability.** If any of the provisions of this agreement are determined to be void or invalid, the remainder of the agreement shall remain in full force and effect.

**Stale-Dated Checks.** You agree that we may pay or reject a check which is presented to us for payment more than six months after its date (a "stale-dated" check), even if the presentation occurs after the expiration of a stop payment order. We normally do not examine the date on checks presented for payment. You agree that we are not required to identify stale-dated checks or to seek your permission to pay them.

**Statements, Notices and Checks.** If we provide you with a statement, electronically or otherwise, you must promptly and carefully review it to determine if any errors or problems exist. You agree to notify us immediately of any error, discrepancy or unauthorized transaction you discover on any statement, notice or check. If you fail to do so, you may become responsible for the losses resulting from such failure. We may deny a claim for monetary loss due to forged, altered or unauthorized checks if you fail to follow these procedures.

Statements are normally mailed to the last address listed with us for your account. If you ask us to hold statements and notices for you, we may mail them to you or, to the extent allowed by law, destroy them if they are not picked up by the next statement date. Notify us promptly if you do not receive your statement by the date you normally would expect to receive it.

Statements and notices sent or made available to any of you are deemed to be received by all of you. If we hold them at your request or because you fail to provide us with a current address, they will be deemed delivered to you when they are prepared (for held statements), mailed (for returned mail) or otherwise made available to you. We may hold statements and notices if the Post Office notifies us that your mail is undeliverable. At our discretion, and to the extent allowed by law, we may destroy mail that is returned to us or determined to be undeliverable.

If you have elected to receive statements electronically, we will send to the email address you provided a notice alerting you of the statement's availability and Internet web site location where the statement is available. The statement will be available for at least 90 days from the date the notice first becomes available or from the date of the notice alerting you of the statement, whichever comes later. If our electronic communication is returned undelivered, we will take reasonable steps to attempt redelivery using information in our files.

You must mail or deliver all notices to us in writing at the branch(es) where you maintain your account(s) or at such other address(es) as we designate. Notices sent elsewhere may be delayed or may not reach the correct office. You should include your account number with any correspondence regarding your account.

16

**Stop Payment Orders.** Any owner or authorized signer on your account may request us to stop payment on a check or transaction. Your stop payment order must include the account number, check number, exact amount (dollars and cents), check or transaction date and the name of the payee. We will not be liable for paying a check or transaction over a stop payment order if the order is incomplete or incorrect. We must receive stop payment orders at a time and in a manner in which affords us a reasonable opportunity to act upon them.

There is a per-check/transaction charge for each stop payment order. Stop payment orders are valid for six months. After that time, the check may be paid and charged to your account unless you renew the stop payment order for an additional fee.

We are not required to accept oral stop payment orders, but may elect to do so. Our records will be conclusive evidence of the existence, details of and our decision regarding any oral stop payment order or its revocation.

You may not stop payment on electronic point-of-sale debit card transactions, cashier's checks or checks or payments guaranteed by us. Under certain circumstances, however, you may be able to claim a refund on lost, stolen or destroyed cashier's checks 90 days following the date of their issuance. Please note that electronic stop payment requests (through our automated telephone or home banking system) may not be effective in stopping the payment of checks that have been posted to, but not finally paid from, your account on the preceding day. In order to ensure that those checks are not paid, you must contact one of our customer representatives in person, by telephone or in writing within one hour after we open on the day following the day we post the items to your account. You also should contact a representative if you wish to stop the payment of a check that has been converted to an electronic transaction by a merchant.

You agree to indemnify, defend and hold us harmless from all actions, claims and damages related to or arising from our action in stopping payment on any check or transaction pursuant to your stop payment order.

**Subaccounts.** For regulatory reporting and reserve purposes, we divide checking accounts into two subaccounts: a checking subaccount and a savings subaccount. If your checking account earns interest, we will pay the same interest rate on both subaccounts. If it does not earn interest, no interest will be paid on either subaccount. In either case, your account will continue to operate, from your perspective, as one account. We may establish a threshold for the balance maintained in the checking subaccount and may transfer funds periodically from one subaccount to the other to meet that threshold and cover transactions against your account. Your account statements will not reflect the existence of the subaccounts, and our periodic reallocation of funds between subaccounts will not affect your ability to withdraw funds, the interest rate (if any), fees or other features of your checking account.

**Telephone and Electronic Communication Monitoring/Recording.** We sometimes monitor telephone conversations and electronic communications for quality and control purposes. We usually do not record conversations without notice to you. YOU ACKNOWLEDGE AND AGREE THAT WE MAY MONITOR AND RECORD COMMUNICATIONS AT ANY TIME WITHOUT FURTHER NOTICE TO THE PARTIES TO SUCH COMMUNICATIONS.

**Telephone Instructions.** We may accept or reject telephonic instructions from you that are received outside of our Bankoh by Phone services. Our understanding of your instructions and our records shall be conclusive evidence of the actual instructions given. We are not required to accept instructions or permit withdrawals by telephone, and this does not constitute an agreement by us to do so. Telephone transactions involving certain accounts are also subject to transaction limitations (see page 10). For the terms associated with our Bankoh by Phone service, see the Bankoh Consumer Electronic Financial Services Agreement and Disclosure Statement on page 19. For terms associated with our e-Bankoh and e-Bankoh Bill Pay Service, see your e-Bankoh Consumer Agreement and Disclosure Statement.

**Termination/Closing Your Account.** Any authorized signer(s) may close your account at any time, with or without cause. We are not required to provide notice of such closure to the other authorized signers on the account. We may automatically close your account if the account balance is zero.

We may terminate your account relationship with us at any time, with or without cause, by giving oral, electronic or written notice to any of you. You agree that our notice of termination to you will be reasonable if we mail the notice to you 10 days prior to the termination date. We may terminate your account without termination, we may send a check for the collected account balance to any of you at the last address we have on file for the account. Thereafter, the funds will stop earning interest (even if the check is returned or remains uncashed for any reason).

We may dishonor any check, item or transaction presented for payment after an account is closed. At our sole discretion, we may honor checks, items and orders presented or occurring after an account is closed if the transaction is guaranteed by us to third parties (e.g., under a check guarantee or as part of an electronic fund transfer arrangement) or you fail to give us a timely stop payment order for any outstanding checks. You remain responsible for such items and transactions, which may be treated as overdrafts.

