# Exhibit "2"

# Exhibit "2"

## CONSUMER SIGNATURE CARD

☐ Check if this is a temporary signature card
☐ Check if existing account

**ACCOUNT NAME:** Megumi Hisamatsu

**ACCOUNT NO.:** 0002937182
**DATE:** 08/16/2006

**TYPE OF ACCOUNT:**
- ☐ Smart Checking
- ☒ 55 + Checking
- ☐ Personal Checking
- ☐ Money Management Chkg
- ☐ Regular Savings
- ☐ Bonus Rate Savings
- ☐ Money Market Savings
- ☐ Kids Only Savings
- ☐ IRAs
- ☐ TDAs
- ☐ Bankohana 10 Checking
- ☐ Bankohana 20 Checking
- ☐ Bankohana 30 Checking
- ☐ Bankohana Cash Advantage
- ☐ Bankohana Bonus Rate Savings
- ☐ Bankohana Money Market Savings
- ☐ Bankohana Savings
- ☐ Bankohana IRAs
- ☐ Bankohana TDAs
- ☐ Other (specify) _____

**BRANCH OF ACCOUNT NAME/NUMBER:** 002-Waikiki Branch

**OPTIONAL ELECTRONIC SERVICES: (RESTRICTIONS APPLY)**
☒ Check Card    ☐ Bankoh Hawaiian Airlines Visa Check Card    ☐ Bankoh BankCard

**OWNERSHIP:** ☒ Individual    ☐ Joint

| | 1 | 2 | 3 |
|---|---|---|---|
| STREET ADDRESS | 445 Seaside Ave Apt 2805 | | |
| CITY AND ZIP CODE | Honolulu HI 96815 | | |
| PHONE NUMBERS: HOME / BUSINESS | 808-783-0684 | | |
| E-MAIL ADDRESS | | | |
| EMPLOYER AND POSITION | | | |
| BIRTH DATE | 01/16/1967 | | |
| MOTHER'S MAIDEN NAME | Matsumoto | | |
| TYPE OF IDENTIFICATION | Passport | | |
| IDENTIFICATION NUMBER | TH0350265 | | |
| STATE/COUNTRY OF ISSUANCE | Japan | | |
| ISSUE DATE | 04/27/2006 | | |
| EXPIRATION DATE | 04/27/2016 | | |
| CIP RISK ASSESSMENT | | | |
| TAXPAYER IDENTIFICATION NUMBER (SSN) | 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 | | |

### INDIVIDUAL OR JOINT TENANCY ACCOUNT AGREEMENT

By signing this Signature Card, I am requesting Bank of Hawaii to open the deposit accounts indicated above and issue a personal identification number(s) to me in order to access those deposit accounts through the Bankoh by Phone service. By signing below, I also agree to all of the terms and conditions of the deposit account agreement and disclosure statement, as amended from time to time, a copy of which I acknowledge Bank of Hawaii has furnished to me.

Under penalties of perjury, I certify that:
(1) The taxpayer identification number shown on this card is my correct taxpayer identification number.
(2) [Strike out this certification if not true.] I am a U.S. person (including a U.S. resident alien). For American Samoa, Guam or Saipan branch accounts, replace 'U.S.' with 'American Samoa', 'Guam' or 'Saipan' as appropriate.
(3) [Strike out this certification if not true.] I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

FOREIGN RECIPIENT
MH

### AUTHORIZED SIGNATURES

**ACCOUNT OWNER 1 (PRINT NAME AND SIGN):** Megumi Hisamatsu  /s/ Megumi Hisamatsu

**ACCOUNT OWNER 2 (PRINT NAME AND SIGN):**

**ACCOUNT OWNER 3 (PRINT NAME AND SIGN):**

**CANCELED CHECKS OPTION:**
☒ Check SafeKeeping    ☐ Check Imaging
☐ Canceled Check Return (Not available in State of Hawaii and American Samoa)

☒ OFAC REVIEW (BR 42-80)
☒ SEND all statements and accompanying items to the address indicated in No. 1 above or as otherwise indicated.
☐ Hold statement at branch (Not available in State of Hawaii)

TEL-7_E (Rev 3-2006)

