1

BUCHALTER NEMER
A Professional Corporation

2

JAMES B. WRIGHT (#63241)
MIA S. BLACKLER (#188112)

3

333 Market Street, 25th Floor
San Francisco, CA 94105-2126

4

Telephone: (415) 227-0900
Facsimile: (415) 227-0770

5

6

Attorneys for Defendant
BANK OF HAWAII

7

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11

MEGUMI HISAMATSU,

CASE NO. 3:07-cv-04371-JSW

12

Plaintiff,

**NOTICE OF MANUAL FILING**

13

vs.

**OF DEFENDANT BANK OF HAWAII'S APPENDIX OF**

14

KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,

**CALIFORNIA AUTHORITIES IN SUPPORT OF MOTION TO**

15

**DISMISS THE COMPLAINT AND**

16

Defendants.

**MOTION FOR A MORE DEFINITE STATEMENT**

17

18

19

PLEASE TAKE NOTICE THAT Defendant Bank of Hawaii shall manually

20

file cases tab-numbered 1-71 to the Defendant Bank of Hawaii's Appendix of

21

California Authorities in Support of Motion to Dismiss the Complaint and Motion

22

for a More Definite Statement.

23

DATED: September 19, 2007

BUCHALTER NEMER
A Professional Corporation

24

25

26

By:_____/s/ Mia S. Blackler_____

Mia S. Blackler
Attorneys for Defendant
BANK OF HAWAII

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1384211v1

1