BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (#63241)
    MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for Defendant
BANK OF HAWAII

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,<br><br>    Defendants. | ) CASE NO. 3:07-cv-04371-JSW<br>)<br>) **NOTICE OF MANUAL FILING**<br>) **OF DEFENDANT BANK OF**<br>) **HAWAII'S APPENDIX OF**<br>) **HAWAII AUTHORITIES IN**<br>) **SUPPORT OF MOTION TO**<br>) **DISMISS THE COMPLAINT AND**<br>) **MOTION FOR A MORE**<br>) **DEFINITE STATEMENT**<br>)<br>)<br>) |

PLEASE TAKE NOTICE THAT Defendant Bank of Hawaii shall manually file cases tab-numbered 1-24 to the Defendant Bank of Hawaii's Appendix of Hawaii Authorities in Support of Motion to Dismiss the Complaint and Motion for a More Definite Statement.

DATED: September 19, 2007

BUCHALTER NEMER
A Professional Corporation


By: _____/s/ Mia S. Blackler_____
               Mia S. Blackler
          Attorneys for Defendant
            BANK OF HAWAII

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1384124v1                     1

NOTICE OF MANUAL FILING OF DEFENDANT BANK OF HAWAII'S
APPENDIX OF HAWAII AUTHORITIES – CASE NO. 3:07-CV-04371-JSW