IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEGUMI HISAMATSU,

    Plaintiff,

v.

KAUSHAL NIROULA, et al.

    Defendants.

No. C 07-04371 JSW

**ORDER SETTING BRIEFING SCHEDULE ON BANK OF HAWAII'S MOTION TO DISMISS**

On September 19, 2007, Defendant Bank of Hawaii filed a motion to dismiss and for a more definite statement and noticed the motion for a hearing on November 30, 2007. The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be due on October 5, 2007, and Defendant's reply shall be due on October 12, 2007. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the noticed hearing date. If the parties wish to modify this briefing schedule, they must file a request or stipulation with the Court that demonstrates good cause for the request. The Court shall not modify the briefing schedule without a specific showing as to why additional time for briefing is required.

**IT IS SO ORDERED.**

Dated: September 20, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE