BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (#63241)
    MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for Defendant
BANK OF HAWAII

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEGUMI HISAMATSU, | ) | CASE NO. 3:07-cv-04371-JSW |
|     Plaintiff, | ) ) | **NOTICE OF CLERICAL ERROR** |
|     vs. | ) ) ) | |
| KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive, | ) ) ) ) | |
|     Defendants. | ) ) | |

    **PLEASE TAKE NOTICE THAT** due to clerical error in the printing of cases 1-70 listed in Defendant Bank of Hawaii's Appendix of <u>California Authorities</u> (which in the Notice of Manual Filing is document number 14), has not yet been filed or served. Defendant Bank of Hawaii intends to file the Appendix before the close of business on Friday, September 20, 2007.

DATED: September 20, 2007

           BUCHALTER NEMER
           A Professional Corporation


By: _Mia S. Blackler_
           MIA S. BLACKLER
           Attorneys for Defendant
           BANK OF HAWAII