BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (#63241)
    MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for Defendant
BANK OF HAWAII

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,<br><br>    Defendants. | CASE NO. C07-4371 EDL<br><br>**CERTIFICATE OF SERVICE VIA U. S. MAIL** |

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

    On the date set forth below, I served the foregoing document described as:

**DEFENDANT BANK OF HAWAII'S APPENDIX OF <u>CALIFORNIA</u> AUTHORITIES IN SUPPORT OF MOTION TO DISMISS <u>THE COMPLAINT</u> AND MOTION FOR A MORE DEFINITE STATEMENT**

**NOTICE OF MANUAL FILING OF DEFENDANT BANK OF CALIFORNIA'S APPENDIX OF <u>CALIFORNIA</u> AUTHORITIES IN SUPPORT OF MOTION TO DISMISS <u>THE COMPLAINT</u> AND MOTION FOR A MORE DEFINITE STATEMENT**

NOTICE OF CLERICAL ERROR

CERTIFICATE OF SERVICE VIA U. S. MAIL

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

>Stephen M. Shaw
>Attorney at Law
>P.O. Box 2353
>Honolulu, HI 96804
>Phone: (808) 521-0800
>Fax:   (808) 531-2129
>shawy001@gmail.com

☒   **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on September 20, 2007. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on September 20, 2007, at San Francisco, California.

_____Kathy Stout_____        _____/s/ Kathy Stout_____
                                          (Signature)