BUCHALTER NEMER
A Professional Corporation
    JAMES B WRIGHT (#63241)
    MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
mblackler@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; and DOES 1 to 60, inclusive,<br><br>    Defendants. | CASE NO. 3:07-cv-04371-EDL<br><br>**DEFENDANT BANK OF HAWAII'S REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES IN SUPPORT OF ITS MOTION TO DISMISS**<br><br>Hearing: November 30, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

    Defendant Bank of Hawaii ("BofH") respectfully requests that this Court excuse BofH from No. 6 of this Court's Civil Standing Orders, and consider the entirety of BofH's 25-page memorandum of points and authorities filed in support of its Motion to Dismiss that is currently set for hearing on November 30, 2007 (the "Motion"). BofH previously filed and served its moving papers in support of the Motion on September 19, 2007.

    Good cause exists to permit the extended briefing. The First Amended Complaint contains thirty (30) causes of action, each of which were attacked in the Motion. In addition, there are choice of law issues that required BofH to address both California and Hawaii law in the Motion. Furthermore, BofH's brief was 25 pages in length, which is in compliance with Civil Local Rule 7-4(b).

BN 1428314v1

1  BofH regrets its failure to file this request concurrently with its moving papers.

3  Respectfully submitted,

5  DATED: October 10, 2007                    BUCHALTER NEMER
                                              A Professional Corporation

                                              By: /s/ Mia S. Blackler
                                                  Mia S. Blackler
                                                  Attorneys for Defendant
                                                  BANK OF HAWAII

2

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BOFH'S REQUEST FOR LEAVE TO FILE 25-PAGE BRIEF– CASE NO. 3:07-cv-04371-EDL