STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>　　　　　Plaintiff,<br>vs.<br><br>KAUSHAL NIROULA;<br>BANK OF HAWAII,<br>A Corporation; DOES 1-60;<br><br>　　　　　Defendants. | CASE NO:　3:07-cv-04371-JSW<br><br>PLAINTIFF MEGUMI HISAMATSU'S NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF;<br><br>(Civil L.R. 6.3; 7-1(a); and 7-11)<br><br>Hearing:　11/30/07<br>Time:　　9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

**PLAINTIFF MEGUMI HISAMATSU'S NOTICE OF MOTION AND
<u>MOTION FOR ADMINISTRATIVE RELIEF</u>**

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORDS:

PLEASE TAKE NOTICE that Plaintiff moves for an order granting administrative relief before the Honorable Jeffrey S. White in Courtroom 2, 17th Floor of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, pursuant to Civil LR 6-3; 7-1(a)(4); 7-11 and Civil Standing Order No 3 of the Honorable Jeffrey S. White.

Notice is further given that any opposition to this Motion For Administrative Relief must be filed no later than the third day after the filing of the Motion.

This motion is based on this Notice, on the Memorandum of Points and Authorities attached hereto, on the Declaration of Stephen M. Shaw in support of motion for administrative relief and exhibits A-H, on all other pleadings on file with the Court in this matter, and on any oral argument and evidence that the Court may consider at the hearing on this matter.

Dated:   October 10, 2007.

Respectfully Submitted,

_____
Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU

PLAINTIFF MEGUMI HISAMATSU'S NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF- CASE NO. 3:07-cv-04371-JSW

2