STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA;<br>BANK OF HAWAII,<br>A Corporation; DOES 1-60;<br><br>　　　　Defendants. | CASE NO:  3:07-cv-04371-JSW<br><br>PLAINTIFF MEGUMI HISAMATSU'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF<br><br>(Civil L.R. 6.3; 7-1(a); and 7-11)<br><br>Hearing:    11/30/07<br>Time:       9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

**PLAINTIFF MEGUMI HISAMATSU'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S <u>MOTION FOR ADMINISTRATIVE RELIEF</u>**

PLAINTIFF MEGUMI HISAMATSU'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF  - CASE NO. 3:07-cv-04371-JSW

1

## I. INTRODUCTION

1. Plaintiff's counsel timely registered for the Northern District of San Francisco Court's ECF under General Order 45 IV.A, after completing the Court authorized ECF course in District of Hawaii on 9/19/07. He registered with this Court for ECF filing on 9/21/07. Defendant Bank of Hawaii ("BOH") filed its motion to dismiss on 9/19/07, <u>two days before</u> Plaintiff's counsel became an ECF user for this Court.

This case was removed to this Court on 8/23/07 by defendant BOH. Plaintiff's counsel promptly requested the certificate of good standing from the California State Bar. Five days after BOH's removal notice, on 8/28/07, such Certificate was issued by California State Bar. Counsel was admitted to this Court's bar on 9/6/07.

## II. ARGUMENT

Plaintiff moves, pursuant to Civil L.R. 7-11 and Standing Order 3, of the Honorable Jeffrey S. White, to (1) enlarge the time to file Plaintiff's opposition to Defendant BOH's motions, not to exceed the deadline in Civil L.R. 7-3(a); and (2) to exceed the page limit for the opposition to 25 pages. Other than a non-prejudicial shift in BOH's reply deadline, no other schedules are affected. The motion is well grounded on Civil LRs 6-3 and 7-11, and is based on the

2

PLAINTIFF MEGUMI HISAMATSU'S MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE
RELIEF - CASE NO. 3:07-cv-04371-JSW

attached declaration, in that counsel is totally new to ECF, and he, in good faith, did not receive, or locate, the Court's Scheduling Order, filed 9-20-07. In fact, **Exhibit E** to the declaration shows a document No. 20 (not the scheduling order) was filed that day.

Counsel calendared this opposition deadline in ordinary course, under Civil L.R. 7-3(a); further, defendant, BOH, has exceeded the page numbers allowed by the Court, without a stipulation, or an order granting administrative relief. See the Court's Standing Order No 6. [Defendant also failed to file a proposed order with its motions, in violation of Civil L.R. 7-2(c).]

The motion is further based on the Declaration of Stephen M. Shaw, filed herewith and the files and records in this case, showing good cause and lack of prejudice to the Defendant BOH if the motion is granted.

Dated:    October 10, 2007.

Respectfully Submitted,

_____
Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU

3

PLAINTIFF MEGUMI HISAMATSU'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF - CASE NO. 3:07-cv-04371-JSW