

## BofA/Hisamatsu
5 messages

---

**Blackler, Mia <MBLACKLER@buchalter.com>**                         Fri, Oct 5, 2007 at 8:29 AM
To: Shaw <shawy001@gmail.com>
Cc: "Blackler, Mia" <MBLACKLER@buchalter.com>, "Fontano, Dodie" <DFONTANO@buchalter.com>

   Steve:  Would you please pdf to us a copy of your opposition brief?  Thank you.


   Mia Blackler | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 333 Market Street, 25th Floor | San Francisco, CA 94105-2126 | Direct Dial: (415) 227-3543 | Direct Fax: (415) 227-3541 | Switchboard: (415) 227-0900 | mblackler@buchalter.com | www.buchalter.com


   Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/bt/index.php?option=com_content&task=view&id=151&Itemid=129.

   **IRS Circular 230 Disclosure: In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.**

---

**Shaw <shawy001@gmail.com>**                                       Fri, Oct 5, 2007 at 8:29 PM
To: "Blackler, Mia" <MBLACKLER@buchalter.com>

Dear Mia,

My read on Civ L.R. 7.3 is that my opposition is due 21 days before the hearing date (11/30/07) and may not be longer than 25 pages.

Judge White's Civil Standing Order #6 is troublesome. It limied your brief to fifteen pages, unless there is something I am missing . If you made a mistake here, can you send a stip to allow me to go up to 25 pages to oppose you?

I will send you a pdf copy once I filed it. Have a nice weekend.

Aloha,
Steve
[Quoted text hidden]

EXHIBIT A-1

---

**Blackler, Mia <MBLACKLER@buchalter.com>**                         Mon, Oct 8, 2007 at 6:27 AM
To: Shaw <shawy001@gmail.com>
Cc: "Blackler, Mia" <MBLACKLER@buchalter.com>, "Fontano, Dodie" <DFONTANO@buchalter.com>

EXHIBIT A-1

http://mail.google.com/mail/?ui=1&ik=0a44f4c41b&view=pt&th=1158612030bf8723&search=inbox&qt=...    10/9/2007

Steve:

The court issued an order modifying the briefing schedule shortly after we filed our moving papers. I see you are signed up on efiling finally, so you can access the order which provides that your opposition was due on October 5, 2007, and our reply on October 12, 2007. From your email, it doesn't appear that you filed an opposition consistent with the order? I don't know what Judge White is going to do, but we would like to ensure that BofH has no less than seven calendar days to file any reply papers.

As to the brief length, I will call the Court and see how they want me to handle the issue because the judge's standing order doesn't permit stipulations. In any event, we do not object to you having up to 25 pages to oppose the motion. Today is Columbus Day, however, so the Courts are closed, and I won't know what the Court wants to do until tomorrow. I will let you know what I find out.

Mia Blackler | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 333 Market Street, 25th Floor | San Francisco, CA 94105-2126 | Direct Dial: (415) 227-3543 | Direct Fax: (415) 227-3541 | Switchboard: (415) 227-0900 | mblackler@buchalter.com | www.buchalter.com

---

**From:** Shaw [mailto:shawy001@gmail.com]
**Sent:** Friday, October 05, 2007 11:29 PM
**To:** Blackler, Mia
**Subject:** Re: BofA/Hisamatsu

[Quoted text hidden]

[Quoted text hidden]

---

**Shaw <shawy001@gmail.com>**      Mon, Oct 8, 2007 at 9:45 PM
To: "Blackler, Mia" <MBLACKLER@buchalter.com>

Dear Mia,

We registered for efiling with SF Federal Court on 9/21/07, and we did not get Judge White's order filed one day earlier on 9-20-07. After our 9-21-07 registration with the Court, emails were received from SF federal court, but not the 9-20-07 schedule. I will forward to you what we received in the following emails. I agree to the time you need for reply, We have already prepaid travel etc for oral argument and the 12/14 hearing, Thanks and good luck. Steve

[Quoted text hidden]

---

**Blackler, Mia <MBLACKLER@buchalter.com>**      Tue, Oct 9, 2007 at 8:41 AM
To: Shaw <shawy001@gmail.com>
Cc: "Blackler, Mia" <MBLACKLER@buchalter.com>, "Fontano, Dodie" <DFONTANO@buchalter.com>

EXHIBIT A-2

Steve:

I spoke with the court clerk this morning. As to the brief length, submitting a stipulation is not proper. The court would prefer a request for leave to file additional pages beyond Judge White's 15-page limit. I will do so in connection with my moving papers, and you can do as you see fit on your opposition. This confirms that I will not object to the length of an opposition that is up to 25 pages and consistent with Local Rule 7.3. I do reserve my rights to object to a late-filed opposition, however.

