STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>  Plaintiff,<br><br>  vs.<br><br>KAUSHAL NIROULA;<br>BANK OF HAWAII,<br>A Corporation; DOES 1-60;<br><br>  Defendants. | CASE NO: 3:07-cv-04371-JSW<br><br>CERTIFICATE OF SERVICE<br><br>Hearing: 11/30/07<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

## CERTIFICATE OF SERVICE

I reside in the County of Honolulu, State of Hawaii. I am over the age of 18 and not a party to the within action. My business address is P O Box 2353, Honolulu, Hawaii 96804.

---

CERTIFICATE OF SERVICE - CASE NO. 3:07-cv-04371-JSW

1

I hereby certify that on the dates and by method of service noted below, a true and correct copy of the foregoing:

**PLAINTIFF MEGUMI HISAMATSU'S NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF**

**PLAINTIFF MEGUMI HISAMATSU'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF**

**DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF; and EXHIBITS A-H**

**ORDER GRANTING PLAINTIFF MEGUMI HISAMATSU'S MOTION FOR ADMINISTRATIVE RELIEF [PROPOSED]**

**CERTIFICATE OF SERVICE**

The following are those who have appeared and who are currently on the ECF list to receive e-mail notices for this case.

jwright@buchalter.com
mblackler@buchalter.com

Buchalter Nemer
A Professional Corporation
James B. Wright, Esq.
Mia Blackler, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Attorneys for Defendant BANK OF HAWAII

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on October 10, 2007, at Honolulu, Hawaii.

Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU

CERTIFICATE OF SERVICE - CASE NO. 3:07-cv-04371-JSW