STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, <br><br> Plaintiff, <br> vs. <br><br> KAUSHAL NIROULA; <br> BANK OF HAWAII, <br> A Corporation; DOES 1-60; <br><br> Defendants. | CASE NO: 3:07-cv-04371-JSW <br><br> PLAINTIFF MEGUMI HISAMATSU'S OPPOSITION TO DEFENDANT BANK OF HAWAII'S REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES IN SUPPORT OF ITS MOTION TO DISMISS <br><br> Hearing: 11/30/07 <br> Time: 9:00 a.m. <br> Judge: Hon. Jeffrey S. White <br> Courtroom: 2, 17th floor |

**PLAINTIFF MEGUMI HISAMATSU'S OPPOSITION TO DEFENDANT BANK OF HAWAII'S REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES IN SUPPORT OF ITS MOTION TO DISMISS**

Plaintiff, pursuant to Civil L.R. 7-3(a), respectfully opposes Defendant

PLAINTIFF MEGUMI HISAMATSU'S OPPOSITION TO DEFENDANT BANK OF HAWAII'S REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES IN SUPPORT OF ITS MOTION TO DISMISS - CASE NO. 3:07-cv-04371-JSW

1

Bank Of Hawaii's ("BOH") motion for administrative relief and requests that BOH's motions be denied or stricken for failure to comply with this Court's Local Rules and Standing Orders.

This opposition is based upon Defendant BOH's insistence on strict compliance with this Court's scheduling Order, which Plaintiff's counsel did not receive. Since BOH demands strict compliance Plaintiff is no longer willing to stipulate, or agree, to anything less than strict compliance as applied to BOH, and this motion. This opposition is further based on BOH's inexcusable pagination violations, and its repeated violation of rules requiring service of proposed orders, as well as service of this Court's Standing Orders.

The opposition is grounded on BOH's violation of District Judge White's Standing Orders Nos. 1, 6, 9 (no orders), 10 (communications with court), and 12 (service of standing orders), and the Court's Civil Local Rules 7-2(c) (no order), 7-5(a) (no declaration), 7-11(a) (no order, no declaration).

This opposition is also based on Plaintiff's Motion for Administrative Relief, and all attachments and pleadings related thereto, filed 10/10/07, and the simple fact that BOH chose this forum; its counsel is within this Court's district; yet it inexcusablely and repeatedly violated the Court's orders and rules.

2

PLAINTIFF MEGUMI HISAMATSU'S OPPOSITION TO DEFENDANT BANK OF HAWAII'S REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES IN SUPPORT OF ITS MOTION TO DISMISS   - CASE NO. 3:07-cv-04371-JSW

Dated:   October 11, 2007, Honolulu, Hawaii.

Respectfully Submitted,

_____
Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU

PLAINTIFF MEGUMI HISAMATSU'S OPPOSITION TO DEFENDANT BANK OF HAWAII'S REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES IN SUPPORT OF ITS MOTION TO DISMISS   - CASE NO. 3:07-cv-04371-JSW

3