STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii  96804
Telephone:  (808) 521-0800
Facsimile:   (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,        ) | CASE NO:   3:07-cv-04371-JSW |
|        ) | |
|          Plaintiff,   ) | ORDER DENYING DEFENDANT |
| vs.        ) | BANK OF HAWAII'S REQUEST FOR |
|        ) | LEAVE TO FILE BRIEF IN EXCESS |
| KAUSHAL NIROULA;        ) | OF 15 PAGES IN SUPPORT OF ITS |
| BANK OF HAWAII,        ) | MOTIONS TO DISMISS |
| A Corporation; DOES 1-60;    ) | |
|        ) | |
|          Defendants. ) | |
|        ) | Hearing:      11/30/07 |
|        ) | Time:          9:00 a.m. |
|        ) | Judge: Hon. Jeffrey S. White |
| _____ ) | Courtroom: 2, 17th floor |

## ORDER DENYING DEFENDANT BANK OF HAWAII'S REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES IN SUPPORT OF ITS MOTIONS TO DISMISS

The Court reviewed Defendant Bank of Hawaii's (BOH's) Request For

1

Leave To File Brief In Excess Of 15 Pages In Support Of Its Motion To Dismiss, filed October 10, 2007, by its attorneys, Mia S. Blackler, Buchalter Nemers, as well as the opposition filed by Stephen M. Shaw, attorney for Plaintiff MEGUMI HISAMATSU.

After reviewing Defendant BOH's request, and other submissions of the parties, the Court DENIES Defendant Bank Of Hawaii's Request For Leave To File Brief In Excess Of 15 Pages In Support Of Its Motion To Dismiss, and DENIES Defendant Bank Of Hawaii's Notice of Motion And Motion To Dismiss The Complaint And Motion For A More Definite Statement, filed September 19, 2007.

## RELIEF SOUGHT

Defendant BOH exceeded the Court's page limitation of fifteen (15) pages when it filed motions to dismiss Plaintiff's First Amended Complaint on September 19, 2007. Defendant BOH requests for relief from the pagination rule in the Court's Standing Order No. 6.

## RATIONALE OF DECISION

### A.   Background

On August 13, 2007, Plaintiff Megumi Hisamatsu filed a twenty-eight count complaint in the Superior Court, State of California, County of San

2

ORDER DENYING DEFENDANT BANK OF HAWAII'S REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES IN SUPPORT OF ITS MOTIONS TO DISMISS - CASE NO. 3:07-cv-04371-JSW

Francisco. Suit was filed against Kaushal Niroula and Bank of Hawaii (BOH). By amendment filed August 20, 2007, the number of counts was increased to thirty.

On August 23, 2007, BOH removed the action to this Court. On the same day, the case was designated subject to electronic filing (ECF).

On September 10, 2007, BOH filed a declination to proceed before a United States Magistrate and the matter was transferred to this Court.

On September 19, 2007, BOH filed its motion to dismiss, or for a more definite statement. Prior to filing, BOH did not obtain an Administrative Relief Order relieving BOH of its duties to comply with rules.

    A.    Regarding the page limit in this Court's Standing Order No. 6;

    B.    Requiring service of proposed orders with motions in Standing Order No. 9 and Civil L.R. 7-2(c) (unless excused by the Judge);

    C.    Requiring it to serve this Court's Standing Orders on Plaintiff's counsel.

Defendant BOH is represented by experienced counsel from a large law firm with offices in San Francisco. Review of the records discloses several

ORDER DENYING DEFENDANT BANK OF HAWAII'S REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES IN SUPPORT OF ITS MOTIONS TO DISMISS - CASE NO. 3:07-cv-04371-JSW

1

2

violations by BOH of this Court's Civil Local Rules and the Civil Standing

3

Orders of this Court. These inexcusable violations occurred without seeking

4

relief from the Court; moreover, the subject "request" is woefully deficient in

5

6

its lack of factual averments supporting the relief requested. Accordingly, the

7

Court imposes on BOH the appropriate sanction of denying Defendant BOH's

8

pending motions, filed 9/19/07. See Civil Standing Order No 1.

9

10

11

### CONCLUSION

12

For the reasons stated above, the Court DENIES Defendant Bank of

13

14

Hawaii's (BOH's) Request For Leave To File Brief In Excess Of 15 Pages In

15

Support Of Its Motion To Dismiss, and DENIES Defendant Bank Of Hawaii's

16

Notice of Motion And Motion To Dismiss The Complaint And Motion For A

17

18

More Definite Statement, filed September 19, 2007, for failure to comply with

19

provisions of the Local Rules and this Court's Standing Orders.

20

**IT IS SO ORDERED.**

21

22

DATED:    San Francisco, California, _____, 2007.

23

24

25

26

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

27

28

ORDER DENYING DEFENDANT BANK OF HAWAII'S REQUEST FOR LEAVE
TO FILE BRIEF IN EXCESS OF 15 PAGES IN SUPPORT OF ITS MOTIONS TO
DISMISS - CASE NO. 3:07-cv-04371-JSW