BUCHALTER NEMER
A Professional Corporation
    JAMES B WRIGHT (#63241)
    MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com
mblackler@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; and DOES 1 to 60, inclusive,<br><br>    Defendants. | CASE NO. 3:07-cv-04371-EDL<br><br>**DEFENDANT BANK OF HAWAII'S NOTICE OF NONOPPOSITION TO ITS MOTION TO DISMISS**<br><br>Hearing: November 30, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

    Pursuant to this Court's Order of September 20, 2007, Defendant Bank of Hawaii ("BofH"), files this Notice of Nonopposition in order to inform the Court and the parties to this action that, as of the date hereof, counsel for BofH has received no Opposition to the pending Motion to Dismiss, currently set for hearing on November 30, 2007 at 9:00 a.m. in Courtroom 2 of the above-entitled Court.

//

//

BN 1430070v1

1

1  Should this Court determine to accept a late-filed opposition to the Motion to
2  Dismiss pursuant to Plaintiff's Motion for Administrative Relief, BofH respectfully
3  requests that it be given no less than seven (7) calendar days in which to file
4  supplemental reply papers.

DATED: October 12, 2007

BUCHALTER NEMER
A Professional Corporation

By: /s/ Mia S. Blackler
Mia S. Blackler
Attorneys for Defendant
BANK OF HAWAII