BUCHALTER NEMER
A Professional Corporation
 JAMES B WRIGHT (#63241)
 MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com
mblackler@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; and DOES 1 to 60, inclusive,<br><br>　　　　Defendants. | CASE NO. 3:07-cv-04371-EDL<br><br>**[Proposed] ORDER GRANTING DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS**<br><br>Hearing: November 30, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

　　Defendant Bank of Hawaii's ("BofH") Motion to Dismiss came on regularly for hearing on November 30, 2007 at 9:00 a.m. in Courtroom 2 of the above-entitled Court, the Honorable Jeffrey S. White presiding. James B. Wright and Mia S. Blackler appeared for BofH. Stephen Shaw appeared on behalf of Plaintiff Meguma Hisamatsu.

　　//

　　//

BN 1433008v1

1

[PROPOSED] ORDER – CASE NO. 3:07-cv-04371-EDL

1  After full consideration of the evidence, the authorities and argument
2  submitted by counsel, and it satisfactorily appearing therefrom that good cause
3  exists, **IT IS HEREBY ORDERED THAT** BofH's Motion to Dismiss is
4  GRANTED without leave to amend.

Dated: October ___, 2007

_____
THE HONORABLE JEFFREY S. WHITE
JUDGE OF THE NORTHERN DISTRICT COURT