IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>  v.<br><br>KAUSHAL NIROULA, et al.<br><br>    Defendants. | No. C 07-04371 JSW<br><br>**ORDER RE MISCELLANEOUS ADMINISTRATIVE MOTIONS AND HEARING DATE ON MOTION TO DISMISS** |

The Court has received Defendant Bank of Hawaii's miscellaneous administrative motion for leave to file a brief in excess of fifteen pages and Plaintiff's opposition thereto. The Court has also received Plaintiff's miscellaneous administrative motion for an extension of time on the briefing schedule set by this Court and for leave to file an opposition brief in excess of fifteen pages.

The Court HEREBY GRANTS Defendant's request for leave to file a brief in support of its motion to dismiss that is twenty-five pages in length. The Court shall also GRANT Plaintiff's request for leave to file an opposition brief that is twenty-five pages in length. All parties are HEREBY ADVISED that in the future, requests for leave to file briefs in excess of this Court's page limits shall be filed in advance of the filing of any such brief. Failure to do so shall result in oversized briefs being stricken from the record.

The Court also GRANTS IN PART Plaintiff's request for additional time in which to file his opposition to Defendant's motion to dismiss. A review of the docket indicates that Plaintiff's counsel was not electronically served with the Order setting the briefing schedule.

1  Plaintiff's opposition brief shall be due on October 26, 2007, and Defendant's reply brief shall
2  be due on November 2, 2007.  If the parties wish to modify this briefing schedule, they must
3  submit a request or stipulation demonstrating good cause for such a request in advance of these
4  filing deadlines.

5      The Court also notes that, in general, it does not permit telephonic appearances at
6  hearings on motions or at the initial case management conference.  Accordingly, all counsel are
7  expected to appear in person at the motion hearing set for November 30, 2007 and the case
8  management conference set for December 14, 2007.

9      **IT IS SO ORDERED.**

11  Dated: October 12, 2007

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California