STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>　　　　Plaintiff,<br>　vs.<br><br>KAUSHAL NIROULA;<br>BANK OF HAWAII,<br>A Corporation; DOES 1-60;<br><br>　　　　Defendants. | CASE NO: 3:07-cv-04371-JSW<br><br>PLAINTIFF MEGUMI HISAMATSU'S SECOND NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF;<br><br>(Civil L.R. 7-11)<br><br>Hearing: 11/30/07<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

**PLAINTIFF MEGUMI HISAMATSU'S SECOND NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF**

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff moves for an order granting administrative relief before the Honorable Jeffrey S. White in Courtroom 2, 17th Floor of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, CA 94102, pursuant to Civil LR 7-11.

Plaintiff moves for relief from any requirement or convention requiring her to file an appendix containing actual copies of the cases, statutes, rules or other authorities cited in her memorandum.

## POINTS AND AUTHORITIES

The rule, Civil LR 7-3(d), only requires actual copies to be provided in supplemental materials dealing with decisions after the filing of memoranda. Defendant filed and served a voluminous appendix with copies of cases from electronic libraries. Defense counsel is unwilling to stipulate to relieve Plaintiff of the burden of copying cases already in electronic libraries.

Dated:    Honolulu, Hawaii, October 22, 2007.

Respectfully Submitted,

Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU