STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, <br><br> Plaintiff, <br> vs. <br><br> KAUSHAL NIROULA; <br> BANK OF HAWAII, <br> A Corporation; DOES 1-60; <br><br> Defendants. | CASE NO: 3:07-cv-04371-JSW <br><br> DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR ADMINISTRATIVE RELIEF <br><br> Hearing: 11/30/07 <br> Time: 9:00 a.m. <br> Judge: Hon. Jeffrey S. White <br> Courtroom: 2, 17th floor |

**DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR ADMINISTRATIVE RELIEF**

I, STEPHEN M. SHAW, counsel for Plaintiff have personal knowledge of the following, except those matters stated on information or belief.

1

DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR ADMINISTRATIVE RELIEF - CASE NO. 3:07-cv-04371-JSW

1.  Declarant is counsel for Plaintiff in the above-entitled case and licensed to practice before this Court and all courts in the State of California.

2.  This declaration is made in support of Plaintiff's Second Motion For Administrative Relief. Plaintiff seeks leave to dispense with any requirement that she file with her opposition to Defendant BOH's motions, any appendix containing copies of cases, statutes or rules cited in her brief.

3.  Declarant tried to obtain BOH's agreement to avid the necessity of this motion. Counsel was not willing to stipulate around this extremely costly and burdensome requirement.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   Honolulu, Hawaii, October 22, 2007.

Stephen M. Shaw, Esq.
Attorney For Plaintiff
MEGUMI HISAMATSU

DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR ADMINISTRATIVE RELIEF - CASE NO. 3:07-cv-04371-JSW

2