STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br>vs.<br><br>KAUSHAL NIROULA;<br>BANK OF HAWAII,<br>A Corporation; DOES 1-60;<br><br>    Defendants. | CASE NO: 3:07-cv-04371-JSW<br><br>ORDER GRANTING PLAINTIFF MEGUMI HISAMATSU'S SECOND MOTION FOR ADMINISTRATIVE RELIEF<br><br>(Civil L.R. 7-11)<br><br>Hearing: 11/30/07<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

## ORDER GRANTING PLAINTIFF MEGUMI HISAMATSU'S SECOND MOTION FOR ADMINISTRATIVE RELIEF

The Court reviewed Plaintiff Megumi Hisamatsu's Second Motion For Administrative Relief filed October 22, 2007, by her attorney, Stephen M.

Shaw, Esq., as well as the opposition filed by Mia S. Blackler, attorney for Defendant Bank of Hawaii ("BOH").

After reviewing Plaintiff's motion and the declarations and memoranda of the parties, the Court GRANTS Plaintiff's Second Motion For Administrative Relief.

Plaintiff requests administrative relief from any requirement to file an appendix with her memorandum in opposition containing the cases, statutes, and rules cited in the brief.

Other than the requirement in L.R. Civil 7.3(d), no appendix containing cases, statutes or rules relied on in memoranda need be filed with this Court.

**IT IS SO ORDERED.**

DATED:   San Francisco, California, _____, 2007.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER GRANTING PLAINTIFF MEGUMI HISAMATSU'S SECOND MOTION FOR ADMINISTRATIVE RELIEF- CASE NO. 3:07-cv-04371-JSW    2