IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEGUMI HISAMATSU,

    Plaintiff,

v.

KAUSHAL NIROULA, BANK OF HAWAII, and DOES 1-60,

    Defendants.

No. C 07-04371 JSW

**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR ADMINISTRATIVE RELIEF**

This matter comes before the Court upon consideration of Plaintiff's Second Motion for Administrative Relief. Having considered the motion, the Court determines that no response from Defendants is required. Further, Defendants unwillingess to stipulate to the relief requested is irrelevant because there is no requirement under the Federal Rules of Civil Procedure, the Northern District Civil Local Rules, the Northern District's General Orders, or this Court's Standing Orders to submit an appendix of authorities to which a party cites in a brief submitted to the Court.

Accordingly, Plaintiff's motion is GRANTED.

**IT IS SO ORDERED.**

Dated: October 23, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE