STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA;<br>BANK OF HAWAII,<br>A Corporation; DOES 1-60;<br><br>　　　　　Defendants. | CASE NO: 3:07-cv-04371-JSW<br><br>DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF MEGUMI HISAMATSU'S MEMORANDUM IN OPPOSITION TO DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS THE COMPLAINT AND MOTION FOR A MORE DEFINITE STATEMENT; EXHIBIT "A"<br><br>(FRCP 12(b)(6) AND 12(e))<br><br>Hearing: 11/30/07<br>Time: 9:00 a.m.<br>Judge: Honorable Jeffrey S. White<br>Courtroom: 2, 17th floor |

**DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF MEGUMI HISAMATSU'S MEMORANDUM IN OPPOSITION TO DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS THE COMPLAINT AND MOTION FOR A MORE DEFINITESTATEMENT**

DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF MEGUMI HISAMATSU'S MEMORANDUM IN OPPOSITION TO DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS THE COMPLAINT AND MOTION FOR A MORE DEFINITE STATEMENT; EXHIBIT "A"
- CASE NO. 3:07-cv-04371-JSW

1

I, STEPHEN M. SHAW, counsel for Plaintiff have personal knowledge of the following, except those matters stated on information or belief.

1. Declarant is counsel for Plaintiff in the above-entitled case and licensed to practice before this Court and all courts in the State of California.

2. This declaration is made in support of Plaintiff's opposition to Defendant Bank of Hawaii's motion to dismiss or for more definite statement.

3. Attached hereto as Exhibit "A" is a true and correct draft of a proposed amended complaint. After reply and oral argument, Declarant will most likely have new changes to propose to this draft should leave be granted, to amend.

4. Request will also follow to extend the time to serve co-defendant KAUSHAL NIROULA since an amended complaint is being offered.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   Honolulu, Hawaii, October 26, 2007.

_____
Stephen M. Shaw, Esq.
Attorney For Plaintiff
MEGUMI HISAMATSU

DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF MEGUMI HISAMATSU'S MEMORANDUM IN OPPOSITION TO DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS THE COMPLAINT AND MOTION FOR A MORE DEFINITE STATEMENT; EXHIBIT "A"
- CASE NO. 3:07-cv-04371-JSW

2