STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**-SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEGUMI HISAMATSU, | CASE NO: 3:07-cv-04371-JSW |
| Plaintiff, | |
| vs. | |
| KAUSHAL NIROULA; | CERTIFICATE OF SERVICE |
| BANK OF HAWAII, | |
| A Corporation; DOES 1-60; | |
| | Hearing: 11/30/07 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Hon. Jeffrey S. White |
| | Courtroom: 2, 17th floor |

1

CERTIFICATE OF SERVICE - CASE NO. 3:07-cv-04371-JSW

**CERTIFICATE OF SERVICE**

I reside in the County of Honolulu, State of Hawaii. I am over the age of 18 and not a party to the within action. My business address is P O Box 2353, Honolulu, Hawaii 96804.

I hereby certify that on the dates and by method of service noted below, a true and correct copy of the foregoing:

**PLAINTIFF MEGUMI HISAMATSU'S MEMORANDUM IN OPPOSITION TO DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS THE COMPLAINT AND MOTION FOR A MORE DEFINITE STATEMENT**

**DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF MEGUMI HISAMATSU'S MEMORANDUM IN OPPOSITION TO DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS THE COMPLAINT AND MOTION FOR A MORE DEFINITESTATEMENT; EXHIBIT "A"**

**ORDER DENYING**

**DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS THE COMPLAINT AND MOTION FOR A MORE DEFINITESTATEMENT**

**[PROPOSED]**

**CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE  - CASE NO. 3:07-cv-04371-JSW

1 | The following are those who have appeared and who are currently on the
2 | ECF list to receive e-mail notices for this case.

3 | jwright@buchalter.com
4 | mblackler@buchalter.com
5 |
6 | Buchalter Nemer
7 | A Professional Corporation
8 | James B. Wright, Esq.
9 | Mia Blackler, Esq.
10 | 333 Market Street, 25th Floor
11 | San Francisco, CA 94105-2126
12 |
13 | Attorneys for Defendant BANK OF HAWAII
14 |
15 | I declare under penalty of perjury under the laws of the State of California that
16 | the foregoing is true and correct to the best of my knowledge.
17 | Executed on October 26, 2007, at Honolulu, Hawaii.
18 |
19 | /c/ Stephen M. Shaw
20 | Stephen M. Shaw
21 | Attorney For Plaintiff
22 | MEGUMI HISAMATSU

3

CERTIFICATE OF SERVICE - CASE NO. 3:07-cv-04371-JSW