**Exhibit "1"**

# STEVEN T. BRITTAIN
Attorney at Law

733 Bishop Street, Suite 2302
Makai Tower
Honolulu, Hawaii 96813
Phone: (808) 522-1668 ♦
Fax: (808) 536-4988 ♦ E-mail: steventb01@yahoo.com

October 25, 2006

Via facsimile      538-4743

Chester Dods, Jr.
Bank of Hawaii

    Re:   Megumi Hisamatsu

Chester,

Attached is the executed release agreement.

Thank you,

Steve Brittain

## INDEMNIFICATION OF LIABILITY

I, _Megumi Hisamatsu_, for reasons best known to myself, wish to withdraw my forgery dispute regarding the following checks drawn on Bank of Hawaii account #0002-937182.

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 101 | 08/24/2006 | Kaushal Niroula | $8,000 |
| 102 | 08/29/2006 | Kaushal Niroula | $95,000 |
| 105 | 09/18/2006 | Kaushal Niroula | $405,000 |

I, _Megumi Hisamatsu_, also agree that funds ( $257,546.25 ) held in suspense from Bank of Hawaii account #0002-933063, belonging to Kaushal Niroula, as a result of the forgery dispute shall be released to Kaushal Niroula, upon signing this agreement.

I, _Megumi Hisamatsu_, agree to indemnify and hold harmless the Bank of Hawaii, and its officers, directors, employees, parent companies, affiliates, successors, assigns, and agents from and against any and all losses, damages, costs and reasonable attorney fees resulting from or related to claims, liabilities, suits, actions, or proceedings arising out of the Bank of Hawaii having paid the funds to Kaushal Niroula at Megumi Hisamatsu's request.

Date: 10/25/06

_Megumi Hisamatsu_ Signature

MEGUMI HISAMATSU Please print Name

State of California County of _SAN FRANCISCO_
Subscribed and sworn to (or affirmed)
Before me on this _25_ day of _OCT_, 20_06_, by _MEGUMI HISAMATSU_ personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature

(Seal)

KEVIN A. MENDEZ
COMM. # 1436517
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
COMM. EXP. SEPT. 8, 2007

TOTAL P.02