STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>            Plaintiff,<br>vs.<br><br>KAUSHAL NIROULA;<br>BANK OF HAWAII,<br>A Corporation; DOES 1-60;<br><br>            Defendants. | CASE NO: 3:07-cv-04371-JSW<br><br>STIPULATED REQUEST FOR ORDER CHANGING TIME; ORDER<br><br>(Civil L.R. 6.2; 7-12)<br><br>Hearing: 11/30/07<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

## STIPULATED REQUEST FOR ORDER CHANGING TIME

IT IS HEREBY STIPULATED by and between Plaintiff Megumi Hisamatsu and Defendant Bank of Hawaii ("BOH"), though their respective

1 counsel, that the time to hear Plaintiff's motion extending the time to serve
2 Defendant Kaushal Niroula, be shortened to permit hearing on 11/30/07 with
3 other motions. The purpose of this extension is to accommodate Plaintiff's
4 request for additional time to serve Kaushal Niroula as well as to coordinate
5 motion practice in advance of the status conference.

6 Facsimile signatures on this stipulation may be considered as originals,
7 and this stipulation may be signed in counterpart.

8 Dated: November 20, 2007.

By /s/ Mia S. Blackler
Mia S. Blackler
James B. Wright
BUCHALTER NEMER
Attorneys for Defendant
Bank of Hawaii

Dated:   Honolulu, Hawaii, November 19, 2007.

/c/ Stephen M. Shaw
By _____
Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU

PURSUANT TO STIPULATION
IT IS SO ORDERED

Dated: _____, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR ORDER CHANGING TIME; ORDER
-CASE NO. 3:07-cv-04371-JSW

2