STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, | CASE NO: 3:07-cv-04371-JSW |
| Plaintiff, | DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME |
| vs. | |
| KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60; | Hearing: 11/30/07 |
| | Time: 9:00 a.m. |
| Defendants. | Judge: Hon. Jeffrey S. White |
| _____ | Courtroom: 2, 17th floor |

## DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF
## STIPULATED REQUEST FOR ORDER CHANGING TIME

I, STEPHEN M. SHAW, counsel for Plaintiff have personal knowledge

of the following, except those matters stated on information or belief.

___

DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF STIPULATED REQUEST
FOR ORDER CHANGING TIME - CASE NO. 3:07-cv-04371-JSW

1

1       1.      The reason for the requested shortening of time include the
2   following.
3       A.      The complaint in this case was filed in the state court on August
4               13, 2007.
5       B.      Defendant Bank of Hawaii ("BOH") acknowledged service and
6               removed the case to this Court from the San Francisco County
7               Superior Court.
8       C.      Plaintiff has requested leave to further amend the pleading <u>after</u>
9               argument on 11/30/07, on BOH's motions to dismiss and for more
10              definite statement, filed on or about 9/19/07. Some of the proposed
11              amendments affect allegations made against the unserved co-
12              defendant, Kaushal Niroula.
13      D.      On 9/12/07, this Court set a Case Management Conference for
14              12/14/07 at 1:30 p.m.
15      2.      Previous time modifications occurred (A) by a stipulation dated
16  9/12/07, to extend the response date to Plaintiff's First Amended Complaint
17  (FAC), (B) extension, on 10/12/07, by the Court, of Plaintiff's deadline to
18  10/26/07, to file an opposition to Defendant BOH's motions.
19      3.      This stipulation and related time change will have no known effect
20  on the existing schedule for the case.

2

DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF STIPULATED REQUEST
FOR ORDER CHANGING TIME - CASE NO. 3:07-cv-04371-JSW

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Dated:    Honolulu, Hawaii, November 20, 2007.

/c/ Stephen M. Shaw

Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU

DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF STIPULATED REQUEST
FOR ORDER CHANGING TIME  - CASE NO. 3:07-cv-04371-JSW