STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii  96804
Telephone:  (808) 521-0800
Facsimile:  (808) 531-2129
Email: shawy001@gmail.com


Attorney for Plaintiff
MEGUMI HISAMATSU



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# -SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEGUMI HISAMATSU, | ) | CASE NO:   3:07-cv-04371-JSW |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| KAUSHAL NIROULA; | ) | CERTIFICATE OF SERVICE |
| BANK OF HAWAII, | ) | |
| A Corporation; DOES 1-60; | ) | |
| | ) | Hearing:      11/30/07 |
| Defendants. | ) | Time:         9:00 a.m. |
| | ) | Judge: Hon. Jeffrey S. White |
| | ) | Courtroom: 2, 17th floor |

# CERTIFICATE OF SERVICE

I reside in the County of Honolulu, State of Hawaii. I am over the age of 18 and not a party to the within action. My business address is P O Box 2353, Honolulu, Hawaii 96804.

1    I hereby certify that on the dates and by method of service noted below, a

2    true and correct copy of the foregoing:

3    **STIPULATED REQUEST FOR ORDER CHANGING TIME**

4    **DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF**
5    **STIPULATED REQUEST FOR ORDER CHANGING TIME**
6
7    **CERTIFICATE OF SERVICE**

8    The following are those who have appeared and who are currently on the

9    ECF list to receive e-mail notices for this case.

10    jwright@buchalter.com
11    mblackler@buchalter.com
12
13    Buchalter  Nemer
14    A Professional Corporation
15    James B. Wright, Esq.
16    Mia Blackler, Esq.
17    333 Market Street, 25th Floor
18    San Francisco, CA 94105-2126
19
20    Attorneys for Defendant BANK OF HAWAII
21
22    I declare under penalty of perjury under the laws of the State of

23    California that the foregoing is true and correct to the best of my knowledge.

24    Executed on November 20, 2007, at Honolulu, Hawaii.

25    /c/ Stephen M. Shaw
26    _____
27    Stephen M. Shaw
28    Attorney For Plaintiff
29    MEGUMI HISAMATSU
30

CERTIFICATE OF SERVICE  - CASE NO. 3:07-cv-04371-JSW