STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## -SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEGUMI HISAMATSU, | ) | CASE NO: 3:07-cv-04371-JSW |
| | ) | |
| Plaintiff, | ) | PLAINTIFF MEGUMI HISAMATSU'S |
| vs. | ) | NOTICE OF MOTION AND |
| | ) | MOTION TO EXTEND |
| KAUSHAL NIROULA; | ) | TIME TO SERVE DEFENDANT |
| BANK OF HAWAII, | ) | KAUSHAL NIROULA |
| A Corporation; DOES 1-60; | ) | |
| | ) | (FRCP 7(b); Civil L.R. 6.3 and 7-11) |
| Defendants. | ) | |
| | ) | Hearing: 11/30/07 |
| | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Jeffrey S. White |
| _____ | ) | Courtroom: 2, 17th floor |

## PLAINTIFF MEGUMI HISAMATSU'S NOTICE OF MOTION AND MOTION TO EXTEND TIME TO SERVE DEFENDANT KAUSHAL NIROULA

### TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

1

PLAINTIFF MEGUMI HISAMATSU'S NOTICE OF MOTION AND MOTION TO EXTEND
TIME TO SERVE DEFENDANT KAUSHAL NIROULA - CASE NO. 3:07-cv-04371-JSW

1    NOTICE is hereby given that on 11/30/07 at 9:00 a.m., before the

2    Honorable Jeffrey S. White, Courtroom 2, 17th Floor of the above-entitled Court

3    located at 450 Golden Gate Avenue, San Francisco, CA 94102, the following

4    motion filed by Plaintiff Megumi Hisamatsu, will be heard:

5
6    **PLAINTIFF MEGUMI HISAMATSU'S MOTION TO**
     **EXTEND TIME TO SERVE DEFENDANT KAUSHAL NIROULA**
7

8    The relief the movant seeks is to extend the time to serve Co-defendant

9    KAUSHAL NIROULA with summons and an amended compliant.

10
11    **POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION**

12    Plaintiff is currently prosecuting her case with reasonable diligence. Her

13    first pleading was filed in state court on August 13, 2007. Defendant Bank of

14    Hawaii ("BOH") accepted service there, and removed the case to this Court.

15    After removal, BOH filed motions to dismiss or for more definite statement on

16    9/19/07, for hearing on 11/30/07. Plaintiff has opposed the motions and has

17    requested leave to further amend.

18    FRCP 4(m) sets a procedural maximum for serving a complaint. Torre v.

19    Brickley, 278 F.3d 917, 919 (9th Cir. 2002). If FRCP 4(m) were in conflict with

20    the California deadline for service, there would only be 120 days to serve co-

21    defendant Niroula; or, a deadline expiring on December 11, 2007, three days

22    before the Case Management Conference.

PLAINTIFF MEGUMI HISAMATSU'S NOTICE OF MOTION AND MOTION TO EXTEND
TIME TO SERVE DEFENDANT KAUSHAL NIROULA - CASE NO. 3:07-cv-04371-JSW

1    "Absent a direct conflict between a federal rule and state law, state law

2    applies in diversity actions". Torre, 278 F.3d at 919. In California, Plaintiff

3    would have two years after the action was commenced to serve Mr. Niroula.

4    Cal.Civ.Proc §583.420(a)(1).

5    Standing alone, §583.420(a)(1) appears to directly conflict with FRCP

6    4(m). But read with Cal.Civ.Proc §583.250, there is no conflict, because there is

7    a cap on any tolling afforded by merely filing. The latter statute mandates

8    dismissal if service is not made within the time prescribed. The California

9    service deadline is thus integral to other polices relating to periods of

10    limitations. Torre, 278 F.3d at 919 (citing Habemehl v. Potter, 153 F.3d 1137,

11    1139 (10th Cir. 1998)).

12    Even if FRCP 4(m) applied, the time to serve Mr. Niroula should be

13    extended. This case is less than 120 days old. The delay is not unreasonable nor

14    has BOH suffered any prejudice. Weighing these factors with the strong policy

15    of deciding cases on their merits, the case could not be dismissed with prejudice

16    under FRCP 41(b). Nealy v. Transportation etc, 662 F.2d 1275, 1278 (9th Cir.

17    1980).

18    As for a dismissal without prejudice, FRCP 4(m) authorizes a Court to

19    relieve a plaintiff even if there is no good cause shown. Henderson v. United

20    States, 517 U.S. 654, 662, 116 S.Ct. 1638 (1996): "Most recently, in 1993

3

1    amendments to the Rules, courts have been accorded discretion to enlarge the

2    120-day period 'even if there is no good cause shown'. See Advisory

3    Committee's Notes on Fed.Rule Civ.Proc. 4, 28 U.S.C. App p654 n10." <u>See</u>

4    <u>also</u> <u>United States v. 2,164 Watches</u>, 366 F.3d 767, 772 (9th Cir. 2004) (citing <u>In</u>

5    <u>re Sheehan</u>, 253 F.3d 507, 513 [9th Cir 2001]). <u>Sheehan</u> at 514, states:

6

7            "Accordingly if good cause is shown, a court <u>shall</u> extend the

8        service period under rule 4. If good cause is not shown the court has

9        discretion to extend the time period."

10

11        In <u>Efaw v. Williams</u>, 473 F.3d 1038, 1041 n.7 (9th Cir. 2007) the panel's

12    research is helpful: "The dissent correctly points out that 'Williams has been

13    unable to point as to a single case in which a court has held that a district court

14    abused its discretion in granting an extension under Rule 4(m)'. Dissent at 625.

15    On the other hand, we have found no case upholding a delay of anywhere near

16    this magnitude." The delay in <u>Efaw</u> was seven years. 473 F.3d at 1041.

17        Plaintiff respectfully requests that this Court allow up to two years from

18    8-13-07 to serve Co-defendant Kaushal Niroula and find no conflict between

19    FRCP 4(m) and Cal.Civ.Proc. §§583.250 and 583.420(a)(1).

20

21

PLAINTIFF MEGUMI HISAMATSU'S NOTICE OF MOTION AND MOTION TO EXTEND
TIME TO SERVE DEFENDANT KAUSHAL NIROULA - CASE NO. 3:07-cv-04371-JSW

1         Dated:      Honolulu, Hawaii, November 20, 2007.

2                           Respectfully Submitted,

3                           /c/ Stephen M. Shaw

4
5                           Stephen M. Shaw
6                           Attorney For Plaintiff
7                           MEGUMI HISAMATSU

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

PLAINTIFF MEGUMI HISAMATSU'S NOTICE OF MOTION AND MOTION TO EXTEND
TIME TO SERVE DEFENDANT KAUSHAL NIROULA - CASE NO. 3:07-cv-04371-JSW