STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, | CASE NO: 3:07-cv-04371-JSW |
| Plaintiff, | DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF MEGUMI HISAMATSU'S MOTION TO EXTEND TIME TO SERVE DEFENDANT KAUSHAL NIROULA |
| vs. | |
| KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60; | Hearing: 11/30/07<br>Time: 9:00 a.m. |
| Defendants. | Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

**DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF MEGUMI HISAMATSU'S MOTION TO EXTEND TIME TO SERVE DEFENDANT KAUSHAL NIROULA**

I, STEPHEN M. SHAW, counsel for Plaintiff, have personal knowledge of the following, except those matters stated on information or belief.

---

DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF MEGUMI HISAMATSU'S MOTION TO EXTEND TIME TO SERVE DEFENDANT KAUSHAL NIROULA - CASE NO. 3:07-cv-04371-JSW

1

1.   The complaint in this case was filed in the state court on August 13, 2007.

2.   Defendant Bank of Hawaii ("BOH") acknowledged service and removed the case to this Court from the Superior Court, State of California (San Francisco).

3.   Plaintiff has requested leave to further amend the pleading <u>after argument</u> on 11/30/07, on BOH's motions to dismiss and for more definite statement, filed on or about 9/19/07. One amendment not contemplated by the opposition briefs, for example, will include further allegations regarding an individual BOH contends was Ms. Hisamatsu's attorney. Ms. Hisamatsu <u>and</u> this individual contend this assertion is false. Other proposed amendments affect allegations made against the unserved co-defendant, Kaushal Niroula; who continued to harass and threaten Ms. Hisamatsu after pleadings were filed in this case.

4.   On 9/12/07, this Court set a Case Management Conference for 12/14/07 at 1:30 p.m.

5.   Contacts with individuals in San Francisco, reveal that Mr. Niroula is no longer at his last known address, but that he has a deportation proceedings requiring his presence. Declarant is informed that the hearing was moved to March 2008.

2

DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF MEGUMI HISAMATSU'S MOTION TO EXTEND TIME TO SERVE DEFENDANT KAUSHAL NIROULA - CASE NO. 3:07-cv-04371-JSW

6. The pleadings have not been amended after Defendant BOH removed this case.

7. Defendant BOH was willing to stipulate to shortening the time to hear this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     Honolulu, Hawaii, November 20, 2007.

/c/ Stephen M. Shaw

_____
Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU

3

DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF MEGUMI HISAMATSU'S MOTION TO EXTEND TIME TO SERVE DEFENDANT KAUSHAL NIROULA - CASE NO. 3:07-cv-04371-JSW