STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, ) | CASE NO: 3:07-cv-04371-JSW |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| vs. ) | PLAINTIFF MEGUMI HISAMATSU'S |
| ) | MOTION TO EXTEND TIME TO |
| KAUSHAL NIROULA; ) | SERVE DEFENDANT |
| BANK OF HAWAII, ) | KAUSHAL NIROULA |
| A Corporation; DOES 1-60; ) | |
| ) | Hearing: 11/30/07 |
| Defendants. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Jeffrey S. White |
| ) | Courtroom: 2, 17th floor |

**ORDER GRANTING PLAINTIFF MEGUMI HISAMATSU'S
MOTION TO EXTEND TIME TO SERVE DEFENDANT
<u>KAUSHAL NIROULA</u>**

The Court has considered Plaintiff Megumi Hisamatsu's Motion To Extend Time To Serve Defendant Kaushal Niroula filed November 20, 2007, by

ORDER GRANTING PLAINTIFF MEGUMI HISAMATSU'S MOTION TO EXTEND
TIME TO SERVE DEFENDANT KAUSHAL NIROULA- CASE NO. 3:07-cv-04371-JSW

1

her attorney, Stephen M. Shaw, Esq., as well as the opposition filed by Mia S. Blackler, attorney for Defendant Bank of Hawaii ("BOH").

After reviewing Plaintiff's motion, the declarations and memoranda of the parties, the Court GRANTS Plaintiff's Motion To Extend Time To Serve Defendant Kaushal Niroula.

IT IS SO ORDERED.

**IT IS FURTHER ORDERED.**

Plaintiff shall serve Defendant Kaushal Niroula no later than two years from commencement of this action, or August 13, 2009, as provided by Cal.Civ. Proc. §583.420(a)(1). This Court finds no conflict between that statute and FRCP 4(m).

**IT IS SO ORDERED.**

DATED:   San Francisco, California, _____, 2007.


JEFFREY S. WHITE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

ORDER GRANTING PLAINTIFF MEGUMI HISAMATSU'S MOTION TO EXTEND
TIME TO SERVE DEFENDANT KAUSHAL NIROULA- CASE NO. 3:07-cv-04371-JSW