STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, | CASE NO: 3:07-cv-04371-JSW |
| Plaintiff, | |
| vs. | |
| KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60; | CERTIFICATE OF SERVICE |
| Defendants. | Hearing: 11/30/07 |
| | Time: 9:00 a.m. |
| | Judge: Hon. Jeffrey S. White |
| | Courtroom: 2, 17th floor |

### **CERTIFICATE OF SERVICE**

I reside in the County of Honolulu, State of Hawaii. I am over the age of 18 and not a party to the within action. My business address is P O Box 2353, Honolulu, Hawaii 96804.

---

CERTIFICATE OF SERVICE - CASE NO. 3:07-cv-04371-JSW

1

I hereby certify that on the dates and by method of service noted below, a true and correct copy of the foregoing:

**PLAINTIFF MEGUMI HISAMATSU'S NOTICE OF MOTION AND MOTION TO EXTEND TIME TO SERVE DEFENDANT KAUSHAL NIROULA**

**DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF PLAINTIFF MEGUMI HISAMATSU'S MOTION TO EXTEND TIME TO SERVE DEFENDANT KAUSHAL NIROULA**

**ORDER GRANTING PLAINTIFF MEGUMI HISAMATSU'S MOTION TO EXTEND TIME TO SERVE DEFENDANT KAUSHAL NIROULA**

**CERTIFICATE OF SERVICE**

The following are those who have appeared and who are currently on the ECF list to receive e-mail notices for this case.

jwright@buchalter.com
mblackler@buchalter.com

Buchalter Nemer
A Professional Corporation
James B. Wright, Esq.
Mia Blackler, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Attorneys for Defendant BANK OF HAWAII

1       I declare under penalty of perjury under the laws of the State of

2 California that the foregoing is true and correct to the best of my knowledge.

3 Executed on November 20, 2007, at Honolulu, Hawaii.

4                                                           /c/ Stephen M. Shaw

5

6                                                           Stephen M. Shaw

7                                                           Attorney For Plaintiff

8                                                           MEGUMI HISAMATSU

9

CERTIFICATE OF SERVICE  - CASE NO. 3:07-cv-04371-JSW