STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> KAUSHAL NIROULA; ) <br> BANK OF HAWAII, ) <br> A Corporation; DOES 1-60; ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | CASE NO: 3:07-cv-04371-JSW <br><br> STIPULATED REQUEST FOR ORDER CHANGING TIME; ORDER <br><br> (Civil L.R. 6.2; 7-12) <br><br> Hearing: 11/30/07 <br> Time: 9:00 a.m. <br> Judge: Hon. Jeffrey S. White <br> Courtroom: 2, 17th floor |

## STIPULATED REQUEST FOR ORDER CHANGING TIME

IT IS HEREBY STIPULATED by and between Plaintiff Megumi Hisamatsu and Defendant Bank of Hawaii ("BOH"), though their respective

1  counsel, that the time to hear Plaintiff's motion extending the time to serve
2  Defendant Kaushal Niroula, be shortened to permit hearing on 11/30/07 with
3  other motions. The purpose of this extension is to accommodate Plaintiff's
4  request for additional time to serve Kaushal Niroula as well as to coordinate
5  motion practice in advance of the status conference.
6      Facsimile signatures on this stipulation may be considered as originals,
7  and this stipulation may be signed in counterpart.
8  Dated: November 20, 2007.

By /s/ Mia S. Blackler
Mia S. Blackler
James B. Wright
BUCHALTER NEMER
Attorneys for Defendant
Bank of Hawaii

Dated:   Honolulu, Hawaii, November 19, 2007.

                /c/ Stephen M. Shaw
By _____
Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU

PURSUANT TO STIPULATION
IT IS SO ORDERED

Dated: November 21, 2007

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Any response to the motion shall be due on November 27, 2007.

---

STIPULATED REQUEST FOR ORDER CHANGING TIME; ORDER
-CASE NO. 3:07-cv-04371-JSW

2