BUCHALTER NEMER
A Professional Corporation
    JAMES B WRIGHT (#63241)
    MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com
mblackler@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; and DOES 1 to 60, inclusive,<br><br>    Defendants. | CASE NO. 3:07-cv-04371-EDL<br><br>**DEFENDANT BANK OF HAWAII'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANT KAUSHAL NIROULA**<br><br>Hearing: November 30, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

    Defendant Bank of Hawaii ("BofH"), does not object to this Court allowing Plaintiff Megumi Hisamatsu ("Plaintiff") more time to serve Defendant Kaushal Niroula ("Niroula"), but it does object to the amount of time Plaintiff has requested in which to serve him.

    Plaintiff has asked to have until August <u>2009</u> to serve Niroula, but Plaintiff has failed to demonstrate good cause to warrant a two year extension, and none exists. To allow service on Niroula over the next two years could result in the pleadings remaining unsettled for years. In addition, if discovery and trial

deadlines are set before Niroula is served, there is a good chance that Niroula would seek to reopen discovery and/or continue any trial date that is set in his absence, causing BofH to incur further and unnecessary legal expenses. As such, BofH would needlessly suffer undue prejudice should Plaintiff be permitted such an open-ended extension of time to serve Niroula.

Moreover, Plaintiff admits through her moving papers[1] that she is aware of a deportation hearing at which Mr. Niroula's presence is required in March 2008. To that end, Plaintiff can have someone serve Mr. Niroula at this deportation hearing.

Accordingly, BofH respectfully requests that this Court allow Plaintiff no more than 120 additional days to serve Mr. Niroula, which would provide Plaintiff with twice the statutory time to serve a defendant permitted by Rule 4(m) of the Federal Rules of Civil Procedure.

Respectfully submitted,

DATED: November 27, 2007

BUCHALTER NEMER
A Professional Corporation

By: _____
Mia S. Blackler
Attorneys for Defendant
BANK OF HAWAII

---

[1] See Declaration of Stephen Shaw filed in support of Plaintiff's Motion to Extend Time to Serve, at Para. 5.