BUCHALTER NEMER
A Professional Corporation
    JAMES B WRIGHT (#63241)
    MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com
mblackler@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; and DOES 1 to 60, inclusive,<br><br>    Defendants. | CASE NO. 3:07-cv-04371-EDL<br><br>**DEFENDANT BANK OF HAWAII'S ADDITIONAL AUTHORITIES FOR NOVEMBER 30, 2007 HEARING**<br><br>Hearing: November 30, 2007<br>Time:   9:00 a.m.<br>Judge:  Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

**TO THE HONORABLE JEFFREY S. WHITE AND TO STEVEN M. SHAW, COUNSEL FOR PLAINTIFF, MEGUMI HISAMATSU:**

    Pursuant to this Court's November 28, 2007 Notice of Tentative Ruling and Questions for Hearing, defendant and moving party, Bank of Hawaii, identifies the following additional authorities on which it will rely at the November 30, 2007, hearing on its Motion to Dismiss the First Amended Complaint:

    Restatement (Second) Torts, sections 551 and 525 and the Official Comments

///

1  and Illustrations attached thereto.

2      Respectfully submitted,

3

4  DATED: November 29, 2007    BUCHALTER NEMER
    A Professional Corporation

5

6      By: _____
7          James B. Wright
    Attorneys for Defendant
8      BANK OF HAWAII