STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, ) | CASE NO: 3:07-cv-04371-JSW |
| ) | |
| Plaintiff, ) | PLAINTIFF MEGUMI HISAMATSU'S |
| vs. ) | ADDITIONAL AUTHORITIES FOR |
| ) | NOVEMBER 30, 2007 HEARING |
| ) | |
| KAUSHAL NIROULA; ) | |
| BANK OF HAWAII, ) | |
| A Corporation; DOES 1-60; ) | Hearing: 11/30/07 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Judge: Hon. Jeffrey S. White |
| _____ ) | Courtroom: 2, 17th floor |

PLAINTIFF MEGUMI HISAMATSU'S ADDITIONAL
AUTHORITIES FOR NOVEMBER 30, 2007 HEARING

**TO THE HONORABLE JEFFREY S. WHITE AND TO JAMES B. WRIGHT, ESQ, and MIA S. BLACKLER, ESQ. COUNSELS FOR DEFENDANT, BANK OF HAWAII:**

---

1  Pursuant to this Court's November 28, 2007 Notice of Tentative Ruling
2  and Questions for Hearing, Plaintiff, identifies the following additional
3  authorities on which it will rely at the November 30, 2007 hearing on the
4  Motion to Dismiss the First Amended Complaint:
5      Bobak v. Mackey, (1951) 107 Cal.App.2d 55 236 P.2d 626.
6      Dated:   Honolulu, Hawaii, November 29, 2007.
7      Respectfully Submitted,

    /c/ Stephen M. Shaw

    Stephen M. Shaw
    Attorney For Plaintiff
    MEGUMI HISAMATSU