IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**               **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: November 30, 2007               **Court Reporter:**  Kathy Wyatt


**CASE NO.: C-07-4371    JSW**

**TITLE:**  Megumi Hisamatsu  v.  Kaushal Niroula, et al.,


**COUNSEL FOR PLAINTIFF:**               **COUNSEL FOR DEFENDANT:**

Stephen Shaw                              James Wright - Bank of Hawaii

**PROCEEDINGS:**    1) Defendant Bank of Hawaii's Motion to Dismiss

                          2) Plaintiff's Motion to Extend to serve dft Niroula


**RESULTS:**    *The Court **tentatively grants, in part,** the motion to extend time for service on Defendant Niroula.  The Court reserves issuing a tentative ruling on Defendant Bank of Hawaii's motion to dismiss and for a more definite statement.*

The Court imposed sanctions in the amount of $250.00 on James Wright, counsel for Bank of Hawaii, for being 20 minutes late to court.

The Court GRANTED the motion to extend time for service on Defendant Niroula. Service shall be effectuated by no later than 4-30-08.

The Plaintiff voluntarily moved to dismiss counts 10, 14, and 19: GRANTED

The Court vacated the Case Management Conference scheduled for 12-14-07.
The Court will reschedule the CMC in the order on this motion.

The Court heard argument from counsel.
The Motion to Dismiss is taken under submission.
A written ruling shall issue.