1  BUCHALTER NEMER
   A Professional Corporation
2       JAMES B. WRIGHT (SBN: 63241)
        MIA S. BLACKLER (SBN: 188112)
3  333 Market Street, 25th Floor
   San Francisco, CA 94105-2126
4  Telephone: (415) 227-0900
   Facsimile: (415) 227-0770
5  jwrigth@buchalter.com
   mblackler@buchalter.com
6
   Attorneys for Defendant
7  BANK OF HAWAII

8                  UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11
    MEGUMI HISAMATSU,                       CASE NO. C 07-04371-JSW
12
              Plaintiff,
13                                          BANK OF HAWAII'S APPLICATION
       vs.                                  PURSUANT TO LOCAL RULE 7-3(d) FOR
14                                          COURT APPROVAL TO FILE A POST-
    KAUSHAL NIROULA; BANK OF                HEARING BRIEF NOT TO EXCEED 100
15  HAWAII, A Corporation; DOES 1-60,       WORDS
    inclusive,
16
              Defendants.                   Hearing: November 30, 2007
17                                          Time: 9:00 a.m.
                                            Judge: Hon. Jeffrey S. White
18                                          Courtroom: 2, 17th floor

19

20       TO THE COURT AND COUNSEL FOR PLAINTIFF:

21       Please take notice that Bank of Hawaii hereby applies pursuant to Local Rule 7-3(d) for

22  Court approval to file a post-hearing brief not to exceed 100 words addressing two cases that

23  were discussed during the November 30, 2007 hearing on Bank of Hawaii's motion to dismiss,

24  / / /

25  / / /

26

27

28
                                              1
BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO       APPLICATION FOR APPROVAL TO FILE POST-HEARING BRIEF NOT TO EXCEED 100 WORDS

1  namely *Story Road Flea Market Inc. v. Wells Fargo Bank*, 42 Cal.App.4th, 1733, 1739 (1996),
2  which was raised by the Court, and *Rosales v. Citibank, FSB*, 133 F. Supp.2d 1177, which was
3  raised by Plaintiff. Bank of Hawaii has no objection to the Court granting Plaintiff authority to
4  file a similar responsive brief, as to which Bank of Hawaii will not seek leave to reply.

DATED: December 3, 2007

BUCHALTER NEMER
A Professional Corporation

By: _____
JAMES B. WRIGHT
Attorneys for Defendant
BANK OF HAWAII

BN 1582655v1

**APPLICATION FOR APPROVAL TO FILE POST-HEARING BRIEF NOT TO EXCEED 100 WORDS**