BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (SBN: 63241)
    MIA S. BLACKLER (SBN: 188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com
mblackler@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,<br><br>    Defendants. | CASE NO. C 07-04371-JSW<br><br>DENYING<br>[PROPOSED] ORDER ~~GRANTING~~ BANK OF HAWAII'S APPLICATION PURSUANT TO LOCAL RULE 7-3(d) TO FILE POST-HEARING BRIEF NOT TO EXCEED 100 WORDS<br><br>Hearing: November 30, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

1

1  The Court having considered Bank of Hawaii's Application for Approval to File Post-
2  Hearing Brief Not to Exceed 100 Words, said Application is ~~granted. Bank of Hawaii shall file~~
3  ~~and serve said brief not later than December ____, 2007. Plaintiff may file a reply brief not to~~
4  ~~exceed 100 words by December ____, 2007.~~ DENIED. The Court does not require further briefing.
5  **IT IS SO ORDERED.**

DATED: December __7__, 2007

_____
THE HONORABLE JEFFREY S. WHITE
JUDGE OF THE NORTHERN DISTRICT COURT

BN 1582779v1