RECEIVED
DEC 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**Buchalter**
A Professional Law Corporation

333 MARKET STREET, 25TH FLOOR, SAN FRANCISCO, CALIFORNIA 94105-2126
TELEPHONE (415) 227-0900 / FAX (415) 227-0770

File Number: B0993.0021
Direct Dial Number: (415) 227-0900
E-Mail Address: *jwright@buchalter.com*

November 30, 2007

**VIA OVERNIGHT EXPRESS**

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Ave.
16th Floor, #1111
San Francisco, CA 94102

    Re:    ***Hisamatsu v. Bank of Hawaii, et al.***
            **United States District Court Case No. C-07-04371-JSW**

Dear Clerk:

Per the Court's Minute Order issued today in regard to the above-referenced case, a copy of which is attached, please find enclosed a check in the amount of $250.00 made payable to the Court.

Should you have any questions, please do not hesitate to contact me at (415) 227-3505. Thank you for your attention to this matter.

                      Very truly yours,

                      BUCHALTER NEMER
                      A Professional Corporation

            By
                      James B. Wright

JBW:fls

Enclosure

BN 1574076v1

Los Angeles • Irvine • Phoenix* • San Francisco
*Anderson Brody Buchalter Nemer