IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEGUMI HISAMATSU,

    Plaintiff,

v.

KAUSHAL NIROULA, et al.

    Defendants.

No. C 07-04371 JSW

**ORDER DENYING REQUEST TO FILE POST-HEARING BRIEF**

This matter comes before the Court upon consideration of Defendant Bank of Hawaii's motion for leave to file a post-hearing brief. The motion is DENIED. The Court requires no further briefing on the cases cited.

**IT IS SO ORDERED.**

Dated: December 11, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE