STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, ) | CASE NO: 3:07-cv-04371-JSW |
| ) | |
| Plaintiff, ) | STIPULATION FOR ORDERS |
| vs. ) | CHANGING DEADLINES; |
| ) | [PROPOSED] ORDER |
| KAUSHAL NIROULA; ) | |
| BANK OF HAWAII, ) | (Civil L.R. 6.2; 7-12; |
| A Corporation; DOES 1-60; ) | Civil Standing Order 3 [JSW]) |
| ) | |
| Defendants. ) | |
| ) | Judge: Hon. Jeffrey S. White |
| ) | Courtroom: 2, 17th floor |

**STIPULATION FOR ORDERS CHANGING DEADLINES**

IT IS HEREBY STIPULATED by and between Plaintiff Megumi Hisamatsu and Defendant Bank of Hawaii ("BOH"), though their respective counsel, (1) that Plaintiff may have up to and through **April 9, 2008** to file her Second Amended Complaint (SAC); (2) that BOH may have up to and through **April 29, 2008**, to file a responsive pleading to the SAC; and (3) that Plaintiff

---
STIPULATION FOR ORDERS CHANGING DEADLINES; ORDER
-CASE NO. 3:07-cv-04371-JSW

1

may have up to and through **June 20, 2008** to serve Defendant Kaushal Niroula with the SAC.

Facsimile signatures on this stipulation may be considered as originals, and this stipulation may be signed in counterpart.

Dated: January 14, 2008.

By _____
Mia S. Blackler
James B. Wright
BUCHALTER NEMER
Attorneys for Defendant
Bank of Hawaii

Dated:   Honolulu, Hawaii, January 14, 2008

/c/ Stephen M. Shaw
By _____
Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU

## ORDER

PURSUANT TO STIPULATION
IT IS SO ORDERED

Dated: _____, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION FOR ORDERS CHANGING DEADLINES; ORDER
-CASE NO. 3:07-cv-04371-JSW

2