STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii  96804
Telephone:  (808) 521-0800
Facsimile:   (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, | CASE NO:   3:07-cv-04371-JSW |
| Plaintiff, | DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF STIPULATION FOR ORDERS CHANGING DEADLINES |
| vs. | |
| KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60; | |
| Defendants. | Judge: Hon. Jeffrey S. White |
| | Courtroom: 2, 17th floor |

**DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF**
**STIPULATION FOR ORDERS CHANGING DEADLINES**

I, STEPHEN M. SHAW, counsel for Plaintiff have personal knowledge of the following, except those matters stated on information or belief.

___

1. After the 11-30-07 oral argument on Defendant Bank of Hawaii's (BOH) motions to dismiss, Declarant underwent thyroid surgery at UCSD Thornton Hospital on 12/5/07. Unfortunately, subsequent analysis showed two thyroid nodules were cancerous, requiring a second surgery on 1/16/08 to remove the rest of Declarant's thyroid, with follow-up radioactive therapy and medication to replace thyroid functions. Declarant will be away from Hawaii, in San Diego, between 1/15/08 and 1/22/08.

2. These unexpected medical events, the travel involved, recuperation and other adjustments, have severely disrupted Declarant's research and briefing schedules. Additionally, Declarant is scheduled to be in China from 1/29/08 to 2/26/08.

3. Counsel for Defendant BOH have no objection to the extension requested, and have indicated some further adjustment to the extensions originally proposed.

4. Co-Defendant Kaushal Niroula has not been served with the first amended complaint, which was removed to this Court on or about August 23, 2007. Declarant has encountered some difficulty locating Mr. Niroula's whereabouts in San Francisco, and service by publication is a strong likelihood. Since many causes of action affecting BOH were dismissed on January 10,

1    2008, with leave to amend, sufficient notice would best he given to Mr. Niroula

2    by the planned Second Amended Complaint.

3         5.    There have been previous time modifications in this case, which

4    was originally filed in the Superior Court (San Francisco) on August 13, 2007.

5    These are, based on Declarant's files and information and belief, as follows: On

6    9/12/07 the parties stipulated to extend BOH's time to respond to the removed

7    FAC, to 9-19-07.

8         6.    On 9/12/07, this Court filed its Order Setting Case Management

9    etc., which was withdrawn on 11/30/07, during oral argument.

10        7.    On October 12, 2007 the Court filed an Order granting in part

11   Plaintiff's request for additional time to respond to BOH's motions.

12        8.    On November 30, 2007 the Court partially granted Plaintiff's

13   motion to extend the time to serve Co-Defendant Kaushal Niroula, to April 30,

14   2008.

15        9.    The record shows that the parties have been diligently litigating

16   issues raised by this case, and would not be prejudiced by the requested orders

17   changing time.

18        10.   Extending the deadline to file Plaintiff's SAC from February 1,

19   2008 to April 9, 2008, and the deadline to serve Co-Defendant Kaushal Niroula

20   from April 30, 2008 to June 20, 2008 would have no effect on any schedule in

3

DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF STIPULATION
FOR ORDERS CHANGING DEADLINES - CASE NO. 3:07-cv-04371-JSW

1  this case other than the existing deadlines to file the amended complaint, and
2  the response thereto.
3      I declare under penalty of perjury that the foregoing is true and correct.
4      Dated:   Honolulu, Hawaii, January 14, 2008.

/c/ Stephen M. Shaw
_____
Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU

DECLARATION OF STEPHEN M. SHAW IN SUPPORT OF STIPULATION
FOR ORDERS CHANGING DEADLINES - CASE NO. 3:07-cv-04371-JSW