STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,   )<br>                                       )<br>          Plaintiff,         )<br>     vs.                            )<br>                                       )<br>KAUSHAL NIROULA;     )<br>BANK OF HAWAII,         )<br>A Corporation; DOES 1-60;  )<br>                                       )<br>          Defendants.    )<br>                                       )<br>_____) | CASE NO:  3:07-cv-04371-JSW<br><br>STIPULATION FOR ORDERS<br>CHANGING DEADLINES;<br>[PROPOSED] ORDER<br><br>(Civil L.R. 6.2; 7-12;<br>Civil Standing Order 3 [JSW])<br><br><br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

**STIPULATION FOR ORDERS CHANGING DEADLINES**

IT IS HEREBY STIPULATED by and between Plaintiff Megumi Hisamatsu and Defendant Bank of Hawaii ("BOH"), though their respective counsel, (1) that Plaintiff may have up to and through **April 9, 2008** to file her Second Amended Complaint (SAC); (2) that BOH may have up to and through **April 29, 2008**, to file a responsive pleading to the SAC; and (3) that Plaintiff

---
STIPULATION FOR ORDERS CHANGING DEADLINES; ORDER
-CASE NO. 3:07-cv-04371-JSW

1

may have up to and through **June 20, 2008** to serve Defendant Kaushal Niroula with the SAC.

Facsimile signatures on this stipulation may be considered as originals, and this stipulation may be signed in counterpart.

Dated: January 14, 2008.

By /s/ Mia S. Blackler
Mia S. Blackler
James B. Wright
BUCHALTER NEMER
Attorneys for Defendant
Bank of Hawaii

Dated:   Honolulu, Hawaii, January 14, 2008

By /c/ Stephen M. Shaw
Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU

## ORDER

PURSUANT TO STIPULATION
IT IS SO ORDERED

Dated: Janaury 15, 2008

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION FOR ORDERS CHANGING DEADLINES; ORDER
-CASE NO. 3:07-cv-04371-JSW

2