STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, ) | CASE NO: 3:07-cv-04371-JSW |
| ) | |
| Plaintiff, ) | STIPULATION FOR ORDERS |
| vs. ) | CHANGING DEADLINES; |
| ) | [PROPOSED] ORDER |
| KAUSHAL NIROULA; ) | |
| BANK OF HAWAII, ) | (Civil L.R. 6.2; 7-12; |
| A Corporation; DOES 1-60; ) | Civil Standing Order 3 [JSW]) |
| ) | |
| Defendants. ) | |
| ) | Judge: Hon. Jeffrey S. White |
| _____ ) | Courtroom: 2, 17th floor |

## STIPULATION FOR ORDERS CHANGING DEADLINES

IT IS HEREBY STIPULATED by and between Plaintiff Megumi Hisamatsu and Defendant Bank of Hawaii ("BOH"), though their respective counsel, (1) that Plaintiff may have up to and through **April 9, 2008** to file her Second Amended Complaint (SAC); (2) that BOH may have up to and through **April 29, 2008**, to file a responsive pleading to the SAC; and (3) that Plaintiff

---
STIPULATION FOR ORDERS CHANGING DEADLINES; ORDER
-CASE NO. 3:07-cv-04371-JSW

1

may have up to and through **June 20, 2008** to serve Defendant Kaushal Niroula with the SAC.

Facsimile signatures on this stipulation may be considered as originals, and this stipulation may be signed in counterpart.

Dated: January 14, 2008.

By /s/ Mia S. Blackler
Mia S. Blackler
James B. Wright
BUCHALTER NEMER
Attorneys for Defendant
Bank of Hawaii

Dated:   Honolulu, Hawaii, January 14, 2008

By /c/ Stephen M. Shaw
Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU

## ORDER

PURSUANT TO STIPULATION
IT IS SO ORDERED

Dated: Janaury 15, 2008

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION FOR ORDERS CHANGING DEADLINES; ORDER
-CASE NO. 3:07-cv-04371-JSW

2