# INDEMNIFICATION OF LIABILITY

I, __Megumi Hisamatsu__, for reasons best known to myself, wish to withdraw my forgery dispute regarding the following checks drawn on Bank of Hawaii account #0002-937182.

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 101 | 08/24/2006 | Kaushal Niroula | $8,000 |
| 102 | 08/29/2006 | Kaushal Niroula | $95,000 |
| 105 | 09/18/2006 | Kaushal Niroula | $405,000 |

I, __Megumi Hisamatsu__, also agree that funds ( $257,546.25 ) held in suspense from Bank of Hawaii account #0002-933063, belonging to Kaushal Niroula, as a result of the forgery dispute shall be released to Kaushal Niroula, upon signing this agreement.

I, __Megumi Hisamatsu__, agree to indemnify and hold harmless the Bank of Hawaii, and its officers, directors, employees, parent companies, affiliates, successors, assigns, and agents from and against any and all losses, damages, costs and reasonable attorney fees resulting from or related to claims, liabilities, suits, actions, or proceedings arising out of the Bank of Hawaii having paid the funds to Kaushal Niroula at Megumi Hisamatsu's request.

Date: 10/25/06

___Megumi Hisamatsu___ Signature

MEGUMI HISAMATSU Please print Name

State of California County of __SAN FRANCISCO__

Subscribed and sworn to (or affirmed) Before me on this __25__ day of __OCT__ 20__06__ by __MEGUMI HISAMATSU__ personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

(Seal)



KEVIN A. MENDEZ
COMM. # 1436517
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
COMM. EXP. SEPT. 8, 2007

EXHIBIT __B__

TOTAL P.02