STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii  96804
Telephone:   (808) 521-0800
Facsimile:    (808) 531-2129
Email: shawy001@gmail.com


Attorney for Plaintiff
MEGUMI HISAMATSU


# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# -SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEGUMI HISAMATSU, | ) | CASE NO:   3:07-cv-04371-JSW |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| KAUSHAL NIROULA; | ) | CERTIFICATE OF SERVICE |
| BANK OF HAWAII, | ) | |
| A Corporation; DOES 1-60; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | Judge: Hon. Jeffrey S. White |
| | ) | Courtroom:  2, 17th floor |

## CERTIFICATE OF SERVICE

I reside in the County of Honolulu, State of Hawaii. I am over the age of 18 and not a party to the within action. My business address is P O Box 2353, Honolulu, Hawaii 96804.

1    I hereby certify that on the dates and by method of service noted below, a

2    true and correct copy of the foregoing:

3    **SECOND AMENDED COMPLAINT;**

4    **EXHIBITS "A"-"B";**

5    **CERTIFICATE OF SERVICE**

6    The following are those who have appeared and who are currently on the

7    ECF list to receive e-mail notices for this case.


8    jwright@buchalter.com
9    mblackler@buchalter.com
10
11   Buchalter  Nemer
12   A Professional Corporation
13   James B. Wright, Esq.
14   Mia Blackler, Esq.
15   333 Market Street, 25th Floor
16   San Francisco, CA 94105-2126
17
18   Attorneys for Defendant BANK OF HAWAII
19
20   I declare under penalty of perjury under the laws of the State of

21   California that the foregoing is true and correct to the best of my knowledge.

22   Executed on April 9, 2008, at Honolulu, Hawaii.

23   /s/ Stephen M. Shaw
24   _____
25   Stephen M. Shaw
26   Attorney For Plaintiff
27   MEGUMI HISAMATSU
28

CERTIFICATE OF SERVICE  - CASE NO. 3:07-cv-04371-JSW