AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| MEGUMI HISAMATSU, <br> Plaintiff <br> v. <br> KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60 <br> Defendant | ) <br> ) <br> ) Civil Action No. 3:07-cv-04371-JSW <br> ) <br> ) <br> ) <br> ) <br> ) |

**Summons in a Civil Action**

To:   KAUSHAL NIROULA
*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached **Second Amended Complaint** or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

STEPHEN M. SHAW
Attorney At Law
P.O. Box 2353, Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Fax: (808) 531-2129
Email: shawy001@gmail.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the **Second Amended Complaint.** You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

Date: APR 1 5 2008

Name of clerk of court

HILARY JACKSON

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*