BUCHALTER NEMER
A Professional Corporation
   JAMES B. WRIGHT (SBN: 63241)
   MIA S. BLACKLER (SBN: 188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: jwright@buchalter.com
Email: mblackler@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,<br><br>　　　　Defendants. | CASE NO. C 07-04371-JSW<br><br>**STIPULATION FOR ORDER EXTENDING DEADLINE; AND [PROPOSED] ORDER**<br><br>Assigned to Honorable Judge Jeffrey S. White<br>Department: Courtroom 2, 17th Floor |

WHEREFORE, Defendant, Bank of Hawaii's response to Plaintiff's Second Amended Complaint is currently due on Tuesday, April 29, 2008;

WHEREFORE, Counsel for Bank of Hawaii is scheduled to start a trial that day and has requested that Plaintiff permit Bank of Hawaii to file and serve its response to the Second Amended Complaint on Tuesday, May 13, 2008, provided the Court agrees with the requested extension;

WHEREFORE, Plaintiff Megumi Hisamatsu is willing to extend the time pursuant to Bank of Hawaii's request.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1888178v1

1

STIPULATION FOR ORDER EXTENDING DEADLINE

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Megumi Hisamatsu and Defendant Bank of Hawaii, through their respective counsel, that Defendant may have until May 13, 2008 to file and serve a responsive pleading to the Second Amended Complaint.

Facsimile signatures on this stipulation may be considered as originals, and this stipulation may be signed in counterpart.

DATED: April 17, 2008

By: _____
JAMES B. WRIGHT
BUCHALTER NEMER
Attorneys for Defendant
BANK OF HAWAII

DATED: April 17, 2008

By: _____
STEPHEN M. SHAW
Attorneys for Plaintiff
MEGUMI HISAMATSU

ORDER

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: _____, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1888178v1

2

STIPULATION FOR ORDER EXTENDING DEADLINE

Received Apr-17-08 03:18pm From-8085312129 1212 To-Buchalter Nemer SF Page 001