BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (SBN: 63241)
    MIA S. BLACKLER (SBN: 188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: jwright@buchalter.com
Email: mblackler@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,<br><br>    Defendants. | CASE NO. C 07-04371-JSW<br><br>**STIPULATION FOR ORDER EXTENDING DEADLINE; AND [PROPOSED] ORDER**<br><br>Assigned to Honorable Judge Jeffrey S. White<br>Department: Courtroom 2, 17th Floor |

    WHEREFORE, Defendant, Bank of Hawaii's response to Plaintiff's Second Amended Complaint is currently due on Tuesday, April 29, 2008;

    WHEREFORE, Counsel for Bank of Hawaii is scheduled to start a trial that day and has requested that Plaintiff permit Bank of Hawaii to file and serve its response to the Second Amended Complaint on Tuesday, May 13, 2008, provided the Court agrees with the requested extension;

    WHEREFORE, Plaintiff Megumi Hisamatsu is willing to extend the time pursuant to Bank of Hawaii's request.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1888178v1

1

STIPULATION FOR ORDER EXTENDING DEADLINE

Received Apr-17-08 03:18pm From-8085312129 1212 To-Buchalter Nemer SF Page 002

1  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Megumi
2  Hisamatsu and Defendant Bank of Hawaii, through their respective counsel, that Defendant may
3  have until May 13, 2008 to file and serve a responsive pleading to the Second Amended
4  Complaint.
5  Facsimile signatures on this stipulation may be considered as originals, and this
6  stipulation may be signed in counterpart.
7  DATED: April 17, 2008
8
9
10                                                By: _____
11                                                    JAMES B. WRIGHT
                                                     BUCHALTER NEMER
12                                                   Attorneys for Defendant
                                                     BANK OF HAWAII
13  DATED: April 17, 2008
14
15
16                                                By: _____
17                                                    STEPHEN M. SHAW
                                                     Attorneys for Plaintiff
18                                                   MEGUMI HISAMATSU
19                                    ORDER
20
21
22  PURSUANT TO STIPULATION,
23  IT IS SO ORDERED.
24
25  Dated: April 18, 2008
26                                                _____
                                                  JEFFREY S. WHITE
27                                                UNITED STATES DISTRICT JUDGE
28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1888178v1                           2
                     STIPULATION FOR ORDER EXTENDING DEADLINE