```
 1  BUCHALTER NEMER
    A Professional Corporation
 2      JAMES B. WRIGHT (SBN: 63241)
        MIA S. BLACKLER (SBN: 188112)
 3  333 Market Street, 25th Floor
    San Francisco, CA 94105-2126
 4  Telephone: (415) 227-0900
    Facsimile: (415) 227-0770
 5  Email: jwright@buchalter.com
    Email: mblackler@buchalter.com
 6
    Attorneys for Defendant
 7  BANK OF HAWAII
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,<br><br>    Defendants. | CASE NO. C 07-04371-JSW<br><br>**STIPULATION FOR ORDER EXTENDING DEADLINE; AND [PROPOSED] ORDER**<br><br>Assigned to Honorable Judge Jeffrey S. White<br>Department: Courtroom 2, 17th Floor |

WHEREFORE, Defendant, Bank of Hawaii's response to Plaintiff's Second Amended Complaint is currently due on Tuesday, April 29, 2008;

WHEREFORE, Counsel for Bank of Hawaii is scheduled to start a trial that day and has requested that Plaintiff permit Bank of Hawaii to file and serve its response to the Second Amended Complaint on Tuesday, May 13, 2008, provided the Court agrees with the requested extension;

WHEREFORE, Plaintiff Megumi Hisamatsu is willing to extend the time pursuant to Bank of Hawaii's request.

BN 1888178v1    1

1  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Megumi
2  Hisamatsu and Defendant Bank of Hawaii, through their respective counsel, that Defendant may
3  have until May 13, 2008 to file and serve a responsive pleading to the Second Amended
4  Complaint.
5      Facsimile signatures on this stipulation may be considered as originals, and this
6  stipulation may be signed in counterpart.
7  DATED: April _17_, 2008

10  By: _____
11       JAMES B. WRIGHT
12       BUCHALTER NEMER
         Attorneys for Defendant
         BANK OF HAWAII

13  DATED: April _17_, 2008

16  By: _____
17       STEPHEN M. SHAW
         Attorneys for Plaintiff
18       MEGUMI HISAMATSU

19              ORDER

22  PURSUANT TO STIPULATION,
23  IT IS SO ORDERED.

24  Dated: April 18, _____, 2008

                    _____
                    JEFFREY S. WHITE
                    UNITED STATES DISTRICT JUDGE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1888178v1                         2

STIPULATION FOR ORDER EXTENDING DEADLINE