1  BUCHALTER NEMER
   A Professional Corporation
2       JAMES B. WRIGHT (SBN: 63241)
        MIA S. BLACKLER (SBN: 188112)
3  333 Market Street, 25th Floor
   San Francisco, CA 94105-2126
4  Telephone: (415) 227-0900
   Facsimile: (415) 227-0770
5  Email: jwright@buchalter.com
   Email: mblackler@buchalter.com
6
   Attorneys for Defendant
7  BANK OF HAWAII

8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11
   MEGUMI HISAMATSU,                    CASE NO. C 07-04371-JSW
12
           Plaintiff,
13                                      STIPULATION FOR ORDER
       vs.                              EXTENDING DEADLINE; AND
14                                      [PROPOSED] ORDER
   KAUSHAL NIROULA; BANK OF
15 HAWAII, A Corporation; DOES 1-60,
   inclusive,
16                                      Assigned to Honorable Judge Jeffrey S. White
           Defendants.                  Department: Courtroom 2, 17th Floor
17

18

19
20     WHEREFORE, Defendant, Bank of Hawaii's response to Plaintiff's Second Amended

21 Complaint is currently due on Tuesday, May 13, 2008, based upon a previous Stipulation and

22 Order extending by two weeks Bank of Hawaii's time to file and serve its response;

23     WHEREFORE, Counsel for Bank of Hawaii recently finished a trial, which began on

24 April 29, 2008, the original date that its response to the Second Amended Complaint was due,

25 which was the basis for the first extension of time to respond. The court in that matter has

26 ordered the parties to file post-trial briefs, and the opening post-trial briefs are due on May 13,

27 2008, the date Bank of Hawaii's response to the Second Amended Complaint is due.

28     WHEREFORE, as a result of that timing and other deadlines on the calendar of counsel

for Bank of Hawaii, including briefs due in other matters and a five-day absence from the country from May 14 to 18, 2008, counsel for Bank of Hawaii has requested that Plaintiff permit Bank of Hawaii to file and serve its response to the Second Amended Complaint on or before Tuesday, June 10, 2008, provided the Court agrees with that requested extension;

WHEREFORE, the Court has previously vacated the case management conference and all other deadlines in this matter while the pleadings are being settled on motion practice, so this Stipulation will not affect any of the Rule 16, Federal Rules of Civil Procedure, deadlines;

WHEREFORE, Plaintiff Megumi Hisamatsu is willing to extend the time pursuant to Bank of Hawaii's request.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Megumi Hisamatsu and Defendant Bank of Hawaii, through their respective counsel, that Defendant Bank of Hawaii may have until June 10, 2008 to file and serve a responsive pleading to the Second Amended Complaint, provided that the Court agrees to that extension.

Facsimile signatures on this stipulation may be considered as originals, and this stipulation may be signed in counterpart.

```
 1 | DATED: May  8 , 2008
 2 |
 3 |
 4 |                                              By: /s/ James B. Wright
 5 |                                                  JAMES B. WRIGHT
 6 |                                                  BUCHALTER NEMER
   |                                                  Attorneys for Defendant
 7 | DATED: May  8 , 2008                             BANK OF HAWAII
 8 |
 9 |
10 |                                              By: /s/ Stephen M. Shaw
11 |                                                  STEPHEN M. SHAW
12 |                                                  Attorneys for Plaintiff
   |                                                  MEGUMI HISAMATSU
13 |
14 |
15 |
16 |                                     ORDER
17 |
18 |
19 |   PURSUANT TO STIPULATION,
20 |   IT IS SO ORDERED.
21 |   Dated: _____, 2008
22 |
23 |                                              _____
                                                   JEFFREY S. WHITE
24 |                                                UNITED STATES DISTRICT JUDGE
25 |
26 |
27 |
28 |
```

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1935198v1

3

STIPULATION FOR SECOND ORDER EXTENDING DEADLINE