BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (SBN: 63241)
    MIA S. BLACKLER (SBN: 188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: jwright@buchalter.com
Email: mblackler@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,<br><br>Defendants. | CASE NO. C 07-04371-JSW<br><br>**STIPULATION FOR ORDER EXTENDING DEADLINE; AND [PROPOSED] ORDER**<br><br>Assigned to Honorable Judge Jeffrey S. White<br>Department: Courtroom 2, 17th Floor |

WHEREFORE, Defendant, Bank of Hawaii's response to Plaintiff's Second Amended Complaint is currently due on Tuesday, May 13, 2008, based upon a previous Stipulation and Order extending by two weeks Bank of Hawaii's time to file and serve its response;

WHEREFORE, Counsel for Bank of Hawaii recently finished a trial, which began on April 29, 2008, the original date that its response to the Second Amended Complaint was due, which was the basis for the first extension of time to respond. The court in that matter has ordered the parties to file post-trial briefs, and the opening post-trial briefs are due on May 13, 2008, the date Bank of Hawaii's response to the Second Amended Complaint is due.

WHEREFORE, as a result of that timing and other deadlines on the calendar of counsel

1  for Bank of Hawaii, including briefs due in other matters and a five-day absence from the country
2  from May 14 to 18, 2008, counsel for Bank of Hawaii has requested that Plaintiff permit Bank of
3  Hawaii to file and serve its response to the Second Amended Complaint on or before Tuesday,
4  June 10, 2008, provided the Court agrees with that requested extension;
5      WHEREFORE, the Court has previously vacated the case management conference and all
6  other deadlines in this matter while the pleadings are being settled on motion practice, so this
7  Stipulation will not affect any of the Rule 16, Federal Rules of Civil Procedure, deadlines;
8      WHEREFORE, Plaintiff Megumi Hisamatsu is willing to extend the time pursuant to
9  Bank of Hawaii's request.
10     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Megumi
11 Hisamatsu and Defendant Bank of Hawaii, through their respective counsel, that Defendant Bank
12 of Hawaii may have until June 10, 2008 to file and serve a responsive pleading to the Second
13 Amended Complaint, provided that the Court agrees to that extension.
14     Facsimile signatures on this stipulation may be considered as originals, and this
15 stipulation may be signed in counterpart.

1  DATED: May 8, 2008

2

3

4

5                                          By: _____
                                                JAMES B. WRIGHT
6                                               BUCHALTER NEMER
                                                Attorneys for Defendant
7  DATED: May 8, 2008                           BANK OF HAWAII

8

9

10                                         By: _____

11                                              STEPHEN M. SHAW
                                                Attorneys for Plaintiff
12                                              MEGUMI HISAMATSU

13

14

15

16                                 ORDER

17

18  PURSUANT TO STIPULATION,

19  IT IS SO ORDERED.

20

21  Dated: May 9, 2008

22                                         _____
23                                         JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE
24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1935198v1                        3

STIPULATION FOR SECOND ORDER EXTENDING DEADLINE