# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**

MAY - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGUMI HISAMATSU, ) | |
| Plaintiff ) | |
| v. ) Civil Action No. 3:07-cv-04371-JSW | |
| ) | |
| KAUSHAL NIROULA; BANK OF HAWAII, ) | |
| A Corporation; DOES 1-60 ) | |
| ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: **KAUSHAL NIROULA**
        *(Defendant's name)*

A lawsuit has been filed against you.

   Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached **Second Amended Complaint** or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

STEPHEN M. SHAW
Attorney At Law
P.O. Box 2353, Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Fax: (808) 531-2129
Email: shawy001@gmail.com

If you fail to do so, judgment by default will be entered against you for the relief demanded in the **Second Amended Complaint.** You also must file your answer or motion with the court.

**RICHARD W. WIEKING**
Name of clerk of court

Date: **APR 1 5 2008**

HILARY JACKSON
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*