1 | BUCHALTER NEMER
A Professional Corporation
2 |     JAMES B WRIGHT (#63241)
    MIA S. BLACKLER (#188112)
3 | 333 Market Street, 25th Floor
San Francisco, CA 94105-2126
4 | Telephone: (415) 227-0900
Facsimile: (415) 227-0770
5 | jwright@buchalter.com
mblackler@buchalter.com
6 |
7 | Attorneys for Defendant
BANK OF HAWAII

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| MEGUMI HISAMATSU, | CASE NO. 3:07-cv-04371-EDL |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT BANK OF HAWAII LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES IN SUPPORT OF ITS MOTION TO DISMISS SECOND AMENDED COMPLAINT AND GRANTING PLAINTIFF LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES IN OPPOSITION TO SAID MOTION |
| vs. | |
| KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; and DOES 1 to 60, inclusive, | |
| Defendants. | |
| | Hearing: August 22, 2008
Time: 9:00 a.m.
Judge: Hon. Jeffrey S. White
Courtroom: 2, 17th floor |

Defendant Bank of Hawaii ("BOH") and Plaintiff Megumi Hisamatsu ("Plaintiff") hereby stipulate and respectfully request that this Court permit BOH to file a memorandum of points and authorities not to exceed forty pages in length in support of its Motion to Dismiss Plaintiff's Second Amended Complaint ("SAC"), which is due to be filed on June 10, 2008, and which will be set for hearing on August 22, 2008 (the "Motion"). The Parties also stipulate and request that Plaintiff be allowed to file a memorandum not to exceed forty pages in length in opposition to BOH's motion to dismiss.

Good cause exists to permit the extended briefing, because the SAC is sixty-eight pages in length and includes 35 separate Counts. The parties must address those 35 claims in the context of the law of both California and Hawaii and in conjunction with guidance from this Court's January 8, 2008 Order (the "January 8 Order") granting in part and denying in part BOH's motion to dismiss Plaintiff's First Amended Complaint ("FAC").

In the 68-page SAC, Plaintiff has pleaded some 20 separate Counts challenging the validity of the Indemnification Agreement, including 11 separate Counts sounding in rescission. To address each of these claims adequately, the parties have agreed, subject to this Court's approval, that each may file a memorandum of points and authorities not to exceed forty pages in length as the opening and opposition memoranda of points and authorities on the motion to dismiss. Indeed, in its January 8 Order, the Court commented that it wanted more detailed briefing on "the other legal arguments pertaining to the validity of the Indemnification Agreement" (Order at 9:12-14), which the parties will attempt to provide to the Court's satisfaction in their briefing on this motion.

BOH also stipulates that Plaintiff may file a motion for summary judgment for hearing on August 22, 2008, provided that it is filed and served on or before June 10, 2008, the same day that BOH is filing and serving its motion to dismiss the SAC.

**SO STIPULATED:**

DATED: June 5, 2008

By: _____
JAMES B. WRIGHT
BUCHALTER NEMER
Attorneys for Defendant
BANK OF HAWAII

DATED: June 5, 2008

*/S/ STEPHEN M. SHAW*
_____
STEPHEN M. SHAW
Attorney for Plaintiff
MEGUMI HISAMATSU

## ORDER

Pursuant to Stipulation, **IT IS HEREBY ORDERED** that Defendant Bank of Hawaii may file a memorandum of points and authorities in support of its motion to dismiss the Second Amended Complaint, and Plaintiff may file an opposition memorandum, each of which shall not exceed forty pages in length. Plaintiff may file and serve her motion for summary judgment on or before June 10, 2008, for hearing on the Court's August 22, 2008 calendar.

Dated: _____, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE