IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEGUMI HISAMATSU,

    Plaintiff,

v.

KAUSHAL NIROULA, BANK OF AMERICA, and DOES 1 to 60,

    Defendants.

No. C 07-4371 JSW

**AMENDED ORDER RE STIPULATION**

    The Court has received the parties' Stipulation dated June 5, 2008. In that Order, Defendant Bank of Hawaii states that it will file a motion to dismiss Plaintiff's Second Amended Complaint on June 10, 2008. The parties have stipulated subject to this Court's approval, to exceed the page limitations allowed by the Court's standing Order. That stipulation is GRANTED.

    The parties also have stipulated to allow Plaintiff to file a motion for summary judgment to be heard on the same date as Defendant's Motion to Dismiss, provided it also is filed and served on June 10, 2008. The Court advises Plaintiff that it normally permits only one motion for summary judgment per party. Therefore, if Plaintiff chooses to file a motion for summary judgment at this time, and later seeks to file another such motion, she will be required to seek leave to file a subsequent motion and demonstrate good cause for the request. Further, the Court notes that if Plaintiff's intent is to move for summary judgment on legal issues that will overlap with Defendant's motion to dismiss, the Court fully expects that her opposition to the motion to dismiss shall avoid undue repetition of argument raised in the motion for summary

1 judgment. The Court expects the same will be true for Defendant's response to Plaintiff's
2 motion.
3   The parties have not discussed a briefing schedule. In light of the possibility that the
4 parties will be filing competing motions, and the excessive pages involved, the Court HEREBY
5 ORDERS the parties to meet and confer and submit a joint briefing schedule on June 10, 2008.
6 The parties may notice their motions for hearing on August 22, 2008, but the Court reserves the
7 right to continue the hearing based on the proposed briefing schedule. If the parties are not able
8 to agree on a briefing schedule, the Court shall set a briefing schedule, and again reserves the
9 right to continue the August 22, 2008 hearing date.

**IT IS SO ORDERED.**

Dated: June 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2