| | |
|---|---|
| 1 | BUCHALTER NEMER |
| | A Professional Corporation |
| 2 | JAMES B. WRIGHT (SBN: 63241) |
| | MIA S. BLACKLER (SBN: 188112) |
| 3 | 333 Market Street, 25th Floor |
| | San Francisco, CA 94105-2126 |
| 4 | Telephone: (415) 227-0900 |
| | Facsimile: (415) 227-0770 |
| 5 | Email: jwright@buchalter.com |
| 6 | Attorneys for Defendant |
| | BANK OF HAWAII |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, | CASE NO. 3:07-CV-04371-JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER GRANTING THE PARTIES LEAVE TO MOVE HEARING DATE |
| vs. | |
| KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; and DOES 1 to 60, inclusive, | Date: September 12, 2008 |
| | Time: 9:00 a.m. |
| | Judge: Hon. Jeffrey S. White |
| Defendants. | Courtroom: 2, 17th Floor |

Defendant Bank of Hawaii ("BOH") and Plaintiff Megumi Hisamatsu ("Plaintiff") hereby stipulate and respectfully request that this Court permit BOH to move the hearing date on BOH's motion to dismiss plaintiff's second amended complaint ("SAC") and Plaintiff's motion for summary judgment, from August 22, 2008 to September 12, 2008. The Parties also stipulate and request that their opposition memoranda be due on August 8, 2008 and reply memoranda be due on August 22, 2008.

///

///

BN 2003089v1

1

PARTIES' REQUEST TO MOVE HEARING DATE - CASE NO. 3:07-CV-0437 JSW

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

Good cause exists to permit the moving of the hearing date, because BOH's counsel will be in a two to four week jury trial in Minnesota, set to commence on July 15, 2008. During trial, counsel will not be able to devote adequate attention to briefing these motions. Also BOH does not want to inconvenience plaintiff's counsel with a last minute request to move the hearing date, as roundtrip airfare from Hawaii has gone up substantially and the costs to rebook flights is significant.

**SO STIPULATED:**

DATED: June 6, 2008

By: _____
JAMES B. WRIGHT
Attorneys for Defendant
BANK OF HAWAII

DATED: June 6, 2008

_____
STEPHEN M. SHAW
Attorneys for Plaintiff
MEGUMI HISAMATSU

### ORDER

Pursuant to Stipulation, **IT IS HEREBY ORDERED** that Defendant Bank of Hawaii may move hearing date on their respective motions from August 22, 2008 to September 12, 2008 with opposition memoranda be due on August 8, 2008 and reply memoranda due on August 22, 2008.

DATED: _____, 2008

By: _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE