IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEGUMI HISAMATSU,

    Plaintiff,

v.

KAUSHAL NIROULA, BANK OF AMERICA, and DOES 1 to 60,

    Defendants.

No. C 07-4371 JSW

**ORDER RE STIPULATION REQUESTING LEAVE TO MOVE HEARING DATE**

    The Court has received the parties' Stipulation dated June 6, 2008, requesting leave to have Defendant Bank of Hawaii's motion to dismiss and Plaintiff's competing motion for summary judgment heard on September 12, 2008, with briefing on these motions to be completed by August 22, 2008.

    The Court HEREBY APPROVES the parties' briefing schedule, but in light of the fact that there will be competing motions and in light of the previous Order granting the parties' leave to exceed the page limits set in this Court's Standing Orders, the Court sets the matter down for hearing on September 19, 2008 at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: June 9, 2008

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE