BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (SBN: 63241)
    MIA S. BLACKLER (SBN: 188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: jwright@buchalter.com
Email: mblackler@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; and DOES 1 to 60, inclusive,<br><br>    Defendants. | CASE NO. 3:07-cv-04371-JSW<br><br>**DEFENDANT BANK OF HAWAII'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (FRCP 12(b)(6))**<br><br>Date:    September 19, 2008<br>Time:    9:00 a.m.<br>Judge:    Hon. Jeffrey S. White<br>Courtroom: 2, 17th Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 19, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard before the Honorable Jeffrey S. White in Courtroom 2 of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California, defendant Bank of Hawaii ("BOH") will and hereby does move to dismiss the Plaintiff's Second Amended Complaint. This Motion is based on Rule 12(b)(6), Federal Rule of Civil Procedure, the

/ / /

/ / /

Memorandum of Points and Authorities attached hereto, the Declarations of Scott I. Takahashi and Chester A. Dods filed in support of BOH's motion to dismiss the First Amended Complaint, on all other pleadings on file with the Court in this matter, and any oral argument or further evidence that the Court may consider at the hearing on this motion.

DATED: June __10__, 2008

BUCHALTER NEMER
A Professional Corporation

By: _____
JAMES B. WRIGHT
Attorneys for Defendant
BANK OF HAWAII