BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (#63241)
    MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com
mblackler@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,<br><br>    Defendants. | CASE NO. 3:07-CV-04371-JSW<br><br>**DEFENDANT BANK OF HAWAII'S APPENDIX OF <u>CALIFORNIA</u> AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Hearing: August 22, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White<br>Courtroom: 2, 17th floor |

    Defendant Bank of Hawaii respectfully submits this list of California authorities in support of the Motion to Dismiss the Second Amended Complaint (full text of cases attached).

**CASES**

1   *Alcorn v. Anbro Engineering, Inc.*, 2 Cal.3d 493 (1970)

2   *Badie v. Bank of America*, 67 Cal.App.4th 779 (1998)

3   *Bigbee v. Pacific Telephone and Telegraph, Co.*, 34 Cal.3d 49 (1983)

4   *Brookwood v. Bank of America*, 45 Cal.App.4th 1667 (1996)

5   *Building Permit Consultants, Inc. v. Mazur*, 122 Cal.App.4th 1400 (2004)

6   *Cel-Tech Communications, Inc. v. Los Angeles Cellular Telephone Co.* 20 Cal.4th 163 (1999)

7   *Cooper v. Union Bank*, 9 Cal.3d 371 (1973)

| | |
|---|---|
| 8 | *Donovan v. RRL Corporation*, 26 Cal.4th 261 (2001) |
| 9 | *Downey Venture v. LMI Ins. Co.*, 66 Cal.App.4th 478 (1998) |
| 10 | *Fox v. Ehrmantraut*, 28 Cal.3d 127 (1980) |
| 11 | *Frontier Oil Corp. v. RLI Ins. Co.*, 153 Cal.App.4th 1436 (2007) |
| 12 | *Harris v. Rudin, Richman & Appel*, 95 Cal.App.4th 1332 (2002) |
| 13 | *Howell v. Courtesy Chevrolet*, 16 Cal.App.3d 391 (1971) |
| 14 | *IMO Development Corp. v. Dow Corning Corp.*, 135 Cal.App.3d 451 (1982) |
| 15 | *Izzy v. Mesquite Country Club*, 186 Cal.App.3d 1309 (1986) |
| 16 | *Kearney v. Salomon Smith Barney, Inc.*, 39 Cal.4th 95 (2006) |
| 17 | *M.F. Kemper Const. Co. v. City of L.A.*, 37 Cal.2d 696 (1951) |
| 18 | *Nedlloyd Lines B.V. v. Superior Court of San Mateo County*, 3 Cal.4th 459 (1992) |
| 19 | *Queen Villas Homeowners Ass'n v. TCB Property Management*, 149 Cal.App.4th 1 (2007) |
| 20 | *Rosenthal v. Great Western Financial Securities Corp.*, 14 Cal.4th 394 (1996) |
| 21 | *Rowland v. Paine Webber*, 4 Cal.App.4th 279 (1992) |
| 22 | *Roy Supply v. Wells Fargo Bank, N.A.*, 39 Cal.App.4th 1051 (1995) |
| 23 | *Simmons v. California Institute of Technology*, 34 Cal.2d 264 (1949) |
| 24 | *Stafford v. California Canning Peach Growers*, 11 Cal.2d 212 (1938) |
| 25 | *Story Road Flea Market Inc. v. Wells Fargo Bank N.A.*, 42 Cal.App.4th 1733 (1996) |
| 26 | *Tarmann v. State Farm Mut. Auto. Ins. Co.*, 2 Cal.App.4th 153 (1991) |

**STATUTES**

| | |
|---|---|
| 27 | California Bus. & Prof. Code § 17200 |
| 28 | California Bus. & Prof. Code § 17203 |
| 29 | California Civil Code § 1572 |
| 30 | California Civil Code § 1577 |
| 31 | California Civil Code § 1646 |
| 32 | California Civil Code § 1668 |
| 33 | California Civil Code § 1689 |

| 34 | California Civil Code § 1691 |
|---|---|
| 35 | California Civil Code § 2773 |
| 36 | California Civil Code § 3513 |
| 37 | California Commercial Code § 1-201 |
| 38 | California Commercial Code § 3-403 |
| 39 | California Commercial Code § 4-101 |
| 40 | California Commercial Code § 4-406 |
| 41 | California Penal Code § 470 |

**OTHER AUTHORITIES**

| 42 | 5 Witkin, Summary of California Law "Torts," section 187 (10th ed. 2005) |
|---|---|
| 43 | 5 Witkin, Summary of California Law "Torts," section 719 (10th ed. 2005) |
| 44 | Restatement Second of Contracts § 153 |
| 45 | Restatement Second of Contracts § 154 |
| 46 | Restatement Second of Contracts § 157 |
| 47 | Restatement of Torts § 154 |

DATED: June 10, 2008

BUCHALTER NEMER
A Professional Corporation

By: _____
James B. Wright
Attorneys for Defendant BANK OF HAWAII