STEPHEN M. SHAW, SB 107625
P.O. Box 2353
Honolulu, Hawaii  96804
Telephone:   (808) 521-0800
Facsimile:   (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

| | | |
|---|---|---|
| MEGUMI HISAMATSU, | ) | CASE NO:   3:07-cv-04371-JSW |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| | ) | |
| KAUSHAL NIROULA; | ) | |
| BANK OF HAWAII, | ) | |
| A Corporation; DOES 1-60; | ) | |
| | ) | Hearing:   9-19-08 |
| Defendants. | ) | Time:   9:00 a.m. |
| | ) | Judge: Hon. Jeffrey S. White |
| | ) | Courtroom: 2, 17th floor |

## CERTIFICATE OF SERVICE

I reside in the County of Honolulu, State of Hawaii. I am over the age of 18 and not a party to the within action. My business address is P O Box 2353, Honolulu, Hawaii 96804.

I hereby certify that on the dates and by method of service noted below. I served a true and correct copy of the following:

---

CERTIFICATE OF SERVICE -CASE NO. 3:07-cv-04371-JSW

1

**PLAINTIFF MEGUMI HISAMATSU'S MOTION FOR SUMMARY JUDGMENT AND FRCP 56(d) DETERMINATION**

**DECLARATION OF PLAINTIFF MEGUMI HISAMATSU
and
EXHIBITS A & B**

**ORDER GRANTING PLAINTIFF MEGUMI HISAMATSU'S MOTION FOR SUMMARY JUDGMENT AND FRCP 56 DETERMINATION AS TO REMAINING COUNTS
[PROPOSED]**

**And**

**CERTIFICATE OF SERVICE**

The foregoing documents were served on the following parties and/or their attorneys of record as follows:

(1) The following are those who have appeared and who are currently on the ECF list to receive e-mail notices for this case. They were served by email on the date of filing.

jwright@buchalter.com
mblackler@buchalter.com

Buchalter Nemer
A Professional Corporation
James B. Wright, Esq.
Mia Blackler, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Attorneys for Defendant BANK OF HAWAII

1     (2)    The following party is not on the ECF list to receive email and the party was served by placing a true copy in a sealed envelope, first-class postage prepaid on the following party, to his last known address, on the date of filing.

    Kaushal Niroula, Inmate #2357541
    c/o San Francisco County Jail
    1 Moreland Drive
    San Bruno, CA 91066

    Defendant

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on June 10, 2008, at Honolulu, Hawaii.

        **/s/ *Stephen M. Shaw***
        Stephen M. Shaw, Esq.
        Attorney For Plaintiff
        MEGUMI HISAMATSU

        P.O. Box 2353
        Honolulu, Hawaii 96804
        Telephone: (808) 521-0800
        Facsimile: (808) 531-2129
        Email: shawy001@gmail.com

CERTIFICATE OF SERVICE -CASE NO. 3:07-cv-04371-JSW