STEPHEN M. SHAW, SB  107625
P.O. Box 2353
Honolulu, Hawaii  96804
Telephone:  (808) 521-0800
Facsimile:   (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# -SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEGUMI HISAMATSU, | ) | CASE NO:   3:07-cv-04371-JSW |
| | ) | |
| Plaintiff, | ) | ORDER STRIKING DEFENDANT |
| vs. | ) | BANK OF HAWAII'S |
| | ) | MOTION TO DISMISS THE |
| | ) | SECOND AMENDED COMPLAINT |
| KAUSHAL NIROULA; | ) | [PROPOSED] |
| BANK OF HAWAII, | ) | |
| A Corporation; DOES 1-60; | ) | |
| | ) | Hearing:   9-19-08 |
| Defendants. | ) | Time:       9:00 a.m. |
| | ) | Judge: Hon. Jeffrey S. White |
| | ) | Courtroom: 2, 17th floor |

ORDER STRIKING DEFENDANT BANK OF HAWAII'S
MOTION TO DISMISS THE SECOND
AMENDED COMPLAINT
**(PROPOSED)**

**I.    INTRODUCTION**

ORDER STRIKING DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT (PROPOSED) - CASE NO. 3:07-cv-04371-JSW

1

1    This matter comes before the Court upon consideration of Defendant Bank of Hawaii's (BOH's) Motion To Dismiss The Second Amended Complaint. Having considered the parties' relevant legal authority, the record in this case, and having had the benefit of oral argument, the Court HEREBY STRIKES BOH's motion in that the motion is based, in substantial part, on matters previously litigated and decided by this Court on January 10, 2008, by written order filed that day and incorporated here. Civil Local Rule 7-9 of the Northern District of California required BOH to seek leave of this Court before filing a reconsideration motion.

This Court strikes the motion in its entirely because the arguments were based on matters previously ruled upon which were difficult, if not impossible, to separate from other arguments. See e.g. BOH's argument relating to Choice of Law (MTN at 4), UCC §4406(f) preclusion (MTN at 8, 9), and promissory fraud (MTN at 32).

**IT IS SO ORDERED.**

DATED:    San Francisco, California, _____, 2008.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

_____
ORDER STRIKING DEFENDANT BANK OF HAWAII'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT (PROPOSED) - CASE NO. 3:07-cv-04371-JSW

2