```
STEPHEN M. SHAW, SB 107625
P.O. Box 2353
Honolulu, Hawaii  96804
Telephone:  (808) 521-0800
Facsimile:   (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU
```

| | | |
|---|---|---|
| MEGUMI HISAMATSU, | ) | CASE NO:   3:07-cv-04371-JSW |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| | ) | |
| KAUSHAL NIROULA; | ) | |
| BANK OF HAWAII, | ) | |
| A Corporation; DOES 1-60; | ) | |
| | ) | Hearing:    9-19-08 |
| Defendants. | ) | Time:        9:00 a.m. |
| | ) | Judge: Hon. Jeffrey S. White |
| | ) | Courtroom: 2, 17th floor |

## CERTIFICATE OF SERVICE

I reside in the County of Honolulu, State of Hawaii. I am over the age of 18 and not a party to the within action. My business address is P O Box 2353, Honolulu, Hawaii 96804.

I hereby certify that on the dates and by method of service noted below. I served a true and correct copy of the following:

CERTIFICATE OF SERVICE -CASE NO. 3:07-cv-04371-JSW

1

PLAINTIFF MEGUMI HISAMATSU'S MEMORANDUM OF POINTS
AND AUTHORITIES IN OPPOSITION TO
DEFENDANT BANK OF HAWAII'S MOTION
TO DISMISS THE SECOND AMENDED COMPLAINT

**And**

ORDER STRIKING DEFENDANT BANK OF HAWAII'S
MOTION TO DISMISS THE SECOND
AMENDED COMPLAINT
**(PROPOSED)**

**And**

**CERTIFICATE OF SERVICE**

The foregoing documents were served on the following parties and/or their attorneys of record as follows:

(1) The following are those who have appeared and who are currently on the ECF list to receive e-mail notices for this case. They were served by email on the date of filing.

jwright@buchalter.com
mblackler@buchalter.com

Buchalter Nemer
A Professional Corporation
James B. Wright, Esq.
Mia Blackler, Esq.
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Attorneys for Defendant BANK OF HAWAII

1     I declare under penalty of perjury under the laws of the State of

2 California that the foregoing is true and correct to the best of my knowledge.

3     Executed on <u>August 8, 2008</u> at Honolulu, Hawaii.

6           <u>**/s/ *Stephen M. Shaw***</u>
7           Stephen M. Shaw, Esq.
8           Attorney For Plaintiff
9           MEGUMI HISAMATSU

11           P.O. Box 2353
12           Honolulu, Hawaii 96804
13           Telephone: (808) 521-0800
14           Facsimile: (808) 531-2129
15           Email: shawy001@gmail.com

CERTIFICATE OF SERVICE -CASE NO. 3:07-cv-04371-JSW