STEPHEN M. SHAW, SB 107625
P.O. Box 2353
Honolulu, Hawaii  96804
Telephone:  (808) 521-0800
Facsimile:   (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, ) | CASE NO:   3:07-cv-04371-JSW |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| KAUSHAL NIROULA; ) | |
| BANK OF HAWAII, ) | |
| A Corporation; DOES 1-60; ) | |
| ) | Hearing:    9-19-08 |
| Defendants. ) | Time:         9:00 a.m. |
| ) | Judge: Hon. Jeffrey S. White |
| ) | Courtroom: 2, 17th floor |

## **CERTIFICATE OF SERVICE**

I reside in the County of Honolulu, State of Hawaii. I am over the age of 18 and not a party to the within action. My business address is P O Box 2353, Honolulu, Hawaii 96804.

CERTIFICATE OF SERVICE -CASE NO. 3:07-cv-04371-JSW

1

1  I hereby certify that on the dates and by method of service noted

2  below. I served a true and correct copy of the following:

3

4  PLAINTIFF MEGUMI HISAMATSU'S REPLY TO DEFENDANT BANK
5  OF HAWAII'S MEMORANDUM OF POINTS AND AUTHORITIES IN
6  OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY
7  JUDGMENT

8

9  And

10

11  CERTIFICATE OF SERVICE

12

13

14  The foregoing documents were served on the following parties and/or

15  their attorneys of record as follows:

16  (1)  The following are those who have appeared and who are

17  currently on the ECF list to receive e-mail notices for this case. They were

18  served by email on the date of filing.

19  jwright@buchalter.com
20  mblackler@buchalter.com
21
22  Buchalter Nemer
23  A Professional Corporation
24  James B. Wright, Esq.
25  Mia Blackler, Esq.
26  333 Market Street, 25th Floor
27  San Francisco, CA 94105-2126
28
29  Attorneys for Defendant BANK OF HAWAII
30
31
32
33

2

CERTIFICATE OF SERVICE -CASE NO. 3:07-cv-04371-JSW

1       I declare under penalty of perjury under the laws of the State of
2 California that the foregoing is true and correct to the best of my knowledge.
3       Executed on <u>August 22, 2008</u>, at Honolulu, Hawaii.

          <u>**/s/ Stephen M. Shaw**</u>
          Stephen M. Shaw, Esq.
          Attorney For Plaintiff
          MEGUMI HISAMATSU

          P.O. Box 2353
          Honolulu, Hawaii 96804
          Telephone: (808) 521-0800
          Facsimile: (808) 531-2129
          Email: shawy001@gmail.com

CERTIFICATE OF SERVICE - CASE NO. 3:07-cv-04371-JSW