BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (#63241)
    MIA S. BLACKLER (#188112)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com
mblackler@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; DOES 1-60, inclusive,<br><br>    Defendants. | CASE NO. 3:07-CV-04371-JSW<br><br>DEFENDANT BANK OF HAWAII'S APPENDIX OF <u>CALIFORNIA AUTHORITIES IN SUPPORT</u> OF REPLY BRIEF TO MOTION TO DISMISS THE SECOND AMENDED COMPLAINT<br><br>Hearing:    September 19, 2008<br>Time:    9:00 a.m.<br>Judge: Hon.    Jeffrey S. White<br>Courtroom:    2, 17th floor |

Defendant Bank of Hawaii respectfully submits this list of California authorities in support of the Reply Brief to Motion to Dismiss the Second Amended Complaint (full text of cases attached).

### CASES

1    *Allied Mutual Insurance Company v. Webb*, 91 Cal.App.4th 1190 (2001)

2    *Bell Atlantic Corporation v. Twombly*, 167 L.Ed.2d 929 (2007)

3    *Common Wealth Insurance Systems, Inc. v. Kersten*, 40 Cal.App.3d 1014 (1974)

4    *Diamond Multimedia etc. v. Superior Court*, 19 Cal.4th 1036 (1999)

5    *Estate of Stephens v. Williams*, 28 Cal.4th 665 (2002)

6    *Norwest Mortgage, Inc. v. Superior Court*, 72 Cal.App.4th 214 (1999)

7    *O'Meara v. Haiden*, 204 Cal. 354 (1928)

*Odorizzi v. Bloomfield School Dist.*, 246 Cal.App.2d 123 (1966)

*Van't Road v. County of Santa Clara*, 113 Cal.App.4th 549 (2003)

**STATUTES**

Cal. Civil Code § 1637

Cal. Civil Code § 1638

Cal. Civil Code § 1639

Cal. Civil Code § 1644

Cal. Civil Code § 1647

Cal. Civil Code § 1654

Cal. Evidence Code § 623

**OTHER AUTHORITIES**

13 Witkin, Summary of Cal. Law (10th ed. 2005)

DATED: August 22, 2008

BUCHALTER NEMER
A Professional Corporation

By: _____
James B. Wright
Attorneys for Defendant BANK OF HAWAII

BN 2207414v1

2

APPENDIX OF CALIFORNIA AUTHORITIES