IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEGUMI HISAMATSU,

    Plaintiff,

    v.

KAUSHAL NIROULA, et al.

    Defendants.

No. C 07-04371 JSW

**ORDER VACATING HEARING DATE**

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the Motion to Dismiss and the Motion for Summary Adjudication, which have been noticed for hearing on Friday, September 19, 2008 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: September 9, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE