IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEGUMI HISAMATSU,

    Plaintiff,

v.

KAUSHAL NIROULA, BANK OF AMERICA, and DOES 1 to 60,

    Defendants.

No. C 07-4371 JSW

**JUDGMENT**

For the reasons set forth in this Court's Order granting the motion to dismiss filed by Defendant Bank of Hawaii, and there being no just reason for delay, JUDGMENT IS HEREBY ENTERED in favor of Bank of Hawaii and against Plaintiff Megumi Hisamatsu.

**IT IS SO ORDERED.**

Dated: March 31, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE