**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>v.<br><br>KAUSHAL NIROULA, BANK OF HAWAII, and DOES 1 to 60,<br><br>    Defendants.<br>_____/ | No. C 07-4371 JSW<br><br>**JUDGMENT** |

    For the reasons set forth in this Court's Order granting the motion to dismiss filed by Defendant Bank of Hawaii, and there being no just reason for delay, JUDGMENT IS HEREBY ENTERED in favor of Bank of Hawaii and against Plaintiff Megumi Hisamatsu.

    **IT IS SO ORDERED.**

Dated: March 31, 2009

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE