BUCHALTER NEMER
A Professional Corporation
    JAMES B WRIGHT (#63241)
    MIA S. BLACKLER (#188112)
    ERIN H. WELSH (#240639)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; and DOES 1 to 60, inclusive,<br><br>    Defendants. | CASE NO. 3:07-cv-04371-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE TO FILE ATTORNEYS' FEES MOTION AND BILL OF COSTS** |

    WHEREAS, this Court entered judgment in favor of Petitioner Bank of Hawaii ("BOH") on March 31, 2009;

    WHEREAS, pursuant to FRCP Rule 54 and Northern District Civil Local Rules 54-1 and 54-6, the deadline for BOH and Plaintiff Megumi Hisamatsu (collectively, the "Parties") to file motions for attorneys' fees and bills of costs is April 14, 2009;

    WHEREAS, to permit the Parties to engage in a full meet and confer process, the Parties wish to extend the deadline for BOH and Plaintiff to file attorneys' fees motions and bills of costs for six days (6) days to April 20, 2009;

///

NOW, THEREFORE, the Parties through their counsel agree and stipulate to continue the deadline for BOH and Plaintiff to file and serve any motions for attorneys' fees and/or bills of costs to April 20, 2009, subject to the Order of this Court approving said Stipulation.

**SO STIPULATED:**

DATED: April 9, 2009

BUCHALTER NEMER
A Professional Corporation

By: _____
JAMES B. WRIGHT
Attorneys for Defendant
BANK OF HAWAII

DATED: April 9, 2009

STEPHEN M. SHAW

By: /s/ Stephen M. Shaw
STEPHEN M. SHAW
Attorney for Plaintiff
MEGUMI HISAMATSU

**ORDER**

Pursuant to the Stipulation set forth above, and good cause appearing, **IT IS HEREBY ORDERED** that the time for the Parties to file and serve any motions for attorneys' fees and/or bills of costs shall be extended to April 20, 2009.

DATED: April 13, 2009

_____
HON. JEFFREY S. WHITE
Judge of the United States District Court

BN 3192020v1

2

STIP. AND ORDER CONTINUING DEADLINE TO FILE ATTORNEYS' FEE MOTIONS

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO