BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (SBN: 63241)
    MIA S. BLACKLER (SBN: 188112)
    ERIN H. WELSH (SBN: 240639)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: jwright@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>    Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; and DOES 1 to 60, inclusive,<br><br>    Defendants. | CASE NO. 3:07-CV-04371-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING THE PARTIES LEAVE TO MOVE DATE OF HEARING ON MOTIONS FOR ATTORNEYS' FEES**<br><br>Date: June 12, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffery S. White<br>Dept.: 2, 17th floor |

Defendant Bank of Hawaii ("BOH") and Plaintiff Megumi Hisamatsu ("Plaintiff") hereby stipulate and respectfully request that this Court permit BOH and Plaintiff to move the hearing date on BOH's motion to for attorneys' fees and costs and Plaintiff's motion for attorneys' fees and costs, from May 29, 2009 to June 12, 2009. The Parties also stipulate and request that their opposition memoranda be due on May 22, 2009 and reply memoranda be due on May 29, 2009.

**SO STIPULATED:**

DATED: May 6, 2009

By: _____
ERIN H. WELSH
Attorneys for Defendant
BANK OF HAWAII

DATED: May 6, 2009

_/S/ Stephen M. Shaw_
STEPHEN M. SHAW
Attorneys for Plaintiff
MEGUMI HISAMATSU

## ORDER

Pursuant to Stipulation, **IT IS HEREBY ORDERED** that Defendant Bank of Hawaii may move hearing date on their respective motions from May 29, 2009 to June 12, 2009 with opposition memoranda be due on May 22, 2009 and reply memoranda due on May 29, 2009.

DATED: May 7, 2009

By: _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

The Court notes that although the parties did not show good cause for their request, the Court now is unavailable on May 29, 2009 and, therefore, shall grant the request.