BUCHALTER NEMER
A Professional Corporation
    JAMES B. WRIGHT (SBN: 63241)
    MIA S. BLACKLER (SBN: 188112)
    ERIN H. WELSH (SBN: 240639)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: jwright@buchalter.com

Attorneys for Defendant
BANK OF HAWAII

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU,<br><br>Plaintiff,<br><br>vs.<br><br>KAUSHAL NIROULA; BANK OF HAWAII, A Corporation; and DOES 1 to 60, inclusive,<br><br>Defendants. | CASE NO. 3:07-CV-04371-JSW<br><br>**STIPULATION REQUESTING CONTINUED HEARING DATE ON CROSS-ATTORNEYS' FEE MOTIONS AND SETTING BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Jeffery S. White<br>Dept.: 2, 17th floor |

    WHEREAS, Plaintiff and Defendant have both filed post-Judgment motions for the recovery of prevailing party attorneys' fees (the "Fee Motions");

    WHEREAS, Plaintiff's counsel is a resident of Honolulu, Hawaii, who needs to make advance travel reservations to attend a hearing on the Fee Motions;

    WHEREAS, the Fee Motions are presently set for hearing on June 12, 2009, on which date counsel for Defendant must be in Ohio to prepare for a June 8, week long bankruptcy trial in that jurisdiction;

    WHEREAS, in an attempt to reschedule the Fee Motions hearing to a mutually convenient date acceptable to the Court, counsel for the parties have agreed to select potential hearing dates on Fridays, which are mutually available on their calendars, and to request that the Court set the

Fee Motions hearing on one of those dates;

WHEREAS, counsel for the parties have the following Fridays available on their calendars should this Court wish to hold a hearing on the Fee Motions on one of those dates: Fridays: July 31, 2009, August 7, August 14 and August 28, 2009, and September 4, September 11, September 18 and September 25, 2009.

NOW, THEREFORE, the parties request that the Court select a Friday from the foregoing dates to reschedule the hearing on the Fee Motions, which is presently scheduled for June 12, 2009 at 9:00 a.m.

**SO STIPULATED:**

DATED: May 15, 2009

By: _____
JAMES B. WRIGHT
Attorneys for Defendant
BANK OF HAWAII

DATED: May __14__, 2009

/S/ *Stephen M. Shaw*
_____
STEPHEN M. SHAW
Attorneys for Plaintiff
MEGUMI HISAMATSU

### ORDER

Pursuant to Stipulation, **IT IS HEREBY ORDERED** that the hearing date on the parties' post-Judgment motions for attorneys' fees shall be continued from June 12, 2009, to August 14, 2009. The parties' opposition briefs shall be due on June 27, 2009, and their reply briefs shall be due on July 10, 2009.

DATED: May 18, 2009, 2009

By: _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties seek to modify the briefing schedule set forth above, they must submit a request demonstrating good cause for any such modification.