1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEGUMI HISAMATSU,

      Plaintiff,

    v.

KAUSHAL NIROULA, et al.,

      Defendants.
_____/

No. C 07-04371 JSW

**ORDER TO SHOW CAUSE**

      On November 3, 2007, this Court granted Plaintiff an extension of time to serve Defendant Kaushal Niroula, and ordered that Defendant Niroula be served by no later than April 15, 2008.  (*See* Docket No. 59.)  According to the record, Defendant Niroula was served on or about April 15, 2008.  (*See* Docket No. 80.)  Plaintiff has taken no further action with respect to Defendant Niroula since that time, and Defendant Niroula has not appeared in this action.  Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this matter should not be dismissed as to Defendant Niroula for failure to prosecute.  Plaintiff's response to this Order to Show Cause shall be due by no later than July 17, 2009.

      **IT IS SO ORDERED.**

Dated: July 6, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE