IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEGUMI HISAMATSU,

    Plaintiff,

v.

KAUSHAL NIROULA, et al.,

    Defendants.

No. C 07-04371 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On November 3, 2007, this Court granted Plaintiff an extension of time to serve Defendant Kaushal Niroula, and ordered that Defendant Niroula be served by no later than April 15, 2008. (*See* Docket No. 59.) According to the record, Defendant Niroula was served on or about April 15, 2008. (*See* Docket No. 80.) Because Plaintiff had taken no further action with respect to Defendant Niroula since that time, and Defendant Niroula had not appeared in this action, the Court ordered Plaintiff is to show cause why this matter should not be dismissed as to Defendant Niroula for failure to prosecute.

The Court has received and considered Plaintiff's response to the Order to Show Cause. The Order to Show cause is discharged. Plaintiff shall file a request for entry of default with respect to Defendant Niroula within thirty (30) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: July 27, 2009

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE