STEPHEN M. SHAW, SB #107625
P.O. Box 2353
Honolulu, Hawaii 96804
Telephone: (808) 521-0800
Facsimile: (808) 531-2129
Email: shawy001@gmail.com

Attorney for Plaintiff
MEGUMI HISAMATSU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# -SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGUMI HISAMATSU, ) | CASE NO: 3:07-cv-04371-JSW |
| ) | |
| Plaintiff, ) | PLAINTIFF MEGUMI HISAMATSU'S |
| vs. ) | REQUEST FOR CLERK TO ENTER |
| ) | DEFAULT AGAINST DEFENDANT |
| KAUSHAL NIROULA; ) | KAUSHAL NIROULA |
| BANK OF HAWAII, ) | |
| A Corporation; DOES 1-60; ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | Judge: Hon. Jeffrey S. White |
| ) | Courtroom: 2, 17th floor |

**PLAINTIFF MEGUMI HISAMATSU'S REQUEST FOR CLERK TO**
**ENTER DEFAULT AGAINST DEFENDANT KAUSHAL NIROULA**

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

Will you please enter the default of Defendant KAUSHAL

NIROULA for failure to answer or otherwise plead to Plaintiff's Second

---

PLAINTIFF MEGUMI HISAMATSU'S REQUEST FOR CLERK TO ENTER DEFAULT
AGAINST DEFENDANT KAUSHAL NIROULA - CASE NO. 3:07-cv-04371-JSW

1

Amended Complaint, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and the Declaration of Counsel, annexed hereto and incorporated herein.

Dated: Honolulu, Hawaii, July 30, 2009.

Respectfully submitted

By /s/ Stephen M. Shaw
_____
Stephen M. Shaw
Attorney For Plaintiff
MEGUMI HISAMATSU

PLAINTIFF MEGUMI HISAMATSU'S REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT KAUSHAL NIROULA - CASE NO. 3:07-cv-04371-JSW

2

1
2

3

PLAINTIFF MEGUMI HISAMATSU'S REQUEST FOR CLERK TO ENTER DEFAULT
AGAINST DEFENDANT KAUSHAL NIROULA - CASE NO. 3:07-cv-04371-JSW