1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MEGUMI HISAMATSU,                          No. C 07-04371 JSW

10            Plaintiff,                         **JUDGMENT**

11     v.

12   KAUSHAL NIROULA, et al.

13            Defendants.
                                                          /
14

15         For the reasons set forth in the Order issued this date adopting in part Magistrate Judge

16   Laporte's Report and Recommendation on Plaintiff's Motion for Default Judgment against

17   Defendant Kaushal Niroula, JUDGMENT IS HEREBY ENTERED in favor of Plaintiff

18   Megumi Hisamatsu and against Defendant Kaushal Niroula in the amount of $1,439,000.

19         **IT IS SO ORDERED.**

20

21   Dated: November 30, 2009

22                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

**United States District Court**
For the Northern District of California