If you request, and we allow you to delay the closing of your account in order to pay outstanding checks totaling a designated dollar amount ("Pending Close Status"), you agree that if your account is an interest-bearing account, that interest will no longer accrue from and after the date you notify us of your intent to close your account and request Pending Close Status.

**Transfers/Assignments.** Unless otherwise agreed by us in writing, all accounts are non-transferable and

17

non-negotiable. You may not grant, transfer or assign any of your rights to an account without our prior written consent. If you request a change in the ownership of your account, we may require you to close the account and open a new account. We are not required to accept or recognize an attempted assignment of your account or any interest in it, including a notice of security interest. If we agree that a security interest may be taken in your account by a third party, the account will remain subject to our prior right of setoff, unless we agree otherwise in writing.

**Unauthorized Transactions.** If you discover a check forgery, alteration or other unauthorized transaction involving your account, you must promptly notify your branch of account in writing of the relevant facts. You agree to maintain a current check or account register and to carefully and promptly review all statements and notices we send to you. If you participate in our Check SafeKeeping service, your statements will be deemed to provide sufficient information about your checks and other transactions for you to determine whether any are forged, altered or unauthorized if the statements provide you with the check number, amount and date of payment.

You are in the best position to discover and report any unauthorized debit to your account. If you fail to notify us within a reasonable time (not exceeding 21 days) of an unauthorized signature, alteration, forgery, counterfeit check or other unauthorized debit to your account, we will not be responsible for subsequent unauthorized transactions by the same wrongdoer. Without regard to care or lack of care of either you or us, if you do not discover and report any such unauthorized transaction within 60 days after your statement, transaction information or the item is made available to you, you are precluded from asserting the unauthorized transaction against us. (Note: Different liability rules apply to certain electronic fund transfers. See your Bankoh Consumer Electronic Financial Services Agreement and Disclosure Statement starting on page 19, and your e-Bankoh Consumer Agreement and Disclosure Statement for details.)

If you claim a credit or refund because of an unauthorized transaction, you agree to provide us with a declaration containing whatever reasonable information we require regarding your account, the transaction and the circumstances surrounding the claimed loss. You also agree to make a report to the police and to provide us with a copy of the report, upon request. We will have a reasonable period of time to investigate the circumstances surrounding any claimed loss. During our investigation, we will have no obligation to provisionally credit your account, unless otherwise required by law (e.g., in connection with certain consumer electronic fund transfer services).

Our maximum liability will never exceed the amount of actual damages proven by you. Our liability will be reduced: (a) by the amount of the loss that is caused by your own negligence or lack of care; (b) to the extent that damages could not have been avoided by our exercise of ordinary care; and (c) by any loss recovery that you obtain from third parties (apportioned in accordance with this provision). We will not be liable for any loss that is caused in part by your negligence if we acted with ordinary care. Unless otherwise required by law, we will not be liable for incidental, special or consequential damages, including loss of profits and/or opportunity, or for attorney's fees incurred by you, even if we were aware of the possibility of such damages.

You agree to pursue all rights you may have under any insurance policy you maintain in connection with any loss associated with your account and to provide us with information regarding coverage. Our liability will be reduced, proportionately, in accordance with our responsibility for any loss, by the amount of any insurance proceeds you receive or are entitled to receive for the loss. If we reimburse you for a loss and the loss is covered by insurance, you agree to assign us your rights under the insurance policy to the extent of our reimbursement, in accordance with this provision.

(Note: Different liability rules apply to certain electronic fund transfers. See your Bankoh Consumer Electronic Financial Services Agreement and Disclosure Statement starting on page 19, and your e-Bankoh Consumer Agreement and Disclosure Statement for details.)

**Waivers.** We may delay enforcing our rights under this agreement without losing them. Any waiver by us shall not be deemed a waiver of other rights or of the same right at another time, and will not be deemed to modify the terms and conditions of this agreement. You waive diligence, demand, presentment, protest and notice of every kind, except as set forth in this agreement.

## WITHHOLDING OF INCOME TAX

Unless you are exempt under federal law, we are required to withhold a portion of your taxable interest and certain other payments (this is referred to as backup withholding) if: (1) you fail to supply us, under penalties of perjury, with your correct taxpayer identification number ("TIN") [For most individuals, the TIN is their Social Security Number. We must receive your number even if you don't have to file a tax return]; (2) you fail to provide us with the required certified information (e.g., that you are a U.S. person and are not subject to backup withholding); (3) the IRS instructs us to withhold; or (4) the IRS notifies you that you are subject to backup withholding.

We may report interest and other payments to you to the Internal Revenue Service (IRS), along with your TIN. Both we and the IRS use the TIN for identification purposes.

We may refuse to open, and we may close, any account for which you do not provide a certified TIN, even if you are exempt from backup withholding and information reporting. To avoid possible erroneous backup withholding, an exempt payee should furnish its TIN and indicate on the signature card that it is exempt.

A non-resident alien not subject to information reporting must certify his or her exempt status by completing an appropriate IRS certification form (e.g., W-8 BEN). Non-resident aliens are required to certify their exempt status every three years (or earlier upon request) to avoid backup withholding.

You may be subject to penalties, including civil and criminal penalties if you fail to provide us with a correct TIN or falsify information with respect to withholding. For additional information on interest reporting and withholding, contact your tax advisor or the IRS.

*How to Obtain a TIN.* If you don't have a TIN or you don't know your number, apply for one on Form SS-5, Application for a Social Security Card at the local office of the Social Security Administration or the IRS.

### What Number to Give Us

For this type account:          Give the SSN of:
1. Individual                    The individual
2. Two or more individuals       The actual owner of the account or,
   (joint account)               if combined funds, the first individual on
                                 the account
3. Custodian account of a minor  The minor
   (Uniform Transfers to Minors Act)
4. The usual revocable living trust  The grantor-trustee
   (grantor is also trustee)

## QUESTIONS OR COMMENTS

Note: The fees, rates, and benefits described in this booklet and in the accompanying fee schedule were current as of the date of publication, but are subject to change. Prices listed are subject to sales tax wherever applicable. The products and services outlined in this agreement may not be available in all areas that Bank of Hawaii serves. Please consult your branch about the availability of products and services. If you have any questions or comments, you can contact us at the telephone numbers listed below:

- In Hawaii, U.S. Mainland or Canada, call our 24-hour Bankoh by Phone toll-free at 1-888-643-9888. TTY for the hearing impaired, dial 1-888-643-9888.
- In Guam and Saipan, call our 24-hour Bankoh by Phone toll-free at 1-877-553-2424. TTY for the hearing impaired, dial 1-888-643-9888.
- In American Samoa, dial 633-2872, then 1-888-643-3888.
- In Palau, call us at (680) 488-2602.