## AGREEMENT FOR OTHER ELECTRONIC SERVICES

| ACCOUNT NAME | ACCOUNT NO. | DATE |
|---|---|---|
| Megumi Hisamatsu | 0002937182 | 08/16/2006 |

**TYPE OF ACCOUNT:**
- ☐ Smart Checking
- ☐ 55 + Checking
- ☒ Personal Checking
- ☐ Money Management Chkg
- ☐ Regular Savings
- ☐ Bonus Rate Savings
- ☐ Money Market Savings
- ☐ Kids Only Savings
- ☐ IRAs
- ☐ TDAs
- ☐ Bankohana 10 Checking
- ☐ Bankohana 20 Checking
- ☐ Bankohana 30 Checking
- ☐ Bankohana Cash Advantage
- ☐ Bankohana Bonus Rate Savings
- ☐ Bankohana Money Market Savings
- ☐ Bankohana Savings
- ☐ Bankohana IRAs
- ☐ Bankohana TDAs
- ☐ Other (specify) _____

**BRANCH OF ACCOUNT NAME/NUMBER:** 002-Waikiki Branch

**OPTIONAL ELECTRONIC SERVICES (RESTRICTIONS APPLY)**
- ☒ Check Card
- ☐ Bankoh Hawaiian Airlines Visa Check Card
- ☐ Bankoh BankCard

**OWNERSHIP:** ☒ Individual ☐ Joint

*If applying singly, only applicant to use and be contractually liable; if applying jointly, all applicants to use and be contractually liable.*

### APPLICATION AND AGREEMENT FOR OPTIONAL ELECTRONIC FINANCIAL SERVICES

By signing this Signature Card, each of you ("you", "your" and "yours") have requested Bank of Hawaii ("we", "us" and "our") to issue a personal identification number(s) to each of you to access and/or make transfers and/or other electronic transactions to and from the deposit accounts you have selected above and/or on the front page of this Signature Card. By signing below, you are applying to us for our Bankoh BankCard, Bank of Hawaii® Visa Check Card(s) and/or a Bankoh Hawaiian Airlines Visa® Check Card(s) (your "Card"), which you have selected above and/or on the front page of this Signature Card to access and make transfers and other electronic transactions to and from your deposit and/or credit accounts with us as indicated above and/or on the front page of this Signature Card (your "Accounts"). By signing below you also agree with us as follows:

- You understand that you must be over 16 years of age to qualify for the Check Card(s).

- You represent that all of the information you have provided to us on this Signature Card is true and correct. You also authorize us to verify the information you have given on this Signature Card by use of consumer card reports and other means, and to receive and exchange credit information about you, both now and in the future.

- You agree that we will issue depending on the Card/Services you have selected and/or have been approved by us, password(s), user name(s), personal security code(s), service account number(s), Cards and other personal identification devices issued by us from time to time ("Access Devices") in order for you to access your Accounts. The monthly membership fees for these services are contained in the applicable fee schedule which may be amended from time to time. You agree to be liable for all fees and charges.

- You are authorizing us to honor any electronic transfers, payments, or other transactions you or any other authorized user initiates through the Cards/Services to or from your Accounts with an Access Device, without verifying that the person is an authorized user or that the authorized user also signed this Signature Card and/or, if applicable, the agreements for your Accounts. You further authorize us and your third-party payees to disburse information about your Accounts with those third parties in order to complete transactions you initiate through the Services and to resolve questions regarding those transactions.

- You agree to all of the terms of the Bankoh Consumer Electronic Financial Services Agreement and Disclosure Statement and/or Bankoh Hawaiian Airlines Visa® Check Card Agreement ("Agreement"), as amended from time to time, including the waiver of jury trial provision, and you acknowledge that you have received a copy of the Agreement. You agree to be liable for all fees and charges charged to your Account, including the fees listed in the fee schedule we gave you with your Agreement or Access Device.

**AUTHORIZED SIGNATURES**

| ACCOUNT OWNER 1 (PRINT NAME AND SIGN) | DATE | ACCOUNT OWNER 2 (PRINT NAME AND SIGN) | DATE |
|---|---|---|---|
| Megumi Hisamatsu /s/ Megumi Hisamatsu | | | |

| ACCOUNT OWNER 3 (PRINT NAME AND SIGN) | DATE |
|---|---|
| | |

TEL-7_E (Rev 3-2006)