As to plaintiff's failure to file a timely opposition, it's your job, not mine or the court's, to sign up for efiling and keep abreast of court orders. You received the initial papers for efiling when we first removed the case in August 2007, but for some reason you didn't register with efiling for another two months after that. When I spoke with the court clerk this morning, she recalls

addressing the briefing schedule with you over the phone. Plus you have access to the court docket since you are now registered for efiling. In any event, the briefing order requires Bank of Hawaii to file a reply brief (or notice of nonopposition) by October 12, and I intend to do so. I will also request leave to file any additional reply papers seven calendar days after you file any opposition (assuming the Court accepts a late-filed opposition).

Thank you.

Mia Blackler | Sr. Counsel | **BuchalterNemer**, A Professional Corporation | 333 Market Street, 25th Floor | San Francisco, CA 94105-2126 | Direct Dial: (415) 227-3543 | Direct Fax: (415) 227-3541 | Switchboard: (415) 227-0900 | mblackler@buchalter.com | www.buchalter.com

---

**From:** Shaw [mailto:shawy001@gmail.com]
**Sent:** Tuesday, October 09, 2007 12:45 AM
[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]



EXHIBIT A.3

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

August 28, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, STEPHEN MICHAEL SHAW, #107625 was admitted to the practice of law in this state by the Supreme Court of California on February 17, 1983; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

**Case Management**

# CM / ECF

**Electronic Case Files**

Completion of this form registers an attorney for Electronic Filing and service of pleadings by email. If you plan on attending training (for "Full Participation" in the court's CM/ECF system), please make sure you have read through the Skills Checklist and have answered all the questions. Please note that case queries require a PACER account. You can register for a PACER account at http://pacer.psc.uscourts.gov.

Attorney's may choose limited or full participation in the court's CM/ECF system. Those choosing "Limited Participation" will not be able to file documents electronically and will not be issued a login or password to the court's database.

Attorneys requesting to file documents electronically must be admitted to practice in the United States Courts, District of Hawaii pursuant to Local Rule 83.1 or otherwise be eligible to practice (attorneys for the United States and Federal Defender Organization).

### Type of Participation
(Please check one box)

[X] Full participation. (Court sponsored training required)
*Filing documents electronically/Receiving e-mail notification.*

[ ] Full participation. I am requesting a waiver of the required ECF training. I am a registered user of CM-ECF in the following Bankruptcy and/or District Court(s):_____
*Filing documents electronically/Receiving e-mail notification.*

[ ] Limited participation.
*Receiving e-mail notification of pleadings filed only - will not be filing documents electronically.*

Name: Stephen M. Shaw          Bar ID and State: 4336, HI

Firm/Agency Name: Stephen M. Shaw, Attorney at Law

Address: P O Box 2353

City/State/Zip: Honolulu HI 96804

Telephone Number: (808) 521-0800    Fax Number: (808) 531-2129

E-mail address for service and notice: Shawyoo1@gmail.com

**PLEASE READ AND SIGN THE FOLLOWING PAGE**

09/05 USDC-HI                                   EXHIBIT C.1

By signing and submitting this registration form, I agree to the following.

1. I will abide by all orders, rules, and administrative procedures governing the use of my login and password and the electronic filing of documents in the CM/ECF system of the United States District Court for the District of Hawaii.

2. Use of my ECF User login and password constitutes my signature on an electronically filed document for all purposes and shall have the same force and effect as if I had affixed my signature on a paper copy of the document being filed *(full participation registrants only)*.