## BANKOH CONSUMER ELECTRONIC FINANCIAL SERVICES AGREEMENT AND DISCLOSURE STATEMENT

### Please Read and Save

This agreement and disclosure statement governs and contains important disclosures required by applicable federal law about consumer electronic financial services you now have or may receive in the future.

A. **How to Contact Us.** If you believe that your Card or your Security Code has been lost or stolen, or that someone has electronically transferred or may electronically transfer money from your Designated Account without your permission, you must tell us immediately by telephone or in writing. You may also contact us at these addresses and phone numbers if you want to add or change Cards or Services, or if you have any questions about your Cards, Services or any transactions covered by this Agreement.

   **In Hawaii, U.S. Mainland and Canada:** Call our 24-Hour Bankoh by Phone toll-free at 1-888-643-3888. If you require the use of a telephone for the hearing impaired (TTY), dial 1-888-643-9888. Or write to us at Bank of Hawaii, Card Operations, P.O. Box 71160, Honolulu, HI 96807-1160.

   **In Guam and Saipan:** Call our 24-Hour Bankoh by Phone toll-free at 1-877-553-2424. If you require the use of a telephone for the hearing impaired (TTY), dial 1-888-643-9888. Or write to us at Bank of Hawaii, Card Operations, P.O. Box 71160, Honolulu, HI 96807-1160.

   **In American Samoa:** Dial 633-2872, then 1-888-643-3888. Or write to us at American Samoa Branch, P.O. Box 69, Pago Pago, AS 96799.

   **In Palau:** Call us at (680) 488-2602. Or write to us at Koror Branch, P.O. Box 340, Koror, Republic of Palau, 96940.

   For more information about your rights and responsibilities for disputes, errors, unauthorized transfers, and lost and stolen Cards or Security Codes, please refer to Section E, starting on page 26.

B. **About this Agreement**
   **Scope**
   1. **WHAT IS COVERED.** This Agreement covers all Electronic Fund Transfers that you make, or authorize a third party to make, now or in the future, which are not covered by a separate agreement you have with us. Electronic Fund Transfers that you authorize us to make are also covered, except for automatic transfers between your Deposit Accounts, between accounts owned by you and members

18                                                                                              19

of your family or between your savings or checking account and one of our accounts. This Agreement also governs electronic financial services which we may make available to you in the future.

2. **AVAILABILITY OF PRODUCTS AND SERVICES.** The products and services described in this Agreement may not be available to all customers, or available in all areas that Bank of Hawaii serves. Please consult your Bank of Hawaii branch for more information.

3. **WHAT IS NOT COVERED.** This Agreement does not cover: (a) Transfers to and from accounts which are not primarily established for personal, family or household purposes; (b) Transfers which are originated using a check, draft or other paper instrument, except Scanned Check Transfers; (c) Transfers sent through the Federal Reserve Communications System or other similar networks that are used primarily for transfers between financial institutions or between businesses (often called "wire transfers"); (d) Transfers to purchase or sell securities or commodities; (e) Transfer instructions we receive by telephone that are not part of a telephone or other electronic bill-payment or similar system; and (f) transfers using our e-Bankoh and e-Bankoh Bill Pay Services. Please contact us for the agreements which apply to these types of transfers. Electronic Fund Transfers using a Bank of Hawaii Credit Card from American Express® are covered by a separate agreement, which is available from American Express customer service.

**Definitions**

4. **To make this Agreement easier to read,** we gave the following words and phrases specific meanings.

An "**Account**" is a personal Bank of Hawaii checking account, savings account, time deposit account, installment loan, Personal FlexLine account, Bankoh CoverCheck account, residential mortgage loan, Home Equity CreditLine, Equity FlexLine, Home EquityLine and Private BankLine account, and/or Bank of Hawaii Credit Card from American Express account, approved by us for use with the Cards and/or the Services. From time to time, we may add or delete Deposit Accounts and Credit Accounts that are eligible for use with the Cards and/or the Services.

An "**Application**" is any oral, written or electronic request or application for Services and/or Cards (including replacement Cards and Security Codes) in order to perform Electronic Fund Transfers to or from your Designated Accounts.

Our "**Business Days**" are Monday through Friday, except U.S. federal holidays.

The "**Cards**" are the Bankoh BankCard, specially encoded Bank of Hawaii Credit Cards from American Express, Bank of Hawaii Visa® Check Card and Bankoh HawaiianMiles® Visa® Check Card.

"**Credit Accounts**" are your Bank of Hawaii Credit Card from American Express, installment loan, residential mortgage loan and Line of Credit Accounts. Your Home Equity CreditLine, Equity FlexLine, Home EquityLine, Private BankLine, Professional BankLine and Personal FlexLine Accounts are collectively referred to in this Agreement as your "Line of Credit Accounts."

"**Deposit Accounts**" are your checking, savings and time deposit accounts.

"**Designated Accounts**" are created when you designate one or more of your Deposit Accounts and/or Credit Accounts for use with the Cards and/or the Services on an Application.

A "**Scanned Check Transfer**" occurs when a paper check is used to provide the routing number, account number and other information used to create an Electronic Fund Transfer. An example is where a merchant scans your check at a point-of-sale terminal to create an electronic debit to your checking account.

"**Electronic Fund Transfers**" are transfers, payments and deposits made through an electronic terminal or magnetic tape and all point-of-sale, debit card and automated teller machine transfers that affect your Bankoh personal savings and/or checking account located in the United States and which are not governed by a separate agreement with us.

Your "**Security Codes**" are the personal identification numbers (often called "PINs"), and any other secret code issued by us in the future for use with the Cards and the Services to access your Designated Account and initiate Electronic Fund Transfers.

"**Services**" are any services we offer to initiate Electronic Fund Transfers that are not covered by another agreement you have with us, including any electronic financial services which we offer in the future.

"**You**" or "**your**" refer to everyone who owns or is authorized to do transactions on a Designated Account. "You" and "your" also mean anyone who has received or uses Cards and/or Security Codes to make Electronic Fund Transfers.