3. I may authorize one or more employees or office staff members to use my login and password for the electronic filing of a document. However, such use constitutes my signature on the electronically filed document. I will not knowingly permit use of my login and password by anyone not so authorized, I shall take steps to prevent such unauthorized use, and I shall be fully responsible for all use of the login and password whether authorized or unauthorized. If authorization to use a login and password is withdrawn (e.g., when a staff member leaves employment) or if unauthorized use of a login and password is suspected, I shall select and activate a new password for use in the ECF system. I also shall immediately notify the court upon learning of any unauthorized use. I understand that failure to change the password and notify the court may result in sanctions *(full participation registrants only)*.

4. This registration constitutes my waiver of service of a paper copy of a notice and a request in writing that, instead of notice by mail, notice be sent to me by electronic transmission through the court's CM/ECF system. This also constitutes my consent in writing to accept service of documents by e-mail through the CM/ECF system. I will maintain an active e-mail account for notice and service by electronic transmission, and will keep such e-mail account information current in my ECF User account.

5. I will promptly submit payment of any fees required for the filing of a document in accordance with payment procedures established under the CM/ECF administrative procedures.

Signature: _____   Date: 9/19/07

*Submit to*:  Clerk - ECF Registration
United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850

*Fax to*: (808)541-1303  ✓

09/05 USDC-HI

EXHIBIT C.2




Y Shaw <shawy001@gmail.com>

# ECF Registration Confirmation-Application Record
2 messages

---

**ECFREG@cand.uscourts.gov <ECFREG@cand.uscourts.gov>**  Fri, Sep 21, 2007 at 11:03 AM
To: ecfreg@cand.uscourts.gov, shawy001@gmail.com

This email is the first of TWO emails you will receive.

This first one is your receipt for your ECF registration. Please keep it in a safe location as it contains all information (including login name) which you submitted to ECF on this date, but does NOT contain your password.

Within two business days, you will receive a second and final email which will contain only your password. Please watch for it.

```
Last Name         Shaw
First Name        Stephen
Middle Name       Michael
Generation
Bar Number        107625
Bar State         HI
Office            Stephen M. Shaw
Unit
Address 1         P O BOX 2353
Address 2
Address 3
City              HONOLULU
State             HI
Zip               96804
Country           USA
County            ------
Phone             808-521-0800
Fax               808-531-2129
Bar Admission     9/6/2007
EMail             shawy001@gmail.com
EMail2            steverice2003@yahoo.com
Form Submitted    Sep 21 2007
Login (all lower case)        **REDACTED**

    ECF Agreement
```

I HAVE CONSENTED TO ENTRY OF MY E-MAIL ADDRESS INTO THE COURT'S
ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON ME OF ALL
E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (effective 12.1.01)
OF THE FEDERAL RULES OF CIVIL PROCEDURE. I ALSO AGREED TO
ABIDE BY ALL RULES AND PROCEDURES SET FORTH BY THE COURT, ESPECIALLY
GENERAL ORDER 45, GENERAL ORDER 53, LOCAL RULE 5-4,
AND AS SET FORTH ON THE ECF WEB SITE.

---

**Shaw <shawy001@gmail.com>**  Mon, Oct 8, 2007 at 9:47 PM
To: MBLACKLER@buchalter.com

[Quoted text hidden]

D



Y Shaw <shawy001@gmail.com>

# Activity in Case 3:07-cv-04371-JSW Hisamatsu v. Niroula et al Appendix

2 messages

---

**ECF-CAND@cand.uscourts.gov** <ECF-CAND@cand.uscourts.gov>  **Mon, Sep 24, 2007 at 12:37 PM**
To: efiling@cand.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Northern District of California

**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available.***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from entered on 9/24/2007 3:37 PM and filed on 9/20/2007
**Case Name:**     Hisamatsu v. Niroula et al
**Case Number:**   3:07-cv-4371
**Filer:**         Bank of Hawaii
**Document Number:** 20(No document attached)

**Docket Text:**
Appendix re [12] MOTION to Dismiss *DEFENDANT BANK OF HAWAII'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT AND MOTION FOR A MORE DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES* filed byBank of Hawaii. (Related document(s)[12]) (hdj, COURT STAFF) (Filed on 9/20/2007)

**3:07-cv-4371 Notice has been electronically mailed to:**

Mia S. Blackler &nbsp &nbsp mblackler@buchalter.com, dfontano@buchalter.com

Stephen Michael Shaw &nbsp &nbsp shawy001@gmail.com, shawy001@hawaii.rr.com, steverice2003@yahoo.com