"**We**," "**us**" or "**our**" refer to Bank of Hawaii.

C. **Our Electronic Financial Services**

**ATMs**

1. **WHERE YOU CAN USE YOUR CARDS.** You can use your Cards in all "Bankoh BankMachine" branded automated teller machines and for limited purposes in automated teller machines of other financial institutions ("Qualified ATMs"). Qualified ATMs are connected to one of the networks we select for your use and display the network's logo. The backs of the Cards display the logos of the networks in use when they were issued. When we use the term "ATM," it means both Bankoh

20

BankMachines and Qualified ATMs.

2. **FEATURES AVAILABLE AT ATMS.** You can use your Card at ATMs to: (a) Withdraw cash from your Designated Account; (b) Check the current balance in your Designated Accounts, where available; and (c) Access your Designated Accounts to purchase event tickets, gift certificates and other non-cash items which ATM operators make available at selected locations.

3. **ADDED FEATURES AVAILABLE ONLY AT BANKOH BANKMACHINES.** You can use your Card at Bankoh BankMachines to also: (a) Transfer money between your Designated Accounts; (b) Make deposits into your Designated Accounts at selected locations; (c) Make a payment to a Credit Account by depositing a check or money order along with your payment coupon at selected locations; (d) Cash a check at selected locations; and (e) Obtain a mini-statement for your Designated Account, where available.

4. **CASH WITHDRAWAL LIMITATIONS.** We may limit ATM cash withdrawals from your Deposit Accounts to a total of $600 with your Bankoh BankCard, $800 with your regular Bank of Hawaii Visa® Check Card or your Bank of Hawaii "Classic" Credit Card from American Express (if permitted), and $1,200 with your Bankoh HawaiianMiles® Visa® Check Card or your Bank of Hawaii Gold Credit Card from American Express (if permitted), in any one day. ATM operators may impose lower cash withdrawal limits. At some Qualified ATMs, you can obtain a cash withdrawal only if your Designated Account is a checking account.

5. **BALANCE INQUIRY LIMITATIONS.** The balance in your Designated Account is subject to our verification of your deposits, payments and other transactions. We will not be able to process some transactions made on holidays or after regular business hours until the next Business Day, nor can we process items which have not yet been received by us, such as those placed in a night depository. As a result, the balance displayed at an ATM may not show some of the transactions involving your Designated Account. In addition, the available balance may not include uncollected deposits or other provisional credits and debits to your Designated Account, and may not include the amount available through lines of credit connected to your Designated Accounts.

6. **DEPOSIT AND CHECK CASHING LIMITATIONS.** Deposits will not be credited to your Designated Account until we verify the deposit. When a check is included in a deposit, the amount of the check will be credited subject to collection, and we reserve the right to charge back the amount that is not collected or paid. We may elect to allow you to either immediately withdraw part of a deposit or to cash a check at a Bankoh BankMachine. We will set limits for immediate withdrawals and check cashing based on our account experience with you, and may adjust, suspend or revoke your privileges at any time. If any item from a check cashing transaction is returned to us, you authorize us to immediately debit your Designated Account for the amount of the item.

7. **ELECTRONIC FUND TRANSFER LIMITATIONS.** All Electronic Fund Transfers at a Bankoh BankMachine will be posted to your Designated Account no later than the following business day, regardless of what time of day they are initiated.

8. **RECEIPTS.** Each time you initiate an Electronic Fund Transfer at a BankMachine, you can get a receipt, containing a description of the transaction and other information required by law. You should retain the receipt for comparison with your Designated Account statements, and to aid in the reporting and resolution of errors.

9. **SURCHARGES.** A Qualified ATM operator and the network used to complete a transaction may choose to charge you a fee. Such fees are called surcharges, and are in addition to any fees charged by us. Before charging you a surcharge, the operator of a Qualified ATM in the United States must notify you of the surcharge by either posting a sign near the terminal or by showing it on the machine's screen and giving you the option to continue or exit the transaction.

10. **FOREIGN ATMS.** Some ATMs located outside of the United States and in territories or possessions of the United States do not have the capability to perform certain Electronic Fund Transfers. In most cases, you will be able to access only the primary Designated Account for which your Card is validated. ATM receipts and periodic statement descriptions for Electronic Fund Transfers initiated outside of the United States may not contain all of the information typically provided for Electronic Fund Transfers initiated within the United States.

**Bankoh by Phone**

11. **FEATURES PROVIDED.** Bankoh by Phone lets you make inquiries about balances, interest, deposits and checks paid; request delivery of statements by fax; transfer funds between your Designated Accounts; and make payments on your Bank of Hawaii loans; and for State of Hawaii residents, make payments on your Bank of Hawaii Credit Card from American Express by using a touch-tone telephone and a Security Code.

12. **ENROLLMENT.** By signing the signature card for your Deposit Account, you will be requesting us to designate the Deposit Account for use with our Bankoh by Phone Service. If you do not have a Deposit Account with us, you will be enrolled in the Service when you open your Deposit Account. We will notify you of the Security Code for use with Bankoh by Phone Service when you obtain your Credit Account or obtain your Credit Account. If you decide that you do not want the Bankoh by Phone Service, you must contact us at the appropriate address and/or telephone number specified in Section A. Please note that your Security Code for the Bankoh by Phone Service is specific to your name and not tied to any specific Account you have with us. Therefore, in order to have the Bankoh by Phone Service for one of your Accounts, you will need to have the Service activated for all of your Accounts. This also means that, if you

21

terminate the Bankoh by Phone Service for one of your Accounts, we will need to terminate your Security Code, and therefore, the Service will be terminated for all of your Accounts.

13. **TIMING OF TRANSFERS.** Transfers cannot be made from your time deposit accounts through Bankoh by Phone. Our cutoff hour for acting on your instructions is 11:00 p.m., Hawaii Standard Time ("HST"), each Business Day. Transfers and payments made after 11:00 p.m., HST, Monday through Friday, or on weekends and U.S. federal holidays, will be processed on the following Business Day. Bank of Hawaii Credit Card from American Express payments may take up to 5 Business Days to be processed. Account balance information may not reflect recent transactions and may include funds that are not available for immediate withdrawal. The account balance information feature of Bankoh by Phone is not subject to the error resolution or liability sections set forth below.