James Benton Wright &nbsp &nbsp jwright@buchalter.com, kstout@buchalter.com

**3:07-cv-4371 Notice has been delivered by other means to:**

---

**Shaw** <shawy001@gmail.com>  **Mon, Oct 8, 2007 at 9:50 PM**
To: "Blackler, Mia" <mblackler@buchalter.com>



Y Shaw <shawy001@gmail.com>

# URGENT NOTICE: ECF Offline
2 messages

---

**ECFHELPDESK@cand.uscourts.gov** <ECFHELPDESK@cand.uscourts.gov>  **Mon, Sep 24, 2007 at 1:18 PM**
Reply-To: ECFHelpDesk@cand.uscourts.gov
To: CAND-ECF@nyed.uscourts.gov

Due to an urgent technical issue, access by the public to the CM/ECF system was shut off at approximately 10AM today, so we could work to resolve the issue. We are continuing to work to ensure CM/ECF can be brought online as soon as possible, but at this point, we do not have an estimate on when the situation will be resolved.

We will continue to provide updates as the situation changes, or we get new information.

Since this problem has gone on for so long, GO45, section VI.E. is now in effect:

GENERAL ORDER NO. 45

ELECTRONIC CASE FILING

VI. Electronic Filing.

E. Technical Failures.

The Clerk shall deem the ECF web site to be subject to a technical failure on a given day if the site is unable to accept filings continuously or intermittently over the course of any period of time greater than one hour after 12:00 noon that day, in which case filings due that day which were not filed due solely to such technical failures shall become due the next business day. Such delayed filings shall be accompanied by a declaration or affidavit attesting to the filing person's failed attempts to file electronically at least two times after 12:00 noon separated by at least one hour on each day of delay due to such technical failure. The initial point of contact for any practitioner experiencing difficulty filing a document into the ECF system shall be the toll-free number posted on the ECF web site.


Please accept our apologies for all the trouble. We're doing everything we can to address the issue


Thank you,

~The ECF-HelpDesk
http://ecf.cand.uscourts.gov

---

**Shaw <shawy001@gmail.com>**  **Mon, Oct 8, 2007 at 9:51 PM**
To: "Blackler, Mia" <mblackler@buchalter.com>

[Quoted text hidden]

---

EXHIBIT __F__



Y Shaw <shawy001@gmail.com>

# The ECF System is Now Back Online.
2 messages

---

**ECFHELPDESK@cand.uscourts.gov** <ECFHELPDESK@cand.uscourts.gov>  Tue, Sep 25, 2007 at 10:21 AM
Reply-To: ECFHelpDesk@cand.uscourts.gov
To: CAND-ECF@nyed.uscourts.gov

The ECF System is Now Back Online.
Please read this entire notice carefully before contacting the court.

The ECF system for the District Court of the Northern District of California suffered a technical problem on the morning of 9/24/2007. The crash caused us to lose all efilings made from approximately 1:00AM on Sunday 9/23/2007 through Tuesday 9/25/2007 at noon. The system has now been restored to a fully operational state and can now be accessed for queries, reports and efilings, but no data entered after 9/22 will be available until it is re-efiled by the original efilers.

The court will be re-efiling all entries made by the court (including case openings), but attorneys will need to re-efile any entries efiled by them at any time on Sunday 9/23 or Monday 9/24.

If you are an attorney who efiled anything during these times, please re-efile your documents now. If you are not sure if your efiling is there or not, please check the docket sheet. IF YOU SEE YOUR DOCUMENTS ON THE DOCKET SHEET, YOU DO NOT NEED TO RE-EFILE THEM - Only re-efile if your documents are not seen on the docket sheet. The ECF Helpdesk will also be contacting each attorney who efiled during this time to notify them of the documents they efiled.

If you are filing an answer, response or anything else that needs to link back to a previously efiled document that is no longer there due to the crash, please contact the case manager for the case in question, or the ECF Helpdesk.