14. **BALANCE INQUIRY LIMITATIONS.** The balance in your Account(s) is subject to our verification of your deposits, payments and other transactions. We will not be able to process some transactions made on holidays or after regular business hours until the next Business Day, nor can we process items which have not yet been received by us, such as those placed in a night depository. As a result, the balance obtained through Bankoh by Phone may not show some of the transactions involving your Account. In addition, the current balance may not include uncollected deposits or other provisional credits and debits to your Account.

**Point-of-Sale Purchases**

15. **VISA® PURCHASES.** You can use your Bank of Hawaii Visa Check Card or Bankoh HawaiianMiles® Visa Check Card to pay for purchases with merchants who accept Visa branded cards (a "Visa Purchase"). We may offer additional benefits such as HawaiianMiles® redeemable for travel awards and extended product warranties in connections with Visa Purchases. For further information, please refer to the benefits brochure for your type of Check Card. Your Visa Purchases and over-the-counter withdrawals (Cash Advances) may be limited to a total of $2,500 per day when using a Visa Check Card or $5,000 per day when using a Bankoh HawaiianMiles® Visa Check Card. You agree that we have the right to deny any transaction if the transaction will cause this limit to be exceeded or exceeds the collected balance in your account. All transactions will be stated in U.S. dollars. If you use your Card to initiate a transaction in foreign currency, the amount of the transaction will be converted to U.S. dollars by Visa International when the item is processed. The exchange rate between the transaction currency and the billing currency used for processing international transactions is a rate selected by Visa. Visa selects the rate from the range of rates available in wholesale currency markets for the applicable central processing date, which may vary from the rate Visa itself receives, or the government-mandated rate in effect for the applicable central processing date. We do not determine the currency conversion rate which is used and we do not charge any additional fee or receive any portion of the currency conversion rate.

16. **"ATM" OR "DEBIT" PURCHASES.** You can use your Card and Security Code to pay for purchases at merchant locations that have point-of-sale terminals displaying the logo of one of our participating networks. These purchases, often called "ATM" or "Debit" purchases, do not qualify for the benefits of Visa Purchases. Some merchants allow you to withdraw cash from your Designated Account as part of your purchase transaction, and those merchants set all dollar limits and other rules for those transactions. Your ATM and Debit purchases may be limited to a total of $2,500 in any one day when using your Bank of Hawaii Visa Check Card or Bankoh Bank Card or $5,000 in any one day when using your Bankoh HawaiianMiles® Visa Check Card.

17. **MERCHANT DISPUTES.** We are not obligated to negotiate or settle any disputes you may have with a merchant about goods and services you purchase. Under certain circumstances, we may choose to assist you in submitting Visa Purchase disputes to the Visa dispute resolution process.

18. **STOP PAYMENTS AND RETURN OF SALES DRAFTS.** You understand and agree that you cannot stop payment on any authorized point-of-sale purchase. We will not routinely return either the original or any copy of the sales draft or cash withdrawal draft generated by a point-of-sale purchase.

**Other Electronic Fund Transfers (including Direct Deposit)**

19. **SINGLE ELECTRONIC FUND TRANSFERS.** You may directly authorize third parties to make a single Electronic Fund Transfer (such as an Scanned Check Transfer or purchase over the Internet) from your checking or savings account. You generally may not stop payment on these single Electronic Fund Transfers.

20. **PERIODIC PAYMENTS.** You may authorize third parties, like utilities and merchants, in writing to periodically transfer funds from your checking or savings account (a "Periodic Payment"). These transfers are sometimes marketed by businesses using names like "automatic bill payment".

21. **PERIODIC PAYMENTS WITH VARYING AMOUNTS.** If you authorize Periodic Payments in varying amounts (for example, to pay an electric bill that changes from month to month), the third party must notify you, at least 10 days before each scheduled payment date, of the amount of the payment and the scheduled payment date. You may choose instead to receive this notice only when the amount falls outside certain dollar limitations that you have set.

22. **STOP PAYMENTS.** If you authorize a Periodic Payment, you can place a stop payment on a single payment (one time) by notifying us at least three (3) Business Days before the scheduled payment date. If you notify us orally, we may also require you to put your request in writing and deliver it to us within fourteen (14) days after your oral notification. If you meet this requirement and we do not stop the payment, we will be liable to you for your losses or damages. For each stop payment order you submit to us, we will charge your Designated Account the stop payment fee listed in the applicable fee schedule.

23. **CANCELING ALL FUTURE PERIODIC PAYMENTS.** You can cancel all future Periodic Payments by revoking your authorization with the third party in accordance with the terms and conditions set forth in the authorization agreement, and by notifying us of the revocation of your authorization in writing at least three Business Days before the next scheduled payment. We may require you to provide us with an affidavit stating that you have revoked your authorization.

24. **DIRECT DEPOSITS.** If you arrange to have deposits electronically transferred to your Designated Account at least once every 60 days from the same third party (often called a "direct deposit"), you can call us to find out whether or not the deposit has been made. This information is also available through our Bankoh by Phone Service. By law, we are not required to provide this information if the third party making the direct deposit notifies you every time a direct deposit is made. Electronic fund transfers involving an Automated Clearinghouse are not final until we receive final settlement of the deposit. We have the right to reverse direct deposits to your Designated Account if we do not receive final settlement of the deposit.

D. **Terms Applicable to All Electronic Fund Transfers**

**Application for Cards and Services**

1. **You may request a Bankoh BankCard, Bank of Hawaii Visa® Check Card or Bankoh HawaiianMiles® Visa Check Card replacement Card or Service from us by completing an Application.** By signing a paper Application or transmitting an Application to us over the telephone or Internet, you are representing that all of the information in it is true and correct. If you submit a written application to support your request for the Cards and/or the Services, we will keep the original or an electronic image of it. If we approve the Application, we will send the requested Card and/or Security Code to the postal or e-mail address in our records for your primary Designated Account.

**Your Use of the Cards and Services**

2. **AGREEMENT.** By using the Cards and/or the Services and by making Electronic Fund Transfers, you agree to all of the terms and conditions contained in this Agreement.

3. **CONSUMER USE ONLY.** The Cards and the Services are not specifically designed or intended for business or commercial purposes. Therefore, you may only use the Cards and Services for personal, family and household purposes, and may not use the Cards and the Services for any other person or entity. You agree to take full responsibility if your accounts are business or commercial accounts, and to reimburse us for any loss, costs or expenses we incur as a result of your use of the Cards and the Services for business or commercial purposes. You agree that you must be at least 16 years of age to qualify for the cards.