Reminder: Per G.O. 45, you are excused from deadlines for the time that ECF is offline...
GENERAL ORDER NO. 45
ELECTRONIC CASE FILING
VI. Electronic Filing.
E. Technical Failures. The Clerk shall deem the ECF web site to be subject to a technical failure on a given day if the site is unable to accept filings continuously or intermittently over the course of any period of time greater than one hour after 12:00 noon that day, in which case filings due that day which were not filed due solely to such technical failures shall become due the next business day. Such delayed filings shall be accompanied by a declaration or affidavit attesting to the filing person's failed attempts to file electronically at least two times after 12:00 noon separated by at least one hour on each day of delay due to such technical failure. The initial point of contact for any practitioner experiencing difficulty filing a document into the ECF system shall be the toll-free number posted on the ECF web site.

If you need assistance, please contact the ECFHelpdesk via email at ecfhelpdesk@cand.uscourts.gov, rather than calling, if at all possible. We will be responding to all emails as soon as possible.

Please accept our apologies for this inconvenience.

~The ECF-HelpDesk
http://ecf.cand.uscourts.gov

EXHIBIT G

---

**Shaw** <shawy001@gmail.com>  Mon, Oct 8, 2007 at 9:51 PM
To: "Blackler, Mia" <mblackler@buchalter.com>



Y Shaw <shawy001@gmail.com>

# Activity in Case 3:07-cv-04371-JSW Hisamatsu v. Niroula et al Appendix
4 messages

---

**ECF-CAND@cand.uscourts.gov** <ECF-CAND@cand.uscourts.gov>    Tue, Sep 25, 2007 at 11:36 AM
To: efiling@cand.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 9/25/2007 2:36 PM and filed on 9/21/2007
**Case Name:** Hisamatsu v. Niroula et al
**Case Number:** 3:07-cv-4371
**Filer:** Bank of Hawaii
**Document Number:** 20(No document attached)

**Docket Text:**
Appendix re [12] MOTION to Dismiss *DEFENDANT BANK OF HAWAII'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT AND MOTION FOR A MORE DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES* filed byBank of Hawaii. (Related document(s)[12]) (hdj, COURT STAFF) (Filed on 9/21/2007)

**3:07-cv-4371 Notice has been electronically mailed to:**

Mia S. Blackler &nbsp &nbsp mblackler@buchalter.com, dfontano@buchalter.com

Stephen Michael Shaw &nbsp &nbsp shawy001@gmail.com, shawy001@hawaii.rr.com, steverice2003@yahoo.com

James Benton Wright &nbsp &nbsp jwright@buchalter.com, kstout@buchalter.com

**3:07-cv-4371 Notice has been delivered by other means to:**

EXHIBIT H.1

---

**ECF-CAND@cand.uscourts.gov** <ECF-CAND@cand.uscourts.gov>    Tue, Sep 25, 2007 at 11:38 AM
To: efiling@cand.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from entered on 9/25/2007 2:38 PM and filed on 9/21/2007
**Case Name:**        Hisamatsu v. Niroula et al
**Case Number:**      3:07-cv-4371
**Filer:**            Bank of Hawaii
**Document Number:** 21(No document attached)

**Docket Text:**
Appendix re [12] MOTION to Dismiss *DEFENDANT BANK OF HAWAII'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT AND MOTION FOR A MORE DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES* filed byBank of Hawaii. (Related document(s)[12]) (hdj, COURT STAFF) (Filed on 9/21/2007)

**3:07-cv-4371 Notice has been electronically mailed to:**

Mia S. Blackler &nbsp &nbsp mblackler@buchalter.com, dfontano@buchalter.com

Stephen Michael Shaw &nbsp &nbsp shawy001@gmail.com, shawy001@hawaii.rr.com, steverice2003@yahoo.com

James Benton Wright &nbsp &nbsp jwright@buchalter.com, kstout@buchalter.com

**3:07-cv-4371 Notice has been delivered by other means to:**

---

**Shaw <shawy001@gmail.com>**                                                Mon, Oct 8, 2007 at 11:14 AM
To: Shaw <shawy001@hawaii.rr.com>

[Quoted text hidden]

---

**Shaw <shawy001@gmail.com>**                                                Mon, Oct 8, 2007 at 9:52 PM
To: "Blackler, Mia" <mblackler@buchalter.com>

[Quoted text hidden]

---

EXHIBIT H.2