4. **TIMING AND LIMITS OF ELECTRONIC FUND TRANSFERS.** Unless a different time is specified in this Agreement, all Electronic Fund Transfer requests must be received by us by 5:00 p.m. Hawaii Standard Time in order for the transfer to be completed on that Business Day. We do not limit the frequency or dollar amount of your Electronic Fund Transfers, except to the extent stated in this Agreement or disclosed through the Services.

5. **CARD AND SECURITY CODE LIMITATIONS.** You may only use the Cards or the Security Code for the purposes described in this Agreement to the extent the law allows and to the extent the particular Service is able to perform the transaction. You agree not to use the Cards or the Security Code to:
   (a) Make a withdrawal of cash from your Designated Account which exceeds the maximum daily withdrawal limits under this Agreement;
   (b) Initiate an Electronic Fund Transfer which would cause the balance of collected funds in your Designated Account to go below zero or, if your Designated Account has Bankoh CoverCheck coverage, to exceed the credit limit of that protection; or
   (c) Initiate an Electronic Fund Transfer affecting any account which is not your Designated Account. If you do any of these things, we may complete the transaction but we are not required to do so. If we do so, you agree to pay us any excessor improperly withdrawn or transferred amount immediately upon request. We reserve the right to limit the number and amount of Electronic Fund Transfers. We may also limit or refuse to complete an Electronic Fund Transfer if necessary for security reasons.

6. **LINE OF CREDIT ADVANCE LIMITATIONS.** To the extent available, you may obtain advances from your Line of Credit Accounts, except for your credit card accounts, through the Services. Such advances must be transferred into one or more of your Deposit Accounts. You may not obtain an advance under your Line of Credit Accounts and transfer the funds to us in order to make a monthly payment on any of your Credit Accounts. All advances on your Line of Credit Accounts are subject to any minimum draw and other transaction requirements contained in the applicable Account agreements. If your Line of Credit Accounts include one or more Home Equity CreditLine, Equity FlexLine, Home EquityLine or Private BankLine Accounts, you are not required to use the Service to obtain advances from those accounts, and you may still use any other method to obtain

22   23

advances that is permitted in the Account Agreements for those accounts.

7. **DEPOSIT ACCOUNT TRANSFER LIMITATIONS.**

   (a) Transfers from your Deposit Account may not be completed if you do not have sufficient funds in your Deposit Account to do so, or the funds in your Deposit Accounts are subject to a hold on the funds pursuant to our current hold policy. If you do not have sufficient available funds on deposit to cover a transfer of funds from your Deposit Account, we may reject the transfer without payment. We may elect, however, in our sole discretion to create an overdraft by allowing the transfer. If we allow the transfer and the amount of the overdraft created exceeds your available CoverCheck credit limit, if any, we will charge your Deposit Account the service fee for each transfer as stated in the Fee Schedule.

   (b) You may not transfer funds from any of your savings Accounts which are pledged as collateral for loans you have with us or a third party. If your Designated Account is a savings Account, you are limited to making 6 transfers or withdrawals from your savings Account in any calendar month, of which no more than 3 transfers may be made to a third party by check, draft or Electronic Fund Transfer. If you exceed these transfer limits in any one month, we may refuse to honor the excessive transactions, remove your transfer privileges, close your Designated Account without prior notice to you, convert your Designated Account to another type of account, and/or impose a fee for exceeding the limits (see the Fee Schedule).

**Relationship of this Agreement to Your Account Agreements**

8. **ENTIRE AGREEMENT.** This Agreement, along with the agreements for your Accounts (the "Account Agreements"), including but not limited to our Fee Schedule, as well as Applications and any other terms and conditions referenced in this Agreement, constitute the complete and exclusive agreement between you and us related to Electronic Fund Transfers using the Cards and the Services.

9. **AMENDMENT OF ACCOUNT AGREEMENTS.**

   (a) When you opened your checking account, you signed a signature card which was a legal agreement between you and us. You agree that this Agreement amends the signature card for your checking account and also your Bankoh CoverCheck Agreement, if you have one.

   (b) Regardless of any Account Agreement language to the contrary, you authorize us to debit or credit your checking account as appropriate for the total amount of any sales draft, cash withdrawal draft or credit voucher originated by the use of the Cards to initiate a point-of-sale debit entry which will have the same legal effect as your check written on your checking Account. Each Electronic Fund Transfer credit entry will have the same legal effect as a deposit to your checking Account.

   (c) In the event of a conflict between this Agreement, the Account Agreements, any statement by our employees or agents, or any representation or statement relating to or set forth in the Services as to matters relating to the Services, then this Agreement shall control. To the extent that any terms and conditions of this Agreement are inconsistent with the Account Agreements, the Account Agreements are amended. These amendments will automatically terminate if this Agreement and your use of the Cards and/or the Services terminates, and from that time the Account Agreements will remain in effect without the amendments made in this Agreement. Except for amendments specifically made by this Agreement, all of the terms and conditions of the Account Agreements, including but not limited to the provisions on jury trial waiver and the Fair Credit Reporting Act, remain unchanged and in full force and effect.

10. **JOINT AND INDIVIDUAL RESPONSIBILITY AND AUTHORITY.** If your Account affected by an Electronic Fund Transfer is a joint account, then each of you will be bound by this Agreement and each of you will be individually and jointly responsible for paying all amounts owed under this Agreement. In addition, unless prohibited or restricted by applicable law, you acknowledge and agree that each one of you is fully authorized to take any and all actions related to an Electronic Fund Transfer on behalf of all of you, including but not limited to obtaining, using and terminating Cards and Security Codes, and for initiating Electronic Fund Transfers to and from your Designated Account.

11. **TWO SIGNATURE LIMITATIONS.** You acknowledge and agree that we have informed you that Checking Accounts which require two signatures to make withdrawals or otherwise transact business are ineligible for Electronic Fund Transfer services. You also agree that if you submit an Application for a Card or Security Code for such a Checking Account, or if you authorize an authorized person, and such use constitutes the waiver of a second signature.

12. **STATEMENTS.** Information on all of the Card transactions and Electronic Fund Transfers made by use of the Cards and the Services during a particular month will appear on the periodic statement for the affected Accounts. If you are an e-Bankoh customer and you have elected to receive your periodic statements electronically, a notice will be sent to the email address you provided to alert you of the statement's availability and Internet web site location where the statement is available. The statement will be available for at least 90 days from the date the statement first becomes available or from the date of the notice alerting you of the statement, whichever comes later. The periodic statements for your Accounts prepared by us (your "Account Statements") are the official statements for your Accounts. You agree to promptly check and carefully review your periodic statement and compare them with any statements obtained through the Services for your Accounts.

24

---

If there are discrepancies between your deposit or credit account statements and any statements obtained through the Services, you should contact us at the telephone or address in Section A.

13. **FEES.** You agree to pay on demand all periodic, replacement card and service fees that we may charge for or in connection with the issuance and use of Cards, Security Codes or Services. Those fees and charges are listed in the current Fee Schedule(s) we have given you. We may change those fees from time to time, and we will provide you with notice of such change as required by applicable law.

    (a) You agree to pay on demand all periodic, replacement Card and service fees that we may charge for or in connection with the issuance and use of Cards, Security Codes or Services. Those fees and charges are listed in the current Fee Schedule(s) we have given you. We may change those fees from time to time, and we will provide you with notice of such change as required by applicable law.

    (b) We may deduct the amount of the fees from your Designated Account. If your Designated Account is a Checking Account, you will pay to us on demand any debit balance in your Designated Account caused by the deduction of fees or Electronic Fund Transfers, along with any overdraft charges.

14. **PROMISE TO PAY CREDIT EXTENDED.** You agree that you will be liable for all credit, including Bankoh CoverCheck credit, extended to any authorized person using your Card or your account, if any, will be repaid under the terms of your Designated Account which activates your Bankoh CoverCheck account, if any, will be repaid under the terms of your Bankoh CoverCheck account agreement. If you have a Bankoh BankCard, a Bank of Hawaii Visa® Check Card, a Bankoh HawaiianMiles® Visa Check Card or a Security Code, you agree that any Bankoh CoverCheck credit or other Credit Account advance issued to any minor who is a member of your family by use of your Bankoh BankCard, your Check Card and/or your Security Code shall be for a necessity of life.

15. **ATTORNEYS' FEES.** If we ever have to file a lawsuit to collect what you owe us, you agree to pay our reasonable expenses, including our attorneys' fees and costs.

**Security and Privacy**

16. **YOUR SECURITY CODE.** You are responsible for the confidentiality and use of your Security Code and any transactions initiated with your Security Code. You should not write your Security Code down at all, but if you do, do not write it on the Cards or any place where it may be found with the Cards or used to access the Services. If you disclose your Security Code to someone, you are authorizing him or her to access your Designated Account and to do anything that you could do at any time, even if you only intend to authorize him or her to perform a specific transaction.

17. **DISCLOSURE OF INFORMATION.**

    (a) By submitting an Application, you authorize us to verify the information it contains. If you agree as part of a written Application, we may receive and exchange information about you, both now and in the future.

    (b) We will disclose information to third parties about your Accounts with us or the Electronic Fund Transfers you make: (i) Where it is necessary for completing an Electronic Fund Transfer; or (ii) In order to verify the existence and condition of your Account for a third party, such as a credit bureau or merchant; or (iii) In order to comply with governmental agency or court order; or (iv) If you give us your written permission; or (v) To our affiliates or third parties for marketing or other legitimate business purpose, to the extent permitted by applicable law.

    (c) Please refer to our Privacy Statement for additional information about our responsibility to protect the privacy of your personal financial information.

18. **RECORDING OF COMMUNICATIONS.** When you use a telephone or computer to access the Services or otherwise communicate with us, the transfer, Account inquiry, e-mail or other information you enter or speak may be recorded for confirmation or quality assurance purposes. By using the Services, you consent to such recording.

**Other Contract Terms**

19. **SERVICE EQUIPMENT.** You are responsible for obtaining, installing, maintaining and operating any telephone, computer and other electronic and telecommunication devices you use in connection with the Services. We will not be responsible for any errors or failures from the malfunction or failure of the electronic and telecommunication equipment you use to access the Services.

20. **SERVICE OUTAGES.** Although the Services are usually available 24 hours a day, 7 days a week, at certain times such as during maintenance periods, some or all of the Services may not be available.

21. **EXCLUSIONS OF WARRANTIES.** YOU AGREE THAT WE ARE PROVIDING THE CARDS AND THE SERVICES ON AN "AS IS" BASIS WITHOUT ANY WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

22. **ENDING THIS AGREEMENT.**

    (a) You may terminate this Agreement at any time by calling us or writing to us at the telephone number or address in Section A and no longer using the Cards or the Services. If you terminate your use of the Services, you agree to provide us with ten (10) Business Days prior written notice. In addition, before you terminate the Services, you must separately cancel all of your checking and savings account transfers and line of credit transfers you scheduled through the

25

Services. If you do not cancel them before you terminate the Service, those transfers may still be made.

(b) We may terminate this Agreement, your use of the Cards and/or Services or your ability to make other Electronic Fund Transfers at any time for any reason without prior notice. Your Cards and access to the Services may, for example, be terminated if your Accounts are closed for any reason, or if you do not use the Services for a continuous period of twelve (12) months or more, or we believe your Accounts and/or the Cards or the Services are being used improperly or illegally. We may also refuse to renew your Card when it expires if you have not used your Card for twelve (12) consecutive months.

(c) You agree that you will return the Cards to us when this Agreement is terminated. Whether you terminate this Agreement or we do, the termination will not affect your obligations under this Agreement, even if we allow any Electronic Fund Transfer to be completed after this Agreement has been terminated. You will be responsible for any Card or Service fees which have not been posted to your Designated Account. Termination will not affect your liability or obligations under this Agreement for Electronic Fund Transfers we process on your behalf.

23. **CHANGING THIS AGREEMENT.** We may change or add to the terms and conditions of this Agreement, and by making changes or additions to the Cards and the Services at any time by notifying you of the change by sending you a notice to your e-mail address, or by posting the changed terms on the Services, or any other means permitted by applicable law. If you do not agree to the change or amendment, you must notify us prior to the effective date of the change or amendment, stop making Electronic Fund Transfers using the Cards and cancel your access to the Cards and the Services. By making Electronic Fund Transfers using the Cards and the Services after the effective date of any amendment, change or addition to this Agreement, the Cards or Services, you agree to that amendment, change or addition.

24. **NOTICES.** All notices from us will be effective when we have mailed them or delivered them to the last address that we have for you in our records. Notices from you will generally be effective once we receive them at the appropriate address specified in Section A. If more than one person signed your Application, notice to or from one of the individuals who signed the Application will be effective for everybody who signed it.

25. **ASSIGNMENT.** You may not assign your rights or obligations under this Agreement to any other person. We may assign this Agreement or delegate any or all of our rights and responsibilities under this Agreement to any affiliate or third party.

26. **WAIVER.** No delay or omission by us in exercising any rights or remedies thereunder shall impair such right or remedy or be construed as a waiver of any such right or remedy. Any single or partial exercise of a right or remedy shall not preclude further exercise therefore or the exercise of any other right or remedy. No waiver shall be valid unless in writing signed by us.

27. **GOVERNING LAW.** This Agreement shall be governed by and construed in accordance with the laws of the jurisdiction in which your Accounts are located. If any term of this Agreement cannot legally be enforced, this Agreement shall be considered changed to the extent necessary to comply with the law.

E. **Errors, Disputes and Lost/Stolen Cards and Security Codes**

1. **JURY TRIAL WAIVER. You and we each waive our respective rights to a trial before a jury in connection with any disputes related to your Accounts, your Cards or the Services. This includes any claim by us or by you, claims brought by you as a class representative on behalf of others and claims by a class representative on behalf of you as a class member (so-called "class action" suits).**

2. **IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUND TRANSFERS.** In case of errors or questions about your Electronic Fund Transfers, contact us at the appropriate telephone number and address listed in Section A as soon as you can, if you think your statement or receipt is wrong or if you need more information about an Electronic Fund Transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

(a) Tell us your name and your account number;
(b) Describe the error or the Electronic Fund Transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and
(c) Tell us the date and dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 Business Days. We will tell you the results of our investigation within 10 Business Days after we hear from you and will correct any error promptly. If we decide to do this, we will provisionally credit your Designated Account within 10 Business Days for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 Business Days, we may not provisionally credit your Designated Account. For errors involving transfers initiated at point-of-sale terminals or outside the United States, the periods referred to above are 10 Business Days and 90 days instead of 45 days to investigate your complaint or question. If your

account is a "new account," the bank has 20 Business Days instead of 10 Business Days to issue provisional credit, and 90 days instead of 45 days to complete their investigation. The extended time periods apply to Electronic Fund Transfers made during the first 30 calendar days after the first deposit to the Electronic Fund Transfer is made. If we decide that there was no error, we will send you a written explanation of our findings within 3 Business Days after we finish our investigation and a notice of your right to request copies of the documents that we used in our investigation. If we provisionally credited your Designated Account, we will also notify you that the credit has been reversed and that we will honor up to the amount in dispute, without imposing any overdraft charges, any checks, drafts or other similar paper instruments drawn on your Designated Account and any preauthorized Electronic Fund Transfers from your Designated Account for a period of 5 Business Days after our notice of reversal is sent to you or provide you notice that the credit will be reversed in five days.

3. **OUR LIABILITY FOR FAILING TO COMPLETE YOUR ELECTRONIC FUND TRANSFERS.** If we do not complete an Electronic Fund Transfer to or from your Designated Account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

(a) If, through no fault of ours, you do not have enough money in your Designated Account to make the Electronic Fund Transfer;
(b) If the Electronic Fund Transfer will exceed your Bankoh CoverCheck credit limit;
(c) If, through no fault of ours, we have not actually received enough money to cover an electronic deposit from a third party;
(d) If the funds in your Designated Account are subject to legal process or other encumbrances restricting the Electronic Fund Transfer;
(e) If the authorization for your Electronic Fund Transfer is revoked by law or court order (in case of death or incompetence, for example); or
(f) If our processing system was not working properly and you knew about the problem when you started the Electronic Fund Transfer;
(g) If circumstances beyond our control (such as fire or flood) prevent the Electronic Fund Transfer, despite reasonable precautions that we have taken;
(h) If this Agreement is terminated and/or if your Cards, Services and/or Security Codes are canceled pursuant to the terms of this Agreement;
(i) If the ATM where you are making the Electronic Fund Transfer does not have enough cash;
(j) If the Services, your telephone, your computer or other telecommunication link you use to access the Services is not working properly and you knew about the malfunction when you started the Electronic Fund Transfer;
(k) You have not provided us with the correct transfer information;
(l) If other exceptions are provided in other agreements we have with you or by applicable law. We will rely on the identifying numbers you provide us in processing your Electronic Fund Transfers. We will not be responsible for any conflict between these numbers and the identity of the parties or accounts involved.

4. **CREDIT REPORTING.** If you believe that we may have reported inaccurate information about your Designated Account or your Electronic Fund Transfers to a consumer reporting agency, write to your branch of account whose address is provided on the front of your Designated Account Statement or call our 24-Hour Customer Service Center (numbers provided in Section A). Please include an identification of the information and why you feel it is inaccurate.

5. **LOSS OF YOUR CARD OR YOUR PIN OR YOUR CODE; YOUR LIABILITY FOR UNAUTHORIZED ELECTRONIC FUND TRANSFERS.** You must tell us AT ONCE if you believe your Card or your Security Code has been lost or stolen. Telephoning is the best way of reducing your possible losses. You could lose all the money in your Designated Account plus the maximum amount of your Bankoh CoverCheck credit. If you tell us within 2 Business Days, you can lose no more than $50 if someone used your Card or your Security Code without your permission. If you do NOT tell us within 2 Business Days after you learn of the loss or theft of your Card or your Security Code and we can prove we could have stopped someone from using your Card or your Security Code without your permission if you had told us, you could lose as much as $500. If your account statement shows Electronic Fund Transfers that you did not make, you must tell us AT ONCE. If you do not tell us within 60 days after the statement was mailed or delivered to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

6. **YOUR LIABILITY FOR UNAUTHORIZED USE OF YOUR CHECK CARD.** If you believe your Check Card has been lost or stolen and has or will be used for an unauthorized point-of-sale transaction at a merchant location which displays the Visa® logo, you must notify us AT ONCE by calling us at the numbers listed in Section A or by writing to us at Bank of Hawaii, Card Operations, Post Office Box 71160, Honolulu, Hawaii 96807-1160. You will not be liable for any unauthorized use that occurs after you notify us. In any case, your liability will not exceed $50.

